

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**
low

OCT 13 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_____Bernita Smith_____ )
_____ )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )

17 CV 7429
**JUDGE KOCORAS**
**MAGISTRATE JUDGE FINNEGAN**

v.   Robin Hicks )
Sarah Nau, Latasha Larry )
Angelia Millender, Mia Hardy )
Tia Robinson, Sharon Silverman )
(Name of the defendant or defendants) )

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1.  This is an action for employment discrimination.

2.  The plaintiff is _____Bernita Smith_____ of the

county of _____Cook_____ in the state of _____Illinois_____.

3.  The defendant is Sarah Nau, Latasha Larry, Angelia Millender, whose Mia hardy, Tia Robinson, Sharon Silverman, Robin Hicks

street address is _____,

(city)_____(county)_____(state)_____(ZIP)_____

(Defendant's telephone number)   (___) – _____

4.  The plaintiff sought employment or was employed by the defendant at (street address)

_____Olive – Harvey College_____ (city)_____Chicago_____

(county)_____Cook_____ (state)_____IL_____ (ZIP code)_____60628_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month) October , (day) 14th , (year) 2014 .

**7.1** *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a) The defendant is not a federal governmental agency, and the plaintiff [*check

one box*] ☐ *has not* filed a charge or charges against the defendant
☑ *has*

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

(i) ☐ the United States Equal Employment Opportunity Commission, on or about

(month) July (day) 25 (year) 2017 .

(ii) ☐ the Illinois Department of Human Rights, on or about

(month)_____ (day)_____ (year)_____ .

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☑ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the

defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐  Yes (month)_____ (day)_____ (year)_____

☐  No, did not file Complaint of Employment Discrimination

(b)  The plaintiff received a Final Agency Decision on (month)_July_
(day) _25_ (year) _2017_.

(c)  Attached is a copy of the

(i) Complaint of Employment Discrimination,

☑ YES   ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☑ YES   ☐ NO, but a copy will be filed within 14 days.

8.  *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐  the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b) ☑  the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue,* which was received by the plaintiff on
(month)_July_ (day)_25_ (year)_2017_ a copy of which
*Notice* is attached to this complaint.

9.  The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐  Age (Age Discrimination Employment Act).

(b) ☐  Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☑ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

"Attached copies"

Not taking immediate disciplinary action when you were aware time and time again of Ms Silverman belligerent behavior toward Ms. Smith, her Staff and students at Olive-Harvey College. Allowing Ms. Silverman to bully Ms. Smith which culminated one time where Ms. Silverman almost hit Ms. Smith

13. The facts supporting the plaintiff's claim of discrimination are as follows: Was aware of Ms. Silverman aggression, outburst, and unprofessionalism throughout the years in question. Was aware of (2) incidents combined together before the other incident even happened for disciplinary action against Ms. Smith. For administration not taking the various incident reports, e-mails and letters submitted by Ms. Smith seriously. grievance

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☑ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☑ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _Compensation for ongoing undue harassment and intimidation throughout the years_

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____ "Attached Copies" _____

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Bernita Smith_

(Plaintiff's name)

_Bernita Smith_

(Plaintiff's street address)

_14919 S. Langley Ave_

_____

(City) _Dolton_ (State) _IL_ (ZIP) _60419_

(Plaintiff's telephone number) (713) - 937-5462

Date: _10 -13 - 2017_

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Angelia millender
entury College
(President)
white bear lake, MO
              55110

2(3300 Century Ave)
651-779-3300

• Mia Hardy
Elgin Community College
(Associate Dean of College
  Readiness & School Partnership)
1700 Spartan Dr.
Elgin, IL 60123
   847-697-1000

• Sarah Nau
(Associate Director
OF labor & Employment
        Relations)
City Colleges of Chicago
226 W. Jackson Blvd
Chicago, IL 60606
312-553-3239

• Sharon Silverman
Olive-Harvey College
Chair library Department)
10001 S. Woodlawn Ave
chicago, IL 60628
773-219-6100

• Latasha Larry
Olive-Harvey College
( Human Resource Director)
10001 S. Woodlawn Ave
Chicago, IL 60628
773-219-6100

• Tia Robinson
East Central College
(Vice-President Academic
              Affairs)
1964 Prairie Dell Rd.
union, MO 63084
636-584-6400

• Robin Hicks
live-Harvey College
Interim Associate Dean)
10001 S. Woodlawn Ave
chicago, IL 60628
773-219-6100

January 22, 2015

## MY STATEMENT

### Bernita Smith

On the day the SPRING 2015 contracts were due I checked my file to see if my starting date was one week before the semester started, but it was changed without any notice. I never had a conversation with Ms. Silverman as to why. I asked Ms. Silverman several weeks before the FALL 2014 semester ended and she told me that I would be starting a week before the SPRING 2015 semester would start. Normally during that time I help with getting the library ready for new and returning students. I work on displays, projects, upcoming library orientations, and familiarize myself with our new library Exlibris cataloging system. On the day the SPRING 2015 library contracts were due in the Office of Instructions a new form was generated for signatures. I noticed that when my contract was completed it stated seventeen weeks (1-5-15/5-9-15). When Ms. Silverman passed by to take a look at my contract, several minutes later I noticed in my file my contract was changed to (1-12-15/5-9-15). Once again this was done with no conversation or e-mail to let me know changes were made to my contract. After a few minutes I decided to take the matter up with my union rep. (Cleveland Jones). When I read my e-mail from Cleveland Jones I thought the conversation he had with Ms. Silverman moved her to make the necessary changes to my original contract, because of the e-mail sent to me from Cleveland Jones on the 8th of December. For the past four years I have always worked with the full-time librarians during their orientation week.

When I reported to work on Monday (1-5-15), I thought everything was ok. Ms. Silverman never did say anything to me about being at work that day. I didn't receive an e-mail or phone call about not returning before (1-12-15).As a department we never had to get permission from our supervisor before leaving the floor. How can we inform our supervisor as to why we need to leave when she's very seldom in the library assisting students? We would cordially mention to one of the staff members where we are going. That particular day something didn't feel right so I went downstairs to talk to the HR Director Latasha Larry. I asked her to check to see if I was scheduled to work that week. Ms. Larry told me that she would check. In the mean time I went back to work. When I did get an answer from Ms. Larry it was Tuesday (1-6-15) the email stated that I was scheduled to return to work on Monday (1-12-15). By that time I had filled out my time sheet for the week. When I took my break I went down to the Office of Instruction to speak with the Dean Robinson. Sherina told me that Dean Robinson was in a presentation meeting with all the other full-time faculty. When I went downstairs Dean Robinson along with other faculty members were taking a break. I told Dean Robinson that I needed to talk to her. Dean Robinson told me that she would be in and out of meetings all day until around 3:00p.m.so I needed to schedule an appointment with her in the Office of Instructions. When I went back upstairs to the office of instructions I scheduled a 3:00p.m. meeting to talk to Dean Robinson. When Ms. Silverman noticed that I had filled out my time sheet she went to get Dean Robinson. Five minutes later Ms. Silverman and Dean Robinson asked me to come in the back where Ms.

Silverman office is located. But I thought Dean Robinson was too busy to talk to me earlier. During our conversation Dean Robinson informed me that she would not be able to honor or sign off on my time for that week. I showed her the e-mail Cleveland Jones had with Ms. Silverman, but she wouldn't read it. Dean Robinson stated that she inform all of her Department Chairs, that due to low enrollment to "cut back". Low enrollment may be down school wide, but patron use and services are up in the library. I listen to both of them, after a long silence I was trying to process the information. I asked the Dean was that all and she said" yes". I went to my area and started gathering my things to leave. Then I told my co-workers that I'll see them on Monday (1-12-15).

On Monday (1-12-15) Ms. Silverman didn't say much to me. Everything was going smoothly because we rehired two (2) work study students that worked with us in the pass. On Tuesday we were busy as usual helping and assisting students. Before I left work on Tuesday I e-mailed Ms. Silverman along with many others to let them know I won't be in on Thursday (1-15-15). The last time I tried to finish taking care of my business early to come in later that day, I was reprimanded and scold by Ms. Silverman and Dean Robinson. I e-mailed Ms. Silverman early on Saturday when I came to work. Ms. Silverman did not reply to the e-mail by the end of the work day, so I called her at home twice to see what time she wanted me to come in on Monday. I always try to make accommodation for students so the library won't have to close early. Then on Wednesday when I came to work, I checked my CCC e-mails. I read the response from Ms. Silverman and Dean Robinson stating that I could not make up for taking off on Thursday (1-15-15). That's when I took my break and went downstairs to make an appointment to talk with VP Hardy. Rachel was not in that day so I just sat down in a chair for about ten minutes. When I noticed my break was almost up I just knocked on the door lightly. When the door opened President Millender stepped out and I introduced myself to her. I asked President Millender would it be possible for us to meet. President Millender said "I didn't have time to read your e-mail, but we can set up a time to meet just as long as it's not concerning payroll issues". President Millender told me to schedule the meeting by e-mailing with Lexie Tripp.

On Friday (12-12-14) when I came in Ms. Silverman and Ms. Fox was busy doing interviews. I was the only librarian on duty at the time to answer student's reference questions. I explained to Ms. Silverman that I had a negative reaction from a flu shot I took earlier that week. In past practices we as a department has always e-mailed Ms. Silverman and wrote on the desk calendar our day(s) off and when we plan to make up the time. We never got an e-mail or had a meeting about the new library changes. Our last two department meetings ending in disaster, Ms. Silverman came to the first meeting late. In the meantime Dean Robinson was listening to some of our issues and concerns. Ten minutes later after we filled Ms. Silverman in on what was said she jumped up and was getting ready to leave when Dean Robinson stood by the door to stop her. Ms. Silverman just **pushed** Dean Robinson out of the way and walked out of our meeting. Ms. Silverman told the Dean and all of us that she never has to have a meeting with us except for Ms. Fox because they are in the same union. Dean Robinson tried to tell Ms. Silverman that's not true, but she was too upset to listen to reason. In other words we are out of the loop regarding information, changes, and the decision making process. I guess Robert Rules of Order only applies to some of us. During our second meeting Dean Robinson recapped at the

start some of our department concerns so that Ms. Silverman could address them. Once again a heated argument developed. Ms. Silverman got on the defensive again. Dean Robinson tried to bring the conversation together by changing the topic to "Student Success at Olive-Harvey College". Dean Robinson assigned me to collect all the responses from our meeting on improving "Student Success". During both meeting Dean Robinson never brought up the subject of us "not making up time". The only time it was mentioned was during our last department meeting where Dean Robinson introduced us to Robin Hicks. Dean Robinson told us that after her resignation date she was working on some special projects and that Friday (1-23-15) would be her last day.

When I received an e-mail from President Millender office it stated that who would be in charge as interim Dean of Instructions because Dean Robinson had resigned effective (1-2-15). It also stated that VP Hardy will have a dual assigned role and Professor Robin Hicks as interim Associate Dean of Instructions will also fill in. No one told us that Dean Robinson was still on board working on some special projects and assignments for Olive-Harvey College.

The following morning I e-mailed several people (VP Hardy, Officer Rodgers, Cleveland Jones and Ms. Fox) because I just wanted to ask Ms. Silverman why the rules have changed when we never had a meeting to discuss the matter of not being able to make up missed days. I told one of my co-workers that I needed to talk with my union rep. immediately. When I came back upstairs, I asked Ms. Fox to escort me to back work area while I ask Ms. Silverman a question and she agreed. Ms. Fox noticed that when I asked Ms. Silverman "would it be ok if I ask you a question and she said, yes". Before I could finish Ms. Silverman said "I don't want to talk about it anymore you need to read your email, because I'm through you better leave". She started getting on the defensive. I just wanted to know why I couldn't make up that day without doing a corrective time-sheet, because in past practices we have always communicated through e-mail and the desk calendar at the reference desk and never had this problem. I asked Ms. Silverman the question in a monotone voice which was witness by Ms. Fox. So I walked away and didn't say anything. I went to sit down at the reference desk and Ms. Fox went to her office. I noticed Ms. Silverman picking up the phone. I didn't hear who she was calling, but ten minutes later Dean Robinson and one security officer went directly to the back. When they came out and approached me, they told me to gather my things and leave. By that time Officer Torres, VP Hardy and another officer came into the area. We always close our back office door when we are having a meeting or a private discussion. I told everyone present at the time that I didn't do anything, but they said my supervisor wants me to leave until they sort everything out. Ms. Fox added that Ms. Smith was not loud in her tone when she asked Ms. Silverman a question. Ms. Silverman never gave me a warning, verbal or written about my conduct at any time during my five years of working here at Olive-Harvey College. I once again gathered my things and walked out of the building with security. They told me that I would be notified on the date of my hearing. Ms. Silverman never told me that due to low student census on Friday's there was no need for me to make up that day. Ms. Eichelberger asked Ms. Silverman when I left "what happen to Ms. Smith and Ms. Silverman told her that we don't have many students in the library on Friday's, she never made that statement to me, but she told one of my co-workers all my business.

June 4, 2015

To: Robin Hicks

On June 4, 2015 I started working at 11:30 am. When I checked in and told Ms. Silverman and Leslie Brown that I was here, I proceeded to put my things away in my office. When I came out of my office I immediately came over to our temporary library work space. I **did not** start eating any of my lunch. I started working on my different projects and assisting students that day. When I did take a break, I told Ms. Leslie Brown and Ms. Linda Eichelberger where I was going. I came back in a reasonable amount of time and continued working. I have two (2) witnesses (Ms. Brown and Ms. Eichelberger) to verify my non-misuse of my break time.

Sincerely,

Bernita Smith
Librarian/Olive-Harvey College

June 22, 2015

Bernita Smith

Olive-Harvey College

10001 S. Woodlawn Ave.

Chicago IL. 60628

Olive-Harvey College

Human Resource Director / Latasha Larry

For the past six (6) years of working in the library at Olive-Harvey College, Ms. Sharon Silverman has been the Chairperson in our department. On October 8, 2014 after one of our department meeting, Ms. Silverman sent out an email to everyone stating the breakdown of our lunch and break time. I was given a 15 minute break by Ms. Silverman. In the past there has never been a conflict of interest regarding me not full filling my library duties and responsibilities as a librarian, my time management, completing any assign projects or tasks, working with students assessment and students success, nor being flexible with my schedule to accommodate some of Ms. Silverman's responsibilities as a librarian. During which time I had no verbal warning, no e-mail, no Text message, no voice-mail message, nor any meeting regarding my misuse of my 15 minute break time. On Thursday June 11, 2015 without notice, when I was headed towards the library break room to take my 15 minute break, Ms. Silverman stood in front of the door in a defensive stance. She asked me "where are you going" I replied by saying "to take my break". Then all of a sudden Ms. Silverman leaned forward with her arms

folded across her chest. I felt threatened (like she was going to hit me). Then she said" If you sit down and eat it will take you at least 30 minutes, so when do you plan on making that time up next week". I said "That's ok I'll just leave and go back to my work area across the hall" which is our temporary work space for the summer. Ms. Silverman then blurted out in a loud voice as I was walking away "According to the rules and the union contracts, you don't get a break or a lunch". Ms. Silverman blatantly shared with Ms. Branch and Ms. Eichelberger that "The reason why I'm being mean to Ms. Smith is because she filed a grievance against me". Also during that time Ms. Silverman came back and forth in our temporary library space to check in on me by making sure I didn't go anywhere or come back into the break room. Ms. Silverman stayed until about 7:05 (my ending time) which is past her normal work schedule, which is (8:30-4:30) to make sure once again I did not come back into the break room to eat or to sit down.

In accordance with my union contract, breaks are allowed if you work so many hours in a day. For me to work 7.5 hours consistently on those days throughout the week it is very unprofessional for Ms. Silverman not to allow me the time given to me on October 8, 2014. The break was taken away all of a sudden without my knowledge in violation of CCC work ethics.

This behavior from Ms. Silverman is unacceptable and unnecessary and I will not tolerate being bullied by anyone. Thank you for your understanding in this matter. I have three (3) witnesses listed below that can verify on my behalf. That not only about what happen that day but my whereabouts from the start of my work day to the end of my work day.

Witnesses: Leslie Brown, Karen Branch, and Linda Eichelberger

Sincerely,

Bernita Smith

Bernita Smith

Librarian-Olive-Harvey College

July 10, 2017

EEOC OFFICE

To whom it may concern:

This is a continuation of event which took place from Spring Semester 2016-Summer Semester 2016.  Ms. Fox took over as Chair of the Library Department at Olive-Harvey College for one year. This was mainly due to the fact that Ms. Silverman was not in compliance to many of the issues surrounding the library. Her return as Chair was in question. We had our first Department meeting on 2-29-2016. Ms. Silverman was extremely late and telling everyone what she was not going to do including Ms. Fox. Then she singles me out by suggesting projects for me to work on. I listened and allowed her (Ms. Silverman) to speak her mind. Several weeks later while Ms. Fox was at lunch Ms. Silverman came over to the Reference Desk and stood behind me where I was sitting. She stood behind me for about 10 minutes mumbling words like "Go Fund Me". Everyone in my department knew I was having a hard time not only with my sister's death but also come up with enough money for her expenses. I never asked anyone for help nor did anyone extend it. I did manage to take care of everything. But when Ms. Silverman said that I knew I had remained calm to gather all my evidence I needed to file another grievance. When Ms. Fox came back from lunch I shared this conversation with her. She wasn't surprised but concerned how unprofessional and unsympathetic Ms. Silverman can be in certain situations. The next day when I saw Officer William Rodgers (Assistant Director of Safety and Security) at Olive-Harvey College to pull up the tape from the day before to document how Ms. Silverman was standing and talking over me. When Officer Rodgers did review the tape he told me that the camera does not pick up on that side of the library. The camera records movement of student coming in and out of the library and only certain areas.

When the contracts came out several weeks later Ms. Fox told me that the Office of Instruction did not approve any of my summer hours and that my Fall 2016 hours would be cut in half. So with all the problems, stress, and disregard for all the time beyond my normal duties I spent at the Reference Desk, it was time for me to move on.

Sincerely,

*Bernita Smith*

Bernita Smith

6-22-16

## EEOC

Over the past several years I sent complaint and filed several grievances against Ms. Silverman. The conduct around the work space has ultimately become unbearable. From the moment I didn't sign up to do mid-term extended hours, Ms. Silverman has intentionally made my day to day job assignment uncomfortable to say the least. From her constant name calling (moe-foe=Mother Fucker, Bitch, Hoe, old lady, Homophobic, Baster, Stupid Ass, and any other bad name that comes out of her mouth ). Every time I tried to talk to Ms. Silverman on a professional level I always get cursed out. Ms. Silverman has a very unbecoming attitude towards me, because she had to hire another librarian for another campus to work those extended hours. Ms. Silverman never speaks to me throughout the day. If she wants me to know something it's often time through a third party.

Right before the Fall Semester 2014 ended (when I made the decision not to work), Ms. Silverman goes into my file and immediately changes my Spring 2015 contract from 17 weeks to 16 weeks. Before that Ms. Silverman agrees with my January 5, 2015 starting time. I tried once again to communicate with Ms. Silverman to find out why my contract was changed. I had to go through my union rep Cleveland Jones and former Dean Robinson. The three (3) of us was supposed to meet over the break, but Dean Robinson never set up a day or time. Throughout this ordeal I filed several grievances against Ms. Silverman for her harsh treatment, lies, unprofessionalism, and manipulation towards me. Time and time again my voice was not heard by the former VP (Mia Hardy), Former Dean of Instructions (Ms. Tia Robinson) or HR Director (Latasha Larry). I also made a request to my Union Rep (Cleveland Jones) to move forward with the next phase of negations which is arbitration. I meet with several members of the committee.

I talked with my doctor on several occasions about the all the stress related to my job. During one particular visit I was shaking so bad that after my doctor to my blood pressure was high, so she had to increase my dosage. I have high blood pressure and anemia.

When Ms. Silverman said the statement "I run this Bitch and nobody is going to say anything about it" "It is what it is" I was shocked. I knew then that I was loosening an uphill battle. When I mentioned to HR director Latasha she even tried to water down the severity of the matter, like it wasn't that big of deal that Ms. Silverman tried to hit me. When Ms. Silverman tried to stop me from taking a break after working seven (7) hours straight to eat and take my medicine. That is a big deal because she almost hit me. The only way she didn't is because I stepped back. The only reason Ms. Silverman could give for being so mean towards me is when a co-worker asked her why was she being so mean to Ms. Smith and the first thing come out of her mouth was "because she filed a grievance against me" which was personal information. If I would have went into the break room she told me that she was going to write me up, so I didn't. From that time on I didn't eat, drink any water, or take my medicine until I got home because Ms. Silverman was watching me the whole time. I stayed to report the incident to campus security. One of my co-worker stayed with me as a witness to Ms. Silverman behavior.

Ms. Silverman knew my sister was in the hospital in a comma. When I reported to work the next day Ms. Silverman made a derogative remark and was talking about my sister to add insult to injury. Who does that?

Sincerely,

Bernita Smith/ Reference Librarian
Olive-Harvey College

Linda Eichelberger

Olive-Harvey College Library

10001 S Woodlawn

Chicago, Il 60628

To whom it may concern,

On Thursday, June 11, 2015, I was sitting in the break-room with co-workers Ms. Branch and Supervisor Sharon Silverman, preparing to eat lunch and had already called Ms. Smith over to have lunch with us. Upon Ms. Smith's arrival, Ms. Silverman leaps up from her chair, stands in the doorway (in a combative position arms folded) proceeds to ask Ms. Smith where she is going, preventing her from entering the break-room area. Ms. Smith replied that she had come to have lunch with us. Ms. Silverman told her "According to her contract, she was not allowed a 15 minute break and if she took a break she would have to make up 30 minutes, for that 15 minutes". Part-timers have always had a 15 minute break if they work 6 hours per day, in which Ms. Smith does. Ms. Smith proceeded to leave the break-area. After a few minutes, I asked Ms. Silverman what had she said to Ms. Smith, and she repeated the line about her contract and made a remark about people filing grievances against her. Ms. Branch and I tried to explain to her that Ms. Smith is entitled to a 15 minute break and that she was not required to make up any time. Ms. Silverman still disputed it.

I waited for Ms. Smith to return, which she never did. After, lunch Ms. Branch told me to go over to the other side of the Library, tell Ms. Smith to come over and take her break but, she never did. Now, I'm not sure why Ms. Silverman stayed until past 7:00 p. m. that day, which is not her normal time to leave (5:30-5:45 p.m.) but, I'm guessing (and am quite sure)it was to make sure that Ms. Smith did not take any break that day (by the way she didn't)

Thank you,

Linda Eichelberger

College Library Assistant I

March 18, 2015

To All Parties concerned:

- Ms. S. Silverman bullies her entire staff
- Ms. S. Silverman fabricates the truth all the time
- Ms. S. Silverman curses at or around her staff at any given moment
- Ms. S. Silverman walked out on several of our department meeting with a hostile attitude
- Neither Ms. S. Silverman nor Dean Robinson ever talked about our past practices of making up missed days or time during our meetings
- Ms. S. Silverman does not communicate with her staff at all when it comes to important library issues
- Ms. S. Silverman manipulates situations that happen in the library to her advantage
- Ms. S. Silverman is very seldom at the reference desk to help with students services
- Ms. S. Silverman very seldom has library meetings with her staff. When we do, they tend to be at an inconvenient time for everyone to attend
- Ms. S. Silverman holds resentment toward her staff when things don't go her way
- Ms. S. Silverman seldom communicates with the library staff when it comes to leaving the library throughout the day

Bernita Smith _____

Linda Eichelberger _____

Willalyn Fox _____

Karen Branch _____

This e-mail shows a reflection of how defiant Ms. Silverman is. Ms. W. Fox was the Chair of the library at Olive-Harvey College from January 2016 –December 2016. Ms. Silverman lied again when everyone in attendance knew that Ms. Silverman never sits at the Reference Desk to service students or to work on any continuous library assignment like everyone else. This type of behavior and lick of cooperation that causes friction in the work place. It's hard to work as a team when you have one person defiant and has no respect for authority. The meeting started at 3:00pm for everyone because it was not only a time when everyone would be there but a time when Ms. Fox could present her ideas and plans for the upcoming year. Ms. Silverman did not show up until around 3:45pm. No one knew where she was.

**Learning Resources Center/Library Department Meeting**

Facilitator: Willalyn Fox, Librarian Department Chair

Recorder: Leslie Brown, Library College Assistant II

Monday, February 29th, 2016

In Attendance: Karen Branch, Leslie Brown, Linda Eichelberger, Willalyn Fox, Sharon Silverman, Bernita Smith

**Library Meeting Minutes...**

1. **Servicing Student**
   Library Mission "Services students to the best of our abilities."
   Students and library staff must follow Olive-Harvey College policies.
   No hats, no food, no drinks and no talking on cell phones in the OHC library.
   Library staff need to be consistent with enforcing the CCC policies.
   Both the circulation and reference desk must have coverage during library hours.
   Students are not allowed in the library work room area, library staff should service students at the circulation desk and reference desk and on the library floor.
   Librarians and library staff need to be visible and available for students.
   It's important for student information needs as well as security, especially when only two staff members are present.
   It is unfair for both students and colleagues to have to ask librarian's to come out to assist students. Students should not be serviced in the work room, where our personal belongings are stored.
   The OHC library is our classroom and librarians work a 6 hour day and should be available no less than 3 hours on the floor.

2. **Events/Programs**
   February Black History Month: A display case of library materials about Louis "Satchmo" Armstrong
   April Program for Library Week, Professor/Author Melda Beaty with have a book discussion/reading from her book "LIME".

3. **Circulation Statistics**

   Ideas for counting library materials used but not checked out. Examples, periodicals, reference books, group study rooms and etc. These items will need a barcode number. Keeping track of general circulation and Inter-library Loan statistics from Alma and find ways to improve.

4. **Special Projects**

   Ms. Smith completed the shelf guide labeled cards in the circulation side of the library.
   Ms. Fox completed two library display cases. Promoting OHC library materials.
   Ms. Silverman worked on cataloging and doing inventory on reference books.

5. **Miscellaneous**

   Ms. Fox told library staff to beware of what and how they are copying and printing while at work. Also to use the telephone and internet for library work related business only.
   There are two laptop Loaner programs: students can contact the office of Instructions or the IT department for more information
   Hire a work study student to work at the OHC Library.
   OHC library will be having program reviews.

# Re: OHC Library Meeting Minutes...

### Sharon Silverman

Fri 3/18/2016 3:47 PM

To: Leslie Brown <lbrown443@ccc.edu>; Bernita Smith <bsmith@ccc.edu>; Karen Branch <kbranch@ccc.edu>; Linda Eichelberger <leichelberger@ccc.edu>;

Cc: Willalyn Fox <wfox@ccc.edu>;

Amendment to minutes:
Silverman catalogs books and is working on a several projects that encompass cataloging. Thereby, since Fox does not catalog she sits at the reference desk.
I also, service students while sitting at the technical desk, thereby completing two services simultaneously.

Also, let the minutes reflect that Silverman did not agree to this as it was a discussion.

Sharon T. Silverman
M.S. Library and Information Science
Olive-Harvey College

---

**From:** Leslie Brown
**Sent:** Friday, March 18, 2016 10:14:55 AM
**To:** Sharon Silverman; Bernita Smith; Karen Branch; Linda Eichelberger; Leslie Brown
**Cc:** Willalyn Fox
**Subject:** OHC Library Meeting Minutes...

Please see attachment.

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 24 of 221 PageID #:24

# LIBRARY ORIENTATION

**Bernita Smith**

Mon 2 22/2016 6:02 PM

Willalyn Fox <wfox@ccc.edu>;

Bernita Smith <bsmith@ccc.edu>,

Hello Ms. Fox---

Today when I arrived at work there where several students from Ms. Silverman's library orientation class waiting to have their sheets signed.

I signed as many as I could before Ms. Silverman came through the back door around 5:15. She began signing the other students sheets.

Instead of Ms. Silverman coming out from our restricted area, she called as many as six (6) students to the back where my personal things are.

B. Smith

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 25 of 221 PageID #:25

# RE: Tentative Schedule

## Sharon Silverman

Fri 12/11/2015 11:58 AM

To Willalyn Fox <wfox@ccc.edu>; Bernita Smith <bsmith@ccc.edu>; Karen Branch <kbranch@ccc.edu>; Leslie Brown <lbrown443@ccc.edu>; Linda Eichelberger <leichelberger@ccc.edu>;

Cc Robin Hicks <rhicks7@ccc.edu>;

🔗 1 attachment (187 KB)

Schedule Spring 2016 (CORRECTION 12-11-2015).pdf;

Hello All,

See my attached corrections. For personal reasons (discussed with the Dean), I set my schedule to accommodate me as Fox did when her mother was ill. Also, my Release Time was not included. Past practice is each librarian sets her time and the part-time librarian works the evening schedule, Fox work evenings to accommodate her desired schedule of working every other Monday and/or Saturday the last 2-3 semesters. Per her request she liked working until 7:00pm, I do not unless a project or meeting is scheduled.

Happy Holidays!
-SS

**From:** Willalyn Fox
**Sent:** Friday, December 11, 2015 12:18 PM
**To:** Sharon Silverman; Bernita Smith; Karen Branch; Leslie Brown; Linda Eichelberger
**Cc:** Robin Hicks
**Subject:** Tentative Schedule

Hello All,

Please see the tentative schedule for the Spring term.

Willalyn Fox

## Learning Resource Center

## (Tentative) Spring 2016 Schedule

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total Hours |
|---|---|---|---|---|---|---|---|
| **Fox** | 8:00 – 2:30 | 8:00 – 2:30 | 10:00 – 4:30 | 10:00 – 4:30 | 8:00 – 2:30 | | 30 |
| overtime | 2:30 – 3:30 | 2:30 – 3:30 | 4:30 – 5:30 | 4:30 – 5:30 | 2:30 – 3:30 | | 5 |
| | | | | | | | |
| **Silverman** | 10:00 – 6:30 | 10:00 – 6:30 | 8:00 – 4:30 | 8:00 – 4:30 | | | 30 |
| overtime | 9:00 – 10:00 | 4:30 – 6:00 | 4:30 – 5:30 | 4:30 – 6:00 | | | 5 |
| | | | | | | | |
| **Smith** | 4:00 – 8:00 | 4:00 – 8:00 | 4:00 – 8:00 | 4:00 – 8:00 | | 8:00 – 1:00 | 21 |
| **Branch** | 8:00 – 3:30 | 8:00 – 3:30 | 9:30 – 5:00 | 9:30 – 5:00 | 8:00 – 3:30 | | 35 |
| **Brown** | 9:30 – 5:00 | 9:30 - 5:00 | 8:00 -3:30 | 8:00 – 3:30 | 8:00 – 3:30 | | 35 |
| **Eichelberger** | 1:30 – 8:00 | 1:30 – 8:00 | 1:30 – 8:00 | 1:30 – 8:00 | | 8:00 – 1:00 | 29 |

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 26 of 221 PageID #:26

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 27 of 221 PageID #:27

# Learning Resource Center

## (Tentative) Spring 2016 Schedule

|  | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total Hours |
|---|---|---|---|---|---|---|---|
| **Fox** | 8:00 – 2:30 | 8:00 – 2:30 | 10:00 – 4:30 | 10:00 – 4:30 | 8:00 – 2:30 |  | 30 |
| overtime | 2:30 – 3:30 | 2:30 – 3:30 | 4:30 – 5:30 | 4:30 – 5:30 | 2:30 – 3:30 |  | 5 |
|  |  |  |  |  |  |  |  |
| **Silverman** | 08:30 – 4:30 | 08:30 – 4:30 | 08:30 – 4:30 | 08:30 – 4:30 | **6 hours Union Release Time** |  | 24 |
| overtime | 3:30-4:30 | 3:30-4:30 | 3:30 – 5:30 | 3:30-4:30 |  |  | 5 |
|  |  |  |  |  |  |  |  |
| **Smith** | 4:00 – 8:00 | 4:00 – 8:00 | 4:00 – 8:00 | 4:00 – 8:00 |  | 8:00 – 1:00 | 21 |
| **Branch** | 8:00 – 3:30 | 8:00 – 3:30 | 9:30 – 5:00 | 9:30 – 5:00 | 8:00 – 3:30 |  | 35 |
| **Brown** | 9:30 – 5:00 | 9:30 - 5:00 | 8:00 -3:30 | 8:00 – 3:30 | 8:00 – 3:30 |  | 35 |
| **Eichelberger** | 1:30 – 8:00 | 1:30 – 8:00 | 1:30 – 8:00 | 1:30 – 8:00 |  | 8:00 – 1:00 | 29 |

January 12, 2015

Hello Dr.. Hardy:

    During my meeting on Tuesday (1-6-15) with Dean Robinson and Ms. Silverman (because the pay period before the break was in question), I made arrangements to make up those days that I missed. On Friday (12-12-14) Dean Robinson decided that due to time restraints my scheduled meeting with Ms. Silverman would take place during the break. I was checking my e-mails and cell phone messages, but we never did meet. Now when we had a brief discussion on Tuesday (1-6-15) that's when Dean Robinson took advantage of the opportunity to bring up some old issues. I really don't understand what's going on but I felt attacked and intimidated in an unprofessional matter.In the future would it be possible for you to sit in on our staff meetings. Thanks for your understanding in this matter.

B. Smith/Olive-Harvey Library

# Reference Librarian Duties
by Lainie Petersen



Reference librarians help library patrons locate the information that they need. While actual job duties vary by library type and size, reference librarians are usually expected to maintain a collection of relevant and accurate reference sources, assist patrons with information searches and, in some contexts, train patrons in reference and citation techniques.

## Guidance

Many library patrons use the library for work, business and personal research projects. Reference librarians help these patrons find and select appropriate reference sources, usually after completing a reference interview. During the reference interview, the librarian works with the patron to determine her needs and then recommends online or in-library sources for further research. In addition to offering one-on-one assistance, reference librarians often create topical documents called "pathfinders." Pathfinders list several authoritative resources on a specific subject matter. Patrons use pathfinders as a quick guide to a library's reference materials.

## Answer Questions

Some libraries provide patrons with quick answers to questions through ready reference desks, homework assistance hotlines and email or telephone reference services. Reference librarians use both online and offline reference sources to answer patrons' questions. Not all libraries provide this service and many restrict the nature and complexity of the questions that librarians will answer. If a librarian can't answer a patron's question, she may still provide the patron with a list of recommended sources so he can do his own research.

## Collection Management and Development

A reference librarian is responsible for selecting new materials for a library's collection, replacing lost or damaged items, and weeding out old or outdated materials. In academic and special libraries, reference

librarians often hold additional academic credentials, such as a master's degree in a subject other than library science, and use their expertise to identify materials needed to serve the needs of the library's users.

Education

Reference librarians often educate others about research methods, proper citation and the use of reference sources. Academic or school librarians may teach stand-alone courses or workshops in research methods or present on these subjects in other teacher's classrooms. Public librarians may likewise offer presentations and lectures on library reference materials and Internet resources to library patrons and the community at large.



CITY COLLEGES of CHICAGO

# Olive-Harvey

Office of the President
Education that Works

January 15th, 2015

Bernita Smith
14919 S. Langley Ave.
Dolton, IL 60419

Dear Ms. Smith:

You are scheduled to participate in a pre-disciplinary hearing at Olive-Harvey College on **Friday January 23nd, 2015, at 11:30am the Human Resources Conference Room #1107G.** The hearing is being held because you reported to work on 1/5/15 and you were not scheduled to work until 1/12/15. On 1/5/15 and 1/6/15, you were informed by management that you were not scheduled to work. You continued to work after being told that management did approve for you to work on 1/5/15 and 1/6/15. On 1/14/15, you spoke to her supervisor, Sharon Silverman, in a loud and aggressive tone.

As a result, you have been charged with violation of the following City Colleges' rules and/or policies:

**Work Rule 24: Insubordinate actions, including failure to carry out a rule, order or directive relative to the performance of employee's duties . . .**

**Work Rule 48: Violation of departmental or College rules and regulations . . .**

**Work Rule #50: Conduct unbecoming a public employee.**

At the pre-disciplinary hearing, you will have an opportunity to respond to and rebut the charges against you, as well as present any evidence to contradict or mitigate the circumstances. You are entitled to Union representation to assist you during the hearing. Be advised that this hearing may result in a recommendation of disciplinary action up to and including termination.

Respectfully,

Angelia Millender
President, Olive-Harvey College

cc:     Cleveland Jones, Union Representative, IEA-NEA
        Robert Reimer, Dean of Adult Education
        Latasha Larry, Human Resources Director
        Stephanie Tomino, Vice Chancellor - Human Resources and Staff Development

10001 S. Woodlawn Ave. I Chicago, IL 60628 I 773.291.6100 I oliveharvey.ccc.edu



CITY COLLEGES of CHICAGO

# Olive-Harvey

Education that Works

## Pre-Disciplinary Hearing Officer Report

**DATE:**   January 30th, 2015

**TO:**   President Angelia Millender

**FROM:**   Robert Reimer/Hearing Officer

**CC:**   Cleveland Jones/Union Representative

**RE:**   PRE-DISCIPLINARY HEARING FOR BERNITA SMITH

---

## INTRODUCTION

On Monday, January 26th, 2015, a Pre-Disciplinary Hearing was held for Ms. Bernita Smith, Part-time Adjunct Librarian, at Olive-Harvey College. Ms. Smith is a member of the City Colleges Contingent Labor Organizing Committee, IEA-NEA (CCCLOC), and was represented by Mr. Cleveland Jones, CCCLOC/IEA-NEA Union Representative. Administration was represented by Sharon Silverman, Department Chair Library, Latasha Larry, Human Resources Director, and Robin Hicks, Interim Associate Dean of Instruction. As your designee, I served as the Hearing Officer.

Ms. Smith was charged with violating the following City Colleges of Chicago Work Rules:

### City Colleges of Chicago Work Rules

Work Rule #24:   Insubordinate actions, including failure to carry out a rule, order or directive related to the performance of employee's duties; assaulting, threatening, intimidating or abusing a supervisor either physically or verbally.

Work Rule #48:   Violation of departmental or College rules and regulations . . .

Work Rule #50:   Conduct unbecoming a public employee.

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 33 of 221 PageID #:33

# Bernita Smith COA

## Latasha Larry

Thu 9/17/2015 7:07 AM

To Bernita Smith <bsmith@ccc.edu>;

Ms. Smith,

I received your COA but it doesn't reflect the corrected number of hours worked.

Please confirm how many hours you worked on January 5th and January 6th.

You can give me call or stop by if you have additional questions.

*Latasha Larry*

Human Resources Director
Olive-Harvey College
10001 S. Woodlawn Ave
Chicago, IL 60628
P: 773-291-6210
E: llarry4@ccc.edu



CITY COLLEGES of CHICAGO
**Olive-Harvey**
Education that Works

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 34 of 221 PageID #:34

# RE: COA

## Latasha Larry

Tue 10/13/2015 1:52 PM

To Bernita Smith <bsmith@ccc.edu>;

Ms. Smith,

Payroll is requesting for a new COA to be completed to reflect the hours worked below. Please send me the correct COA so I can submit to payroll.

Please let me know if you have any questions.

*Latasha Larry*

Human Resources Director
Olive-Harvey College
10001 S. Woodlawn Ave
Chicago, IL 60628
P: 773-291-6210
E: llarry4@ccc.edu



CITY COLLEGES of CHICAGO
**Olive-Harvey**
Education that Works

**From:** Bernita Smith
**Sent:** Sunday, September 20, 2015 2:27 PM
**To:** Latasha Larry
**Cc:** Bernita Smith
**Subject:** COA

Hello Ms. Larry---

On Monday January 5, 2015 I worked seven (7) hours.
On Tuesday January 6, 2015 I worked three (3) hours.
Thank you for your understanding in this matter.

Bernita Smith
Olive-Harvey College Library

7 copies

# OLIVE-HARVEY

# COLLEGE

# STUDENTS

# ISSUES

**From:** Pierre Stribling <PSTRIBLING1@student.ccc.edu>
**Sent:** Wednesday, April 23, 2014 6:22 PM
**To:** Delores Reynolds; Karen Branch; Sharon Silverman
**Cc:** pstribling1@ccc.edu
**Subject:** My resignation

Dear Ms. Reynolds,

On April 9, 2014, I was 10 minutets late reporting to work. Upon my arrival, Ms Silverman and Ms. Smith were sitting at the Reference desk in the Library, when Ms Silverman called me over and asked why I was late. Before I could explain she started cursing me out saying how she was going to fire my _ass_ . I said "OK whatever". She then said "I don't like the way you're talking to me", and I repeated that back to her. She then asked if I wanted to work or not and I said "Yes" but she said "come back tomorrow".

Also, the work conditions and her demeaning attitude towards myelf and students made me realize I could no longer work with her. Ms. Reynolds, I would still like to be a Work-Study student but, not in the Library if she's in charge.

Thank You,

Pierre R. Stribling
773-441-6543

1

April 14, 2015

To whom this may concern,

I'm the work study student Danielle Sorrells for the city college of Chicago at Olive- Harvey College under Ms. Silverman, while working here she been very much unconsidered towards me. I found out I was expecting so at times I get very sickly and she was just yelling and cursing at me saying you cannot be throwing up in front of the desk and while I was still throwing up she made me take the trash can with me in front of everybody until I got to the back of room to finish. When I finish throwing up Ms. Silverman told me to go home. Ms. Brown was and is a witness to how Ms. Silverman treats me. I try my best to be here and do whatever it is that's needs to be done with no problem, but it's never good enough for Ms. Silverman.

Thank you have a bless day

12/8/2014

I and a coworker went out for lunch, before leaving the premises we asked the staff that was present at the time would they like anything back, they responded and said no Thank You. Ms. Silverman wasn't present. But when we returned we greeted her, and her reply was "Hey!! You MOTHERFUCKERS went out to eat and didn't ask me did I want anything. She said it twice me and the coworker laughed and said Ms. Silverman you weren't here at the time. I was truly offended I didn't expect that from her. I took it Ms. Branch, and she was shocked to what I said. She replied she said that you all, out of disbelief.

Sincerely,

Ronald McDowell

March 5, 2016

To whom it may concern,

I have noticed many times that Sharon T. Silverman, Fulltime Librarian at Olive-Harvey College I.D.# 000707594 has been late coming to work since the beginning of this semester. (We have time-sheets on file). Not only is she late on a daily basis, she is also insubordinate. When she does her timesheet, there are always more hours per week than she works. She has also claimed time for Saturdays and I know of only one time in which she did actually on one Saturday. She has violated most of the CCC Work rules and our Ethics policy.

Some examples of the Work Rule violations include: (2) she disappears for long periods of time, claiming she's going to meeting, when I know she' nots having as many meetings as she specify, (we have a desk calendar). When she does go these so-called meetings, she never informs our supervisor of her whereabouts. (20) Intimidates co-workers and uses foul language. ,(28), Is never on duty at our Reference Desk to serve students.(41) she discriminates against all of her co-workers.(12), conducts Union Business in the Library whenever she wants. She is President of their Union..

These are only a few of the Work Rules and Ethics Policy she has violated. Please investigate her. Other co-workers have vital information about her actions.

Thank you

February 14, 2015

To Whom it May Concern:

Student in need of help----

I am a former Olive-Harvey College student. My major is Business administration. I graduated last year in January 2014. I really don't want to give my name right because I want to remain anonymous for right now. But I would like to tell you about all the negative things I experience over the year when I visit the library on the second floor. There is a Librarian by the name of Ms. Silverman. Every time I visit the library when she's on the floor there is some kind of conflict with students. I also had some minor run ends with her as well. Ms. Silverman has one of the worse negative attitudes I've ever seen. Ms. Silverman never wants to help students without some type of complaint against her. If she does help you with your question it's always short and snappy. One lady I observed crying because she needed help on how to navigate around the Internet. Ms. Silverman told her if you don't write down the steps, you can go upstairs to the computer lab. She doesn't realize how aggravated she makes people feel. There has been complaint after complaint against her and nothing has happen. She really feels like she can keep getting away with bad behavior. I'm tired and I feel sorry for the new students who will experience her wraith sooner or later. None of my friends enjoy

going to the library anymore. This bad behavior has to stop because people are getting sick and tired of her belligerent ways. Attached is a copy of several students' Ms. Silverman has cursed out. One student I know for a fact was arrested, put in hand cuffs and escorted out of the building because Ms. Silverman had an issue with her in the library. The student failed one of her major classes because she couldn't take the final because she was in jail. She had to go to court and is try now to have the opportunity to retake final. Her self-esteem is low because she's trying to get back in school. The incident has affected her financial aid as well. Something has to be done. This woman cannot keep thinking everything is ok. I'm tired when my friends leave the library with a disappointed look on their faces. This only happens when she's on duty. Please address these complaints to the President of Olive-Harvey College.

P.S. President Millender at amillender@ccc.edu

Office of the President ex. 6313 Room 1107c

Thank you for your time!!!!

Enjoy your evening and happy holidays to you and your family.



**ANGELIA N. MILLENDER | PRESIDENT**
Olive-Harvey College
City Colleges of Chicago
10001 South Woodlawn Avenue
Chicago, IL 60628
**p. (773) 291-6313**
**www.ccc.edu/colleges/olive-harvey**

**From:** Willalyn Fox
**Sent:** Monday, December 08, 2014 10:34 AM
**To:** Angelia Millender
**Subject:** Library Incident

Good Morning President Millender,

As we enter into the final weeks and days of the semester, many students experience a heightened sense of anxiety as a result of studying long hours, completing term papers and taking final exams. For many, the library is a haven where they can work in a quiet, safe and nurturing environment. For one student, however, this serenity was shattered last Tuesday evening.

It is not unusual for Ms. Silverman to reprimand students in a loud and bucolic manner, but on Tuesday, December 2, 2014 she took it to another level. After shouting at and berating a student, Ms. Silverman proceeded to relay the story to the evening staff, laughing and talking about the student. As the student exited the library, she overheard Ms. Silverman talking about her and other words were exchanged. The student said that Ms. Silverman was rude and disrespectful to her.

The evening library staff, Ms. Smith and Ms. Eichelberger are acquainted with the student, Nydia Foster. They have had positive interactions with her and they know her to be both polite and serious. They were not, however, surprised that Ms. Silverman targeted her in this manner. Ms. Silverman is often antagonistic toward students, staff and even faculty. It is my understanding that on Wednesday, December 3, 2014 Ms. Silverman reported to security that the student threatened her and insisted that Ms. Foster be arrested by the Chicago Police Department. This action was considered totally unwarranted by all who witnessed the incident. Ms. Silverman's behavior is counter to our mission of promoting student success and I cannot remain silent and allow one of our students to suffer extreme repercussions because she reacted to verbal abuse from Ms. Silverman.

Willalyn Fox, Librarian

As we enter into the final weeks and days of the semester, many students experience a heightened sense of anxiety as a result of studying long hours, completing term papers and taking final exams. For many, the library is a haven where they can work in a quiet, safe and nurturing environment. For one student, however, this serenity was shattered last Tuesday evening.

It is not unusual for Ms. Silverman to reprimand students in a loud and bucolic manner, but on Tuesday, December 2, 2014 she took it to another level. After shouting at and berating a student, Ms. Silverman proceeded to relay the story to the evening staff, laughing and talking about the student. As the student exited the library, she overheard Ms. Silverman talking about her and other words were exchanged. The student said that Ms. Silverman was rude and disrespectful to her.

The evening library staff, Ms. Smith and Ms. Eichelberger are acquainted with the student, Nydia Foster. They have had positive interactions with her and they know her to be both polite and serious. They were not, however, surprised that Ms. Silverman targeted her in this manner. Ms. Silverman is often antagonistic toward students, staff and even faculty. It is my understanding that on Wednesday, December 3, 2014 Ms. Silverman reported to security that the student threatened her and insisted that Ms. Foster be arrested by the Chicago Police Department. This action was considered totally unwarranted by all who witnessed the incident. Ms. Silverman's behavior is counter to our mission of promoting student success and I cannot remain silent and allow one of our students to suffer extreme repercussions because she reacted to verbal abuse from Ms. Silverman.

The Dean of Instruction recently convened a meeting in the Learning Resource Center obstensibly to address the issue of the presence of children in the library. This meeting evolved into a discussion about the library in general. It was agreed the library staff has experienced many challenges this semester. It was further discussed and concluded that short staffing and poor leadership are the principle factors contributing to low staff morale. All staff reported having had negative interactions with the department chairperson in the form of aggressive body language, demeaning comments about staff and deliberate distortion of events. When Ms. Silverman arrived for the last ten minutes of the meeting and any problems.

The next day a general email from Ms. Silverman went out about adhering to lunch hours (this seemed to be directed toward Ms. Branch) and break periods. We were warned that taking more than a 15 minute break (for part-time employees) is a "violation of the CCC work rules." I received a returned copy of my COA, through inter-agency mail, indicating that she could not approve my time sheet because I "had not worked the overtime hours." The falsification of the COA is a serious allegation, and the deliberate misreprentation of this is especially agregious when it is perpetrated by the union chapter chair.

Since the staff meeting, Ms. Silverman has not audibly communicated with staff. There have been only terse emails and hostile body language, in the form of slamming books around. Ms. Silverman's actions in this instance are more than childish, but clearly an act of retaliation. I not

only resent the idea that Ms. Silverman insinuates that I falsified my time. This is a serious charge that is consistent with Ms. Silverman's bullying of subordinates and her creation of a hostile work environment

# Fw: Library Incident

## Willalyn Fox

Tue 1/13/2015 3:45 PM

To:Bernita Smith <bsmith@ccc.edu>;

FYI

_____

**From:** Willalyn Fox
**Sent:** Tuesday, January 13, 2015 1:12 PM
**To:** Melda Beaty
**Subject:** Fw: Library Incident

FYI

_____

**From:** Angelia Millender
**Sent:** Wednesday, December 10, 2014 5:10 PM
**To:** Willalyn Fox
**Subject:** RE: Library Incident

Good Evening

I do apologize that I am just getting an opportunity to respond to your message below. I did read it on Monday and just did not have time to respond.

First, I want to thank you for sharing some of the details of the event that happened in the library relative to this student. I have not yet had a chance to speak with Ms. Silverman about this matter, but I did receive the security report with some of the details. I also know that the student will receive a due process hearing to explain what happened. You can also appear on her behalf to do the same. Since, I have to make a decision relative to this student's continuation at OHC past this incident, it would not be appropriate for me to respond in any detail. But I will add my general thoughts below.

From my experience when things happen that cause disruption both parties have an opportunity to calm the matter by taking themselves out of the situation or remaining in it. The one with the least power or influence who remains in the situation is often the one who receives what can be interpreted as unfair treatment. I always try to encourage students or anyone else to become part of the solution and not part of the problem by walking away, seeking assistance and or escalating the matter. The latter action turns the table in the other direction. I don't know if the student had an opportunity to walk away or whether she decided to react to what you have described below.

The matter will come to my office in the form of a recommendation and at that time I will review what is before me and make a determination. I do want to thank you for providing this information.

**CITY COLLEGES**
of **CHICAGO**

Education that Works

June 12, 2015

Bernita Smith
14919 S. Langley Ave.
Dolton, IL 60419

Dear Ms. Smith:

City Colleges of Chicago's EEO Office is responsible for investigating and responding to complaints of illegal discrimination and sexual harassment. On June 11, 2015 we received your retaliation complaint.

Under City Colleges of Chicago policy, "Discrimination includes harassment or the creation of a hostile working or learning environment based upon race, national origin, ethnicity, gender, age, religion, citizenship, sexual orientation, marital status, disability or handicap, veteran status, membership or lawful participation in the activities of any organization, or the exercise of rights guaranteed by local, state, or federal law." Please note that under the policy, claims of retaliation must stem from participation in prior or current EEO activity.

Upon review of your complaint, the EEO Office determined that Mia Hardy, Vice President of Academic and Student Affairs at Olive-Harvey College, could more appropriately handle your issues. Therefore, our office will not be conducting an investigation of the matters presented in your retaliation complaint.

If you have any questions, please contact me at (312) 553-3239.

Sincerely,

Sarah Nau
Associate Director of Labor & Employee Relations

226 W. Jackson Blvd. | Chicago, Illinois 60606 | 773.COLLEGE | www.ccc.edu

**From:** ohc-announce
**Sent:** Monday, December 29, 2014 2:05 PM
**To:** ohc-everyone
**Subject:** A Message From President Angelia Millender

As 2014 comes to a close, I want to thank all of you for your service to our students, Olive-Harvey College and the City Colleges of Chicago. I look forward to working with all of you as we start a new year together!

I am certain that many of you are aware that Dean Tia Robinson resigned her position of interim Dean of Instruction effective Friday, January 2, 2015. Dean Robinson has served Olive-Harvey College and the City Colleges of Chicago tirelessly, with the highest level of competence and dedication to our students. Please join me in wishing her well in her endeavors to dedicate 100 percent of her time to complete her doctorate degree. I have the utmost respect for her decision to support her own completion journey. I know that she will be successful in any next step that she seeks, and there is no doubt this credential added to her progressively responsible experiences in higher education, will help her advance to heightened levels of administration. She will be missed!

Moving forward, we will begin our search for a Dean of Instruction at OHC. The position remained posted due to the interim appointment of Dean Robinson. Upon learning of the dean's resignation, I asked human resources to begin to screen applicants' credentials, determine their qualifications and fit for this role. I am now seeking faculty participation to serve on the search committee to move candidates to the next level of screening. Professor Pergams has agreed to continue his service as search committee chair and Professor Robinson-Dukes has also agreed to continue her service on the committee. If you are interested in serving, please email Professor Pergams nd me no later than **Tuesday, January 6, 2015.** Also, if you served prior, you must indicate your interest to serve again.

The Dean of Instruction will begin work as soon as we can complete the hiring process. Dr. Hardy, in her Interim Role of Vice President for Instruction, will serve in a dual capacity until the new Dean of Instruction is hired. I am pleased to announce and welcome Professor Robin Hicks into the interim Associate Dean Role. Professor Hicks has enthusiastically agreed to serve in this role until a new associate dean can be hired. We anticipate the Associate Dean position to be posted shortly after the new Dean of Instruction comes on board.

Also worth noting at this time, there are several other interim appointments that have been made until the new Vice President position is hired permanently. Backfilling Dr. Hardy, Associate dean Michelle Adams has been appointment interim Dean of Students and Tania Wittgenfeld has been appointed interim Associate Dean of Students. Dr. Pinkston McGhee completes the Student Services administrative team.

Enjoy the rest of your holiday break.

*Lexie Tripp*
*Executive Office Manager*
*Office of the President*
*Olive-Harvey College*
*10001 S. Woodlawn Avenue*
*Chicago, IL 60628*
*O: 773-291-6313*
*: 773-291-6226*
*E: ltripp2@ccc.edu*

1

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 48 of 221 PageID #:48

# Announcement from the Office of the President

**ohc-announce**

Tue 3/31/2015 2:18 PM

To:ohc-everyone <ohc-everyone@ccc.edu>;

Importance: High

**Announcement from the Office of the President**

First, I want to thank the Dean of Instruction Search Committee, inclusive of faculty and staff, chaired by Professor Oliver Pergams, for their hard work and dedication to find our next Dean of Instruction. After much contemplation over the recommendations of the committee, I realized that I did not have to worry about whether a candidate was familiar with the students at Olive-Harvey or whether they could navigate our large complex, multi-college organizational structure known as City Colleges of Chicago. Instead, I could allow an exceptional candidate to realize her full potential, who in very short period of time as interim AD of Instruction, has demonstrated in a matter of months what can take many candidates years to grasp, if ever.

It is with pleasure, a high regard for her talents, a belief in her potential to gain more knowledge in her new seat, that I announce the interim appointment of Robin Hicks to the role of Dean of Instruction. Professor Hicks, AD Hicks and now Dean Hicks has demonstrated her enthusiasm, passion and level of commitment to the teaching and learning environment both inside and outside of the classroom. As a tenured Professor, Robin has created an atmosphere where students can find their own power to realize their dreams. As a faculty member, her classroom instruction has resulted in numerous gains for students. She also went beyond the classroom participating in numerous volunteer roles within the college and the community, by serving on several committees at Olive-Harvey including, but not limited to the following: STEM, PBI Grant, Graduation and Scholarship. During her tenure at Olive-Harvey, she has directed or co-directed 12 performances. She's also served as an Instructor of Speech and Theatre in addition to advising student organizations. Prior to becoming the Interim Associate Dean, Professor Hicks was the chair of the Visual and Performing Arts Department.

Robin Hicks began her career in higher education at her alma mater, Roosevelt University before joining Olive-Harvey College as an adjunct professor in 2005 and transitioned to full-time in 2008. Hicks holds a BA in Theatre from Clark-Atlanta University and a MFA from Roosevelt University.

Please join me as I welcome Dean Robin Hicks to the Olive-Harvey administrative team. Dean Hicks will work with our wonderful and talented faculty and staff delivering the results to ensure our students earn credentials of economic value. She will begin her new role on Monday, April 13, after the Board ratifies her appointment at the April 9, 2015 Board Meeting.

Furthermore, Olive-Harvey, as much as I expect you to support Dean Hicks, it is important that I set her up for success as well. As such, we have posted the Associate Dean of Instruction position to be filled within the next few months. This role is a key hire to support the Dean of Instruction. If you are interested in serving on that committee to help Dean Hicks find her team member, please let Director Larry know.

Thank you for your support!

*Angelia Millender*
*President*
*Olive-Harvey College*
*10001 S. Woodlawn Avenue*
*Chicago, IL 60628*
*E: ohc-presidentmillender@ccc.edu*



EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 440-2017-04282 |

**Illinois Department Of Human Rights** and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Bernita Smith** | **(708) 937-5462** | **1952** |

Street Address — City, State and ZIP Code

**14919 South Langley Avenue, Dolton, IL 60419**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **CITY COLLEGES OF CHICAGO** | **500 or More** | **(312) 553-2500** |

Street Address — City, State and ZIP Code

**Olive-Harvey College, 226 W. Jackson Blvd., Chicago, IL 60606**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

Street Address — City, State and ZIP Code

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☐ RACE ☐ COLOR ☐ SEX ☒ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest
**06-01-2016**

☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I began my employment with Respondent in or around August 2004. My most recent position was Reference Librarian. During my employment, I was subjected to harassment. I requested a reasonable accommodation which was not provided. I complained to Respondent to no avail. I was constructively discharged.

I believe that I was discriminated against because of my religion, Jehovah Witness, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I believe that I was discriminated against because of my disability and in retaliation for engaging in protected activity, in violation of the Americans with Disabilities Act of 1990, as amended.

I believe that I was discriminated against because of my age, 64 (Year of Birth: 1952), and in retaliation for engaging in protected activity, in violation of the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED EEOC JUL 25 2017 CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Jul 25, 2017 *Date* — *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Bernita Smith<br>14919 South Langley Avenue<br>Dolton, IL 60419 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2017-04282 | **Brandi Kraft,**<br>**Investigator** | (312) 869-8153 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[x] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Julianne Bowman,_      7/26/17

Julianne Bowman,
District Director      (Date Mailed)

Enclosures(s)

cc:
Eugene Munin
General Counsel
CITY COLLEGES OF CHICAGO
226 West Jackson Boulevard
Room 1448
Chicago, IL 60606

October 1, 2016

To Whom It May Concern:

My name is Bernita Smith. I worked for Chicago City College at Malcolm X College and Olive-Harvey College for over twelve years as a Reference Librarian. My situation started over a year ago while I was working at Olive-Harvey College. The Chair of the library and my supervisor was a lady by the name of Sharon Silverman. The Backlash all started when I e-mailed Ms. Silverman about my situation with my special needs sister after work. In the past I did help out with Mid-terms and Finals week doing extended hours. But this time I had prior commitments. When I informed Ms. Silverman of this I began to suffer timeously. My semester contracts were changed several times, my character was tarnished, false reported where filed in Human resources, I was told to leave the building, I was harassed, and humiliated, all of this has caused me a lot of grief and pain. I filed several grievances with H/R and City Colleges EEO department. On one occasion I spoke with the President of Olive-Harvey College (Angelia Millender) about my situation, I e-mailed on several occasions VP Mia Hardy about the problems in the library with Ms. Silverman and myself, I had a meeting with former Dean of Instruction (Tia Robinson) I had several conversations and meeting with Human Resources Director Latasha Larry about my situation , My union rep. Cleveland Jones was aware of the problems, also Olive-Harvey College Director of Security (Louis Torres) was also aware. He told me if I ever needed a statement from him he would give it in my behalf.

When it got to the point of Ms. Silverman talking badly about my comatose sister and when she tried to block me from the break room by almost hitting me enough is enough. Through all of this none of my witness were ever interviewed. Some of them spoke verbally and in writing on my behalf, nothing was ever addressed. Now I need your help in filing a law suit against CCC/Olive-Harvey College and the administrators who allowed Ms. Silverman full range to bully her way time and time again with no repercussions for her actions.

Sincerely,
Bernita Smith
Bernita Smith

6-1-2017

Dear Ms. Julianna Bowman:

My name is Bernita Smith. I worked at Olive-Harvey College as a Reference Librarian for over seven (7) years under the directions of Sharon Silverman. I would like to submit this letter of "notice of right to sue". My Lawyer (Michael Smith) filed a law suit against my former employer Ms. Silverman because of the harsh treatment she displayed on a regular bases towards me. Ms. Silverman and all those administrator responsible for allowing Ms. Silverman year after year, complaint after complaint, write up after write up to badger, harass, and mistreat me. The ongoing treatment against me that was displayed by Ms. Silverman was not only unprofessional but unacceptable in a word environment. Ms. Silverman misused her authority as Chair of the library to manipulate, hold grudges and mistreat me where she almost hit me if I didn't move out of her way quickly. The last incident where Ms. Silverman blocked the break room from allowing me to retrieve not only my lunch but my blood pressure medicine. All of this information has been document with the Security Department at Olive-Harvey College, Human Resource at work, my union, and Olive-Harvey College EEO.

I have documentation and e-mails that over time I have reached out to the President of Olive-Harvey College, the VP at the time at Olive-Harvey College, the Office of Instructions/Dean Robinson, The Security Office at Olive-Harvey College, my union Representative/Cleveland Jones, Human Resources Director/ Latasha Larry and my NEA/IEA union Representatives as well, to no avail because Ms. Silverman behavior only became worse.

When I left Olive-Harvey College due to stress and an increase dosages of my High Blood Pressure Medication, the administrators gave Ms. Silverman back the position as Chair of Olive-Harvey College Library despite her track record of behavior. I need the vindication of my reputation, character, health and my name.

If you need any additional information and phone numbers, please let me know. My e-mail address is: lib195213@yahoo.com and my phone number is (708) 937-5462. Thank you in advance for your understanding in this matter.

Sincerely,

Bernita Smith

Bernita Smith

June 14, 2017

To Whom It May Concern:

My name is Bernita Smith. I want to file a charge of disability discrimination and harassment in a work situations against one of Chicago City of Colleges Olive-Harvey College and my supervisor at the time Ms. Sharon Silverman. Ms. Silverman, who is the Chair at Oliver-Harvey College Library as the Head Reference Librarian. I would like for a notice with intent to sue be served to Sharon Silverman in violation against Bernita Smith (440-2017-04282) with the EEOC office at 500 W. Madison St. Chicago IL 60661. Ms. Silverman has violated several Olive-Harvey College work rules, my CCCLOC IEA-NEA union rules and several CCC Ethic Rules. The charges stem from Ms. Sharon Silverman ongoing mistreatment, malice, and slander toward Ms. Bernita Smith. Ms. Silverman conduct has come under scrutiny for many years. There has been complaints, notices filed on Ms. Bernita Smith behave against Ms. Silverman treatment towards her. Ms. Silverman's behavior had become vindictive and harsh with little or no retribution regarding her violent behavior. The President of Olive-Harvey College Ms. Angelia Millender, VP at the time Ms. Hardy, HR Director Latasha Larry, the Head of Security at the time, the Office of Instruction Dean Robinson, My union Rep. , the EEO officers downtown at CCC, and my co-workers. All of the above parties knew about Ms. Silverman loud outburst and ongoing retaliation against me. Nothing has been done to resolve my issue, because Ms. Silverman was put back in the same position as Chair of Olive-Harvey College Library. With the ongoing stress related to my disability this has caused me to submit my letter of resignation earlier than I wanted to.

Sincerely,

*Bernita Smith*

Bernita Smith

District Office of Human Resources & Staff Development – EE0 Office

226 West Jackson Blvd., 12th floor

Chicago IL. 60606

Bernita Smith

PO Box 432

Dolton IL. 60419

3-1-2016

To Whom It May Concern:

On October 16, 2014 Tia Robinson the former Dean of Instructions at Olive-Harvey College sent an e-mail regarding extended hours for the Fall semester 2014 mid-terms. I informed my supervisor Ms. Sharon Silverman about my prior commitments on those dates and that I would not be able to work. Shortly after Ms. Silverman began harassing me over little things. We both work for the City Colleges of Chicago as Librarians. My position is a part-time adjunct CCCLOC. Ms. Silverman is local 1600. I have filed grievances against her with my union. I also followed protocol and did everything that I was told to do. I submitted documented evidence as well as verbal. The end result was that our district office could not find any reasoning for disciplinary action against her.

I am submitting to you evidence and documents which I have gathered. This same documented evidence was also submitted to my union representative Cleveland Jones, Human Resources Latasha Larry, CCC district office and EEOC Sarah Nau. I ask that you review this evidence and come to a fair and unbiased decision. Ms. Sharon Silverman has harassed me to the point (over these past years) where I'm not comfortable on job. The stress, my blood pressure is constantly going up, having me to stay under my doctor's care. Ms. Silverman has attempted to discredit my character, defame my name, pressure me to leave CCC and verbally and physically tried to attack me without any consequences resulting on the part of her behavior.

Once again, I ask for you to make a decision and advise me of what steps to take next or is there any action that can be taken against her.

Sincerely,
Bernita Smith

June 15, 2016

To Whom It May Concern:

On October 15, 2014 Ms. Silverman asked everyone in our department via email to cover some extended hours during finals week. After looking over my schedule I emailed Ms. Silverman back and told her I had prior commitments. Ms. Silverman emailed me back and said " I will see if a work-study student can work." Ms. Silverman even mention in one of our last department meetings that Ms. Smith already said she wouldn't be able to stay after normal library hours during finals week. Later that week I got a phone call at the reference desk. Ms. Silverman had me on speaker phone in Dean Roberson office asking me the same question in which I replied about my same prior commitments. Shortly after returning to work the next day Ms. Silverman stop talking and communicating with me all together. Before the semester ended I noticed in my file that my original contract for seventeen weeks had also a contract for sixteen weeks. Before the Ms. Silverman's moodiness everything was set for me to start one week prior to students starting date. For the past ten or more semesters I have always got everything in the library set up to welcome student on the first day. The full-time faculty/librarians are normally in and out of meeting throughout the day. I asked Ms. Silverman before final week would I be starting a week before the Spring 2015semrster starts and she said "yes" just shot me an email to remind me to submit the contracts. Once it seem my contract was changed I tried to have a conversation with Ms. Silverman to no avail. After that I asked my union rep Cleveland Jones to talk with Ms. Silverman. When Mr. Jones got back to me via email he stated that my contract is still for seventeen weeks but it has always been the discretion of the Department Chair.

When the Spring term started I arrived to work on January 5, 2015. I tried to talk to Ms. Silverman that day but she was late arriving to work for many scheduled

meetings. Ms. Silverman kept avoiding my attempts to talk to her before she went down stairs a meeting. When I checked my file again that morning both contacts were still in my folder unsigned. So I went downstairs immediately to talk with the H/R Director LaTasha Larry. I asked Ms. Larry to check to see how many weeks was on my contract from district. Ms. Larry stated that if she was not able to get back to me by the end of the day it would be first thing tomorrow morning (1-6-15). When I checked my email from Ms. Larry the following day it stated my contract was for sixteen weeks. I then went down to the Office of Instruction to make an appointment to speak with Dean Robinson about the situation. I made an appointment with Sherina Collins to talk to Dean Robinson. She told me that Dean Robinson won't be available until 3:00pm.

Around 11:45 Dean Robinson and Ms. Silverman stormed into the library and after a brief meeting they asked me to leave. After leaving I email VP Hardy about the treatment they gave me. From the time I started back on January 12, 2015 everything has gone downhill from there. Shortly after I was not allowed by Ms. Silverman to request a day off. Ms. Silverman kept giving me mediocre task and assignments to complete that were not part of my job description. Ms. Silverman lied about what I ask her in her initial report to security and later submitted another false report of what happened when I had to leave the second time. Ms. Silverman blocked me from eating on June 11, 2015 during my break she tried to hit me. During the summer semester 2015 Ms. Silverman would call me an assistant and Ms. Brown (library assistant II) a librarian. Ms. Silverman talked about my sister who was in a comma at the time and eventually died. Ms. Silverman told everyone in our department via email that I was leaving. I never made a statement like that before. Ms. Silverman curses all day every day at or around us. Ms. Silverman watches my every move constantly when she's there. Ms. Silverman leaves the work area for long periods of time throughout the day. This causes me to pick up the pace to cover Ms. Silverman because she's hardly ever at the reference desk servicing students.

The list of demeaning bullying tactics, damage to a person character and the unacceptable behavior I experienced for Ms. Silverman has gone beyond harassment. I tried to communicate through the different departments that are

over Ms. Silverman with no positive feedback or reprimand toward her. I spoke with the President Millender briefly. I talked with and communicated via email with VP Hardy, I consulted my union, HR Director Ms. Larry, District Office (EEO) Sue Nau, and Olive-Harvey College security office. No seems to get the magnitude of Ms. Silverman's constant abuse and threats. When Ms. Silverman has no one telling her that she's gone too far she has no filter. Ms. Silverman thinks she can hit or bully me and talk about my comatose sister and get away with it. When Ms. Silverman and Ms. Larry decided to combine the two incidents together before the date of one incident even happening you always end with a lie because that how it started. Because the scheduled date for my pre disciplinary hearing was combined together with the date before the second incident even happened. How did they know this beforehand? Where are her check points? When is the abuse going to end?

Ms. Silverman has violated the attached CCC adjunct/librarian union rules. Ms. Silverman has also violated CCC work rules # 5 (failure to return on time after lunch or break) #8 (making falsely representing) # 15 (act of conduct) #20(retaliation) #22 (discourteous treatment) #32 (interfering with others) #41 (discrimination against) #44 (ethic policy).

Sincerely,
Bernita Smith



**CITY COLLEGES**
*of* CHICAGO
Education that Works

# CITY COLLEGES OF CHICAGO
## DISCRIMINATION AND HARASSMENT COMPLAINT FORM

**Personal Information**  [Please Print]

Name _Bernita Smith_     ☒ Employee ☐ Student ☐ Other _____

Address _14919 S. Langley Ave_     Telephone Number: (H) _(708) 937-5462_

_Dolton IL. 60419_     (C) _(708) 937-5462_

**Incident Information**

Location _Olive-Harvey College/Break Room_ Date _June 11, 2015 (Thursday)_
[Location where incident(s) occurred]  [Date incident(s) occurred]

**The name of the individual I am filing this complaint against is:**

_Ms. Sharon Silverman_     ☒ Employee ☐ Student
Name

**Name(s) and telephone number(s) of any known witness(es) to the incident(s):** _(773)_

_Ms. Linda Eichelberger_     ☒ Employee ☐ Student _291 - 6100_
Name     Telephone Number

_Ms. Karen Branch_     ☒ Employee ☐ Student _(773) 291 - 6100_
Name     Telephone Number

_Ms. Leslie Brown_

**Basis of Discrimination or Harassment** [Please specify all that apply]

☒ Race    ☐ Gender    ☐ Citizenship    ☐ Veteran Status

☐ National Origin    ☒ Age    ☐ Sexual Orientation    ☐ Sexual Harassment

☐ Ethnicity    ☐ Religion    ☐ Marital Status    ☒ Retaliation

☐ Disability    ☐ Genetic Information    ☐ Sexual Assault    ☐ Dating/Domestic Violence

☐ Membership or participation in an organization    ☐ Pregnancy    ☒ Other _Bullying, intimidation_

Has an Incident Report been filed with a CCC Office of Safety and Security? ☒ Yes   ☐ No   If yes, Date: _H/R_

Has a Police Report been filed? ☐ Yes ☒ No   If yes, Date: _____ and Police District: _____

## CITY COLLEGES OF CHICAGO
### DISCRIMINATION AND HARASSMENT COMPLAINT FORM (continued)

**Description of Incident**

The facts of the incident(s) which led me to believe I was discriminated against or harassed are as follows:

"Attached, Copy"

_Please add an additional page if necessary_

**Requested Remedy**

Note: City Colleges of Chicago will keep all information pertaining to the investigation as confidential as possible. After filing a formal complaint, the complainant's name and any written statements submitted may be disclosed to the respondent. If City Colleges of Chicago determines that the safety of the community is at risk, certain confidential information may need to be shared (in accordance with state and federal laws) in order to protect the community.

Signature _Bernita Smith_     Date _July 1, 2015_

**Please return completed form to:**

District Office of Human Resources & Staff Development – EEO Office
226 West Jackson Blvd., 12th floor, Chicago, IL 60606
Fax: (312) 553-2967     email: eeofficer@ccc.edu

District Office of Human Resources
Revised 12/14

Page 2 of 2

Bonita Smith

Contract Violations and Complaints
"Collective Bargaining agreement"
C. Discipline and Termination for just cause
1.a
                    1.B
G. Full-Time Job opportunities
"Adjunct Faculty Handbook 2014-2015"
union Information - union member with three
or more years of service will be entitled to
one.(1) paid excused absent per semester.
"Union. Proposals for a new Collective Bargaining
agreement"
Participation in Committees + Department Meetings
B. 2 Depart meetings D. Freedom from
Harassment and Hostile work enviroment
F. .3 Personnel files -addition of negative
material 6.7
VIII Job security — C.Discipline
and Termination for just cause
1.a - oral
(verbal) reprimands 1.b 1.C.
or warnings Written
reprimands Suspension
or Warnings without
pay



**CITY COLLEGES**
*of* CHICAGO
Education that Works

DATE: SEPTEMBER 1, 2015

TO:     STEPHANIE TOMINO, VICE CHANCELLOR OF HUMAN RESOURCES & STAFF
        DEVELOPMENT

FROM: SARAH NAU, ASSOCIATE DIRECTOR OF LABOR AND EMPLOYEE RELATIONS

RE:     STEP 2 GRIEVANCE OF BERNITA SMITH

---

This is to inform you of the results of the *Chancellor's-level* hearing held on July 30, 2015, for the above-captioned grievance. I was the Chancellor's Hearing Officer designee for this matter. Also in attendance were Latasha Larry, Human Resources Director, Olive-Harvey College; Sharon Silverman, Librarian, Olive-Harvey College; Bill Silver, IEA-NEA Union Representative; Cleveland Jones, CCCLOC Representative; and Bernita Smith ("Grievant").

At issue in this grievance is whether Olive-Harvey College ("College") violated the collective bargaining agreement ("CBA") when it suspended Grievant for five (5) workdays.

**APPLICABLE PROVISIONS**
The following provisions are applicable to this Step 2 Grievance:

Collective Bargaining Agreement, City Colleges Contingent Labor Organizing Committee IEA-NEA

**ARTICLE VIII – Job Security**
  **C. Discipline and Termination for Just Cause**

**CCC's EMPLOYEE MANUAL, SECTION IV WORK RULES**

   24. Insubordinate actions, including failure to carry out a rule, order or directive
        related to the performance of employee's duties; assaulting, threatening,
        intimidating or abusing a supervisor either physically or verbally.

   48. Violation of departmental or College rules and regulations, including but not
        limited to departmental or College rules and regulations on telephone and
        computer usage.

   50. Conduct unbecoming a public employee.

*During the hearing, the Union presented the following arguments for the Grievant:*

Grievant denies any violation of CCC Work Rules or any negligence due to any facts or allegations that she "should have known" something.

In Fall 2014, Grievant received a work schedule indicating a January 5, 2015, start date. In or around November 2014, Grievant received notification that her start date changed to January 12, 2015. Grievant questioned this change and sought clarification by reaching out to Ms. Larry and Ms. Silverman. Because Grievant received no response from either woman, Grievant sought guidance from Mr. Jones, her Union representative.

Mr. Jones assured Grievant via email that her contract was for seventeen (17) weeks. Grievant took this to mean that her start date was in fact January 5, 2015. Based on this misunderstanding, Grievant arrived at work on January 5, 2015, and worked what she thought was her scheduled shift. Because no one asked her to leave or said anything to her on January 5, 2015, Grievant assumed that she should also report to work on January 6, 2015.

On January 6, 2015, Dean Robinson instructed Grievant that her start date was January 12, 2015, not January 5, 2015, and that she should not report to work until January 12, 2015. Grievant then left the College. When Grievant attempted to turn in her timesheet, Dean Robinson informed her that the College would not pay her for January 5 or 6, 2015. At that point the issue should have been resolved, but the College also chose to pursue discipline for Grievant. Thus, "double disciplining" Grievant for the same incident.

Regarding the incident that occurred January 14, 2015, Grievant requested an opportunity to make up her time as she had always done in compliance with a past practice. At no time prior did Grievant receive written notification that the College changed the practice of allowing employees to make up their time. Moreover, the Union questions the clarity of any message to Grievant about any change to this past practice. When Dean Robinson denied Grievant's request to make up her time, Grievant sought guidance from Ms. Silverman. Grievant was not aggressive or threatening when she approached Ms. Silverman in her office. In fact, Ms. Silverman verbally assaulted Grievant with curse words. Grievant simply asked about a new policy for which she was unaware. After Grievant left Ms. Silverman's office and went back to her work area, Security Officers approached her and escorted her out of the College.

The next day, Grievant received a pre-disciplinary hearing notice for her alleged misconduct on January 5, 6, and 14. Subsequently, the College suspended Grievant for five (5) days without pay. The Union believes this discipline in unduly harsh and Grievant should not be punished twice for any alleged misconduct from January 5 and 6.

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 65 of 221 PageID #:65

In Summary: OHC VP M. Hardy and OHC Dean T. Robinson requested that OHC Security escort a person from the OHC Library room 2423. S/Os T. Bryant, V. Freeman and Reporting Director responded to room 2423. Upon arrival to the library, R/D was informed by VP M. Hardy and Dean T. Robinson that a part-time OHC Library employee, Bernita Smith had been involved in argument with her supervisor Sharon Silverman. In the library, Ms. Silverman related to R/D that on today's date at 1450 hours Ms. Smith requested a day off from work on Thursday January 15, 2015. Ms. Smith also asked to make up the lost work hours on Friday January 16, 2015. Ms. Silverman related to Ms. Smith that due to the low student census on Friday, her services were not needed on Friday. Ms. Smith began to argue with Ms. Silverman over the denial to work on Friday January 16, 2015. Ms. Smith's actions reached a level that disrupted the normal operations in the library. VP M. Hardy and Dean T. Robinson asked Ms. Smith to swipe out and leave the campus. S/Os T. Bryant and V. Freeman escorted Ms. Smith out of the main building without incident. Dean T. Robinson advised Ms. Smith that a meeting will be scheduled to address her work schedule. A copy of this report will be given to OHC Human Resources Department.



**CITY COLLEGES**
**of CHICAGO**
Education that Works

## CITY COLLEGES OF CHICAGO
### DISCRIMINATION AND HARASSMENT COMPLAINT FORM

**Personal Information** [Please Print]

Name __Bernita Smith__          ☒Employee ☐ Student ☐ Other _____

Address __P.O. Box 432__          Telephone Number: (H) __(708) 937-5462__

__Rolton IL. 60419__          (C) __(708) 937-5462__

**Incident Information**

Location __Olive-Harvey College__          Date __July 21, 2015 (Tuesday)__
[Location where incident(s) occurred]          [Date incident(s) occurred]

The name of the individual I am filing this complaint against is:

__Ms. Sharon Silverman__          ☒Employee ☐ Student
Name

Name(s) and telephone number(s) of any known witness(es) to the incident(s):

__Ms. Linda Eichelberger__          ☒Employee ☐ Student __(773) 291-6352__
Name          Telephone Number

__Ms. Karen Branch__          ☒Employee ☐ Student __(773)__
Name          Telephone Number
__Ms. Leslie Brown__

**Basis of Discrimination or Harassment** [Please specify all that apply]

☒ Race          ☐ Gender          ☐ Citizenship          ☐ Veteran Status

☐ National Origin          ☒ Age          ☐ Sexual Orientation          ☐ Sexual Harassment

☐ Ethnicity          ☐ Religion          ☐ Marital Status          ☒ Retaliation

☐ Disability          ☐ Genetic Information          ☐ Sexual Assault          ☐ Dating/Domestic Violence

☐ Membership or participation     ☐ Pregnancy          ☒ Other __Bullying/intimidation__
   in an organization

Has an Incident Report been filed with a CCC Office of Safety and Security? ☒Yes ☐No  If yes, Date: __7-22-15__

Has a Police Report been filed? ☐Yes ☒No  If yes, Date: _____ and Police District: _____

District Office of Human Resources
Revised 12/14          Page 1 of 2

# CITY COLLEGES OF CHICAGO
## DISCRIMINATION AND HARASSMENT COMPLAINT FORM (continued)

### Description of Incident

The facts of the incident(s) which led me to believe I was discriminated against or harassed are as follows:

"Attached Copy"

Please add an additional page if necessary

### Requested Remedy

Note: City Colleges of Chicago will keep all information pertaining to the investigation as confidential as possible. After filing a formal complaint, the complainant's name and any written statements submitted may be disclosed to the respondent. If City Colleges of Chicago determines that the safety of the community is at risk, certain confidential information may need to be shared (in accordance with state and federal laws) in order to protect the community.

Signature _Bernita Smith_       Date _7-22-15_

Please return completed form to:

District Office of Human Resources & Staff Development – EEO Office
226 West Jackson Blvd., 12th floor, Chicago, IL 60606
Fax: (312) 553-2967    email: eeofficer@ccc.edu

District Office of Human Resources
Revised 12/14

Page 2 of 2

# Step 2 grievance

## Cleveland Jones

Thu 7/2/2015 12:51 PM

Inbox

To Cheryl Hyman <chyman@ccc.edu>; Stephanie Tomino <stomino@ccc.edu>;

Cc Bill Silver <Bill.Silver@ieanea.org>; Bernita Smith <bsmith@ccc.edu>; Loretta Ragsdell <lragsdell@ccc.edu>;

📎 1 attachment (678 KB)

BernitaSmithGrievanceStep2.pdf;

02 July 2015

Cheryl L Hyman
Chancellor, City Colleges of Chicago

Stephanie Tomino
Vice Chancellor, Human Resources

Chancellor Hyman and Vice Chancellor Tomino:

Attached is the grievance filed by CCCLOC at the 2nd step on behalf of Bernita Smith. Please contact me at your earliest convenience so that we can schedule a grievance hearing.

Thank you

Cleveland Jones
CCCLOC Campus Rep
Olive Harvey College
(312)719-4824 mobile
cjjonesjr68@yahoo.com
cjones156@ccc.edu

# ILLINOIS EDUCATION ASSOCIATION GRIEVANCE FORM

Please print all information neatly

| | For Office Use Only |
|---|---|
| Name of Employer: CITY COLLEGES OF CHICAGO | Grievance # |

## Employee Information

Grievant Name BERNITA SMITH

Date of Hire _____

Home Address PO BOX 432

City DOLTON

State IL

Zip 60419

Home Phone (708) 937-5462

Work Phone ( )

Dept LIBRARY

Job Classification PART-TIME LIBRARIAN

Supervisor SHARON SILVERMAN

Department Head SHARON SILVERMAN DEPT CHAIR LIBRARY

## Grievance Information

Statement of Grievance GRIEVANT WAS SUSPENDED 23-26 AND 28TH MARCH 2015 WITHOUT PAY FOR VIOLATION OF WORK RULES 04, 18 AND 50; IN VIOLATION OF THE AGREEMENT BETWEEN BOARD OF TRUSTEES, ILL COMMUNITY COLLEGE DISTRICT 508 AND CITY COLLEGES CONTINGENT LABOR ORGANIZING COMMITTEE, IEA-NEA

Contract Section(s) Violated ARTICLE VIII SECTION C AND OTHER RELEVANT SECTION.

Settlement Desired GRIEVANT DESIRES TO HAVE THE SUSPENSION REVERSED AND REMOVED FROM EMPLOYEE PERSONNEL FILE AND ALSO MADE WHOLE OF ALL LOST WAGES AND BENEFITS

Filed at Step 1 ☐ 2 ☑

Grievant Signature (if available) _____

Date of Grievance 07/02/2015

USofCC/IEA Rep Signature _____

## Company Reply

Due Date for Meeting with Employer or Employer Response _____

_____

_____

_____

_____

Management's Signature _____

Date _____

## Appeal

Employer Step 1 Reply Date ___/___/___ AGREE _____ DENIED _____

Appeal to Step 2 Date ___/___/___ Signature _____

Employer Step 2 Reply - Date ___/___/___ AGREE _____ DENIED _____

Appeal to Arbitration Date ___/___/___

Copies to: Employer, IEA Rep, USofCC Rep, Grievant

June 4, 2015

To Whom It May Concern:

On June 4, 2015 I started working at 11:30 am. When I checked in and told Ms. Silverman and Leslie Brown that I was here, I proceeded to put my things away in my office. When I came out of my office I immediately came over to our temporary library work space. I **did not** start eating any of my lunch. I started working on my different projects and assisting students that day. When I did take a break, I told Ms. Leslie Brown and Ms. Linda Eichelberger where I was going. I came back in a reasonable amount of time and continued working. I have two (2) witnesses (Ms. Brown and Ms. Eichelberger) to verify my non-misuse of my break time.

Sincerely,

Bernita Smith
Librarian/Olive-Harvey College

## CCCLOC IEA/NEA
### GRIEVANCE/COMPLAINT INVESTIGATION FORM

*(Please print all information)*

**Name of Grievant:** Bernita Smith

**Address:** 14919 S. Langley Ave.     **City/Zip:** 60419

**Work Phone:** (773) 291-6354    **Home Phone:** (708) 937-5462    **Cell Phone:** (708) 937-5462

**Email (non-ccc.edu):** lib195213@yahoo.com

**Campus:** Olive-Harvey College    **Department/Office:** Library    **# Years taught at CCC:** 8.5

**Name of Supervisor or Administrator:** Ms. Sharon Silverman    **Title:** Chairperson

**Supervisor office** Library    **Supervisor phone** (773) 291-6152    **Supervisor email** ssilverman1@ccc.edu

---

1. **Briefly describe the problem:** Ongoing lies related to my character. Not allowed to attend several training sessions. Ms. Silverman lied before and during my pre -disciplinary hearing. Ms. Silverman did not follow the correct procedures before having me escorted out of the building by security. Also attached are some other incidents that happen to me on a regular basis.

2. **When did you first become aware of the problem? Date:** "Fall" 2014

   *(Attach copies of e-mails or messages received that relate to the problem.)*

3. **Why do you think this is a grievance?** Because Ms. Silverman is vindictive, she has a bad attitude, her demeanor is not healthy for a work environment and she makes me feel uncomfortable while I'm working.

4. **Which section(s) of the contract do you think have been violated?** List Attached

5. **List people involved in the problem in addition to you:** *(State name and title for each)*
   Ms. W. Foxx (Full-Time Librarian) Ms. K. Branch (College Assistant II) Ms. L. Eichelberger

6. **If a specific event occurred on campus, please describe it is as much detail as possible. Give name(s) of witness(es). Use another sheet if necessary.**
   Ms Silverman said I got loud with her when I asked her a question. I witness is Ms. W. Fox She witness everything I said to Ms. Silverman at the time. Since Ms. Silverman couldn't answer my question, she called security.

7. **Name of your Campus Coordinator:** Cleveland Jones

*I hereby authorize CCCLOC to investigate this problem and/or file a grievance on my behalf.*

**Signature** Bernita Smith    Digitally signed by Bernita Smith DN: cn=Bernita Smith, o=Librarian, ou=Olive-Harvey College, email=lib195213@yahoo.com, c=US Date: 2015.02.26 16:15:51 -06'00'    **Date** 2-26-15

**Date rec'd by CCCLOC:**

---

**Return the completed form with all attachments to:**
CCCLOC - 230 W Monroe - Suite 2640
Chicago, IL 60606 - Ph: 312-948-8208 Fax: 312-407-0229

## CCCLOC IEA/NEA
### GRIEVANCE/COMPLAINT INVESTIGATION FORM

*(Please print all information)*

**Name of Grievant:** Bernita Smith

**Address:** 14919 S. Langley Ave.  **City/Zip:** Dolton

**Work Phone:** 773-291-6352  **Home Phone:** 708-937-5462  **Cell Phone:** 708-937-5462

**Email (non-ccc.edu):** lib195213@yahoo.com

**Campus:** Olive-Harvey College  **Department/Office:** Library  **# Years taught at CCC:** 11+

**Name of Supervisor or Administrator:** Ms. S. Silverman  **Title:** Chair - Library Dept.

**Supervisor office** Reference Area  **Supervisor phone** 773-291-6354  **Supervisor email** ssilverman1@ccc.edu

1. **Briefly describe the problem:** On Monday (11-9-15) there was no librarian on duty until I arrived for work between 3:00-3:30pm. When I arrived for work there were about five(5) students waiting at the reference desk with questions about our new Online system(ExLibris/Primo). I also had to sign two students orientation sheets that Ms. Silverman generated, because they had to be signed and looked over by a librarian. Ms. Silverman did not provide adequate coverage for the amount of students utilizing our library services. My responsibility at the time felt overwhelming.

2. **When did you first become aware of the problem? Date:** Lack of communication with staff on Ms. Silverman part started months ago, but recently 11-9-15.

   *(Attach copies of e-mails or messages received that relate to the problem.)*

3. **Why do you think this is a grievance?** I should not feel overwhelmed with doing 2 or 3 librarian's job simultaneously. If Ms. Silverman would have called me to come in early on Monday or to cover Friday's work schedule I would have with no questions asked. This on going lack of communication with her staff is unacceptable. There are many areas in our work rules that this type of behavior reflects. Ms. L. Eichelberger is a College Assistant I. Ms. K. Branch and Ms. L. Brown are College Assistant II, neither one of these ladies are Librarian. These duties does not fall under their job description.

4. **Which section(s) of the contract do you think have been violated?** Violation VII Part-time Faculty C. D. Workloads and E. Assignments Part-time Librarians

5. **List people involved in the problem in addition to you:** *(State name and title for each)*
   Ms. S. Silverman - Chair/Library Dept.

6. **If a specific event occurred on campus, please describe it is as much detail as possible. Give name(s) of witness(es). Use another sheet if necessary.**
   Witnesses: Ms. K. Branch , Ms. L. Brown, Ms. L. Eichelberger

7. **Name of your Campus Coordinator:** Mr. Cleveland Jones

   *I hereby authorize CCCLOC to investigate this problem and/or file a grievance on my behalf.*

   **Signature** _____  **Date** 11-16-15

**Date rec'd by CCCLOC:** _____

**Return the completed form with all attachments to:**
CCCLOC - 230 W Monroe - Suite 2640
Chicago, IL 60606 - Ph: 312-948-8208  Fax: 312-407-0229

7/16/2015                                        FW: Library Orientation - Bernita Smith

# FW: Library Orientation

## Karen Branch on behalf of ohlibrary

Thu 7/16/2015 9:37 AM

Inbox

Required: Bernita Smith <bsmith@ccc.edu>;

-----Original Appointment-----
**From:** Karen Branch **On Behalf Of** ohlibrary
**Sent:** Tuesday, June 16, 2015 11:52 AM
**To:** Sharon Silverman; Lavina Williams
**Subject:** Library Orientation
**When:** Thursday, June 18, 2015 11:30 AM-1:00 PM (UTC-06:00) Central Time (US & Canada).
**Where:** Room 2408

Instructor:        Lavina Williams

Course:        English 102

Class Size:        unknown

Orientation Type:    Specific Overview

Assignment:    Annotated Bibliography

Librarian Assigned:    Silverman

11/9/2015                                             PAYROOL/UNION ISSUE - Bernita Smith

# PAYROOL/UNION ISSUE

Bernita Smith

Thu 12/4/2014 4:34 PM

To: Latasha Larry <llarry4@ccc.edu>;

Cc: Bernita Smith <bsmith@ccc.edu>;

Hello Ms. Larry---

I would like to set up a brief meeting with you at your earliest conscience. I talked to Leia DeVita (EEOC) from district office with my concerns and issues. She suggested that I contact you first. Then she will follow up on our conversation. Thanks for your understanding in this matter.
B. Smith/Librarian

RE: UNION LAWYER - Bernita Smith                    Page 1 of 2

# RE: UNION LAWYER

## Latasha Larry

Tue 2/24/2015 11:49 AM

To:Bernita Smith <bsmith@ccc.edu>;



Ms. Smith,

I do not know who the attorney is for adjunct faculty/librarians IEA-NEA. Please reach out to Cleveland Jones for the process on filing a grievance.

*Latasha Larry*

Human Resources Director
Olive-Harvey College
10001 S. Woodlawn Ave
Chicago, IL 60628
P: 773-291-6210
F: 773-291-6563
llarry4@ccc.edu



CITY COLLEGES of CHICAGO
**Olive-Harvey**
Education that Works



**From:** Bernita Smith
**Sent:** Tuesday, February 24, 2015 11:43 AM
**To:** Latasha Larry
**Cc:** Bernita Smith
**Subject:** UNION LAWYER

Hello Ms. Larry ---

Do you know the union lawyer's name that represents adjunct faculty/librarians IEA-NEA/CCCLOC for Olive-Harvey College? I talked with the EEOC union Rep. Ms. DeVita at district and she told me that you should have the information. I need to file a grievance as soon as possible.

Thanks,

RE: UNION LAWYER - Bernita Smith                                    Page 1 of 1

# RE: UNION LAWYER



Leia DeVita

Mon 2/23/2015 12:33 PM

To:Bernita Smith <bsmith@ccc.edu>;

Ms. Smith –

Unfortunately I do not know the names of your union representatives.

Thank you,

Leia

**From:** Bernita Smith
**Sent:** Monday, February 23, 2015 2:27 PM
**To:** Leia DeVita
**Cc:** Bernita Smith
**Subject:** UNION LAWYER

Hello Ms. DeVita ---

I'm having a hard time getting a response from the HR director Latasha Larry here at Olive-Harvey College in regard's to the name of my union Rep.
I'm trying to file a grievance and I'm getting no where. I do need your help in this matter or someone you can refer me to that can. Thank you for your understanding in this urgent matter.

B. Smith

# MY STATEMENT

**Bernita Smith**

Thu 2/12/2015 12:12 PM

To:Mia Hardy <mhardy13@ccc.edu>;

Cc:Bernita Smith <bsmith@ccc.edu>;


Hello VP Hardy ---

Did you get a chance to read my pre-disciplinary hearing statement?

B. Smith/Librarian

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 78 of 221 PageID #:78

# HR Update

### Latasha Larry

Mon 1/5/2015 3:25 PM

To Bernita Smith <bsmith@ccc.edu>;

Bernita,

I didn't see anything referencing the 17 weeks. Did you speak with Dean Robinson to determine if your start date should have been 1/5 or 1/12?

## *Latasha Larry*

Human Resources Director
Olive-Harvey College
10001 S. Woodlawn Ave
Chicago, IL 60628
P: 773-291-6210
F: 773-291-6563
llarry4@ccc.edu



CITY COLLEGES of CHICAGO
**Olive-Harvey**
Education that Works

# SPRING 2015 CONTRACT

## Bernita Smith

Tue 12/9/2014 5:35 PM

Inbox

To Leia DeVita <ldevita@ccc.edu>;

Cc Latasha Larry <llarry4@ccc.edu>; Bernita Smith <bsmith@ccc.edu>; cjones15.ccc.edu <cjones15.ccc.edu>;

📎 2 attachments (322 KB)

report1.pdf; REPORT2.pdf;

On Monday December 8, 2014 I had a conversation with the HR director at Olive-Harvey College Ms. L. Larry concerning my issue. I emailed Ms. Silverman with my question pertaining to the reason why my Spring 2015 contract was changed from 17 weeks to 16 weeks. Ms. Silverman never did get back to me with a legitimate reason for her actions. Thank you for your understanding in this matter.

B. Smith/Librarian

PAYROOL/UNION ISSUE - Bernita Smith                                       Page 1 of 1

# PAYROOL/UNION ISSUE

Bernita Smith

Thu 12/4/2014 4:34 PM

To.Latasha Larry <llarry4@ccc.edu>;

Cc.Bernita Smith <bsmith@ccc.edu>;

Hello Ms. Larry---

I would like to set up a brief meeting with you at your earliest conscience. I talked to Leia DeVita (EEOC)
from district office with my concerns and issues. She suggested that I contact you first. Then she will
follow up on our conversation. Thanks for your understanding in this matter.
B. Smith/Librarian

SICK DAY - Bernita Smith

# SICK DAY

### Bernita Smith

Mon 12/8/2014 11:29 AM

To Sharon Silverman <ssilverman1@ccc.edu>;

cc Tia Robinson <trobinson88@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

Hello Ms. Silverman ---

I feel light headed and dizzy so I won't be in today. I'll see
you tomorrow. Thanks for your understanding in this matter.

B. Smith

Ms. Silverman do you know why my Spring 2015 contract was changed
from 17 weeks to 16 weeks?

Re: UNION ISSUE - Bernita Smith                                      Page 1 of 1

# Re: UNION ISSUE

### Bernita Smith

Wed 12/3/2014 4:18 PM

To:Cleveland Jones <cjones156@ccc.edu>;

Cc:Bernita Smith <bsmith@ccc.edu>;

Hello Mr. Jones ---
Were you able to get a resolve to my issue.
Thanks,
B. Smith

---

**From:** Cleveland Jones
**Sent:** Monday, December 01, 2014 12:11 PM
**To:** Bernita Smith
**Subject:** Re: UNION ISSUE

I am just reading your e-mail. I am in my office now room 2314 and I will be available Tuesday 02 December 2014 after 11am

---

**From:** Bernita Smith
**Sent:** Wednesday, November 26, 2014 7:43 PM
**To:** Cleveland Jones
**Cc:** Bernita Smith
**Subject:** UNION ISSUE

Hello Mr. Jones ---

I would like to talk to you at your earliest convenience concerning my contract for the Spring Term 2015. Thanks for your understanding in this matter.

B. Smith/Librarian
Ex. 6354



**CITY COLLEGES**
of **CHICAGO**
Education that Works

LIST ONLY ONE COURSE PER FORM
☐ Revision of the original assignment
☐ Reinstatement
☐ Cancellation

# LECTURESHIP ASSIGNMENT

*CCCLOC, IEA-NEA Unit Member*

## LECTURER INFORMATION

College: **OLIVE-HARVEY**

Retired Faculty Member? ○ Yes ◉ No

Name: Bernita Smith

Employee ID Number: 000017412

Number of Weeks: 17

Assignment Effective From/To: 01/05/2015 / 05/09/2015

Type of Assignment:

◉ Credit   ○ Continuing Education   ○ Special Interest   ○ Vocational Education   ○ GEDi   ○ CDL Cred

Assignment Number:

## LECTURESHIP ASSIGNMENT   (ONE COURSE PER FORM)

Name of Co-Instructor (if team taught): _____ Co-Instructor's Employee Number: _____

Name of Co-Instructor (if team taught): _____ Co-Instructor's Employee Number: _____

Name of Co-Instructor (if team taught): _____ Co-Instructor's Employee Number: _____

Name of Co-Instructor (if team taught): _____ Co-Instructor's Employee Number: _____

| Course Title | Subject | Course No. | Section No. | Credit Hours | Contact Hours |
|---|---|---|---|---|---|
| Part-Time Librarian | | | | | |
| | | | | | |
| | | | | | |

## FINANCIAL INFORMATION

| % | Account | Fund | Dept. ID | Detail Program | Class | Proj./Grant |
|---|---|---|---|---|---|---|
| | | | | | | |
| Funding Source Key | | | | | | |
| | | | | | | |
| Funding Source Key | | | | | | |

Credit – New and Existing Lecturer
Rate of Pay   X
_____   X   # of Contact Hours   =   Salary for Term
                    493           =           $0.00

LAB – New and Existing Lecturer
Rate of Pay   X
_____   X   # of Contact Hours   =   Salary for Term
                                =           $0.00

LAB – New and Existing Lecturer
Rate of Pay   X
_____   X   # of Contact Hours   =   Salary for Term
                                =           $0.00

**Credit - Retired Lecturer (Returning)**
Annual Salary/Total Load (at time of retirement)  X  30%  X  # of Contact Hours for the Course  =  Salary for Te
Salary- _____ / Total Load- _____  X  30%  X _____  =  $0.00

**LAB - Retired Lecturer (Returning)**
Annual Salary/Total Load (at time of retirement)  X  30%  X  # of Contact Hours for the Course  =  Salary for Te
Salary- _____ / Total Load- _____  X  30%  X _____  =  $0.00

**LAB - Retired Lecturer (Returning)**
Annual Salary/Total Load (at time of retirement)  X  30%  X  # of Contact Hours for the Course  =  Salary for Te
Salary- _____ / Total Load- _____  X  30%  X _____  =  $0.00

**Continuing Education**

| Hourly Rate | X | Hours | = | Salary for Term |
| _____ | X | _____ | = | $0.00 |

**Special Interest**
Contracted % of Course Revenue (enter decimal)

| 0.0% | X | Course Revenue | = | Salary for Term |
| _____ | X | _____ | = | $0.00 |

**CDL Credit / GEDi -** (List Flat Rate in Total Amount)      Total Amount: _____

**Vocational Education**

| Rate of Pay | X | # of Clock Hours | = | Salary for Term |
| _____ | X | _____ | = | $0.00 |

**LAB -Vocational Education**

| Rate of Pay | X | # of Clock Hours | = | Salary for Term |
| _____ | X | _____ | = | $0.00 |

I understand that if a class for which I am being recommended is for any reason canceled, I will be paid only for the work performed or in accordanc with applicable collective bargaining agreements. Further, I understand that City Colleges of Chicago policy allows employment for up to four (4) courses or twelve (12) contact hours, whichever is less, per regular academic semester for CCCLOC unit members and other credit lecturers. CCCLOC unit members and other credit lecturers teaching Composition may be assigned to teach no more than three (3) courses or eleven (11) contact hours, whichever is less, per regular academic semester. Continuing Education lecturers are limited to a maximum of twenty-four (24) clock hours a week of class time for the Fall and/or Spring semesters and Summer session. Continuing Education lecturers who are employed part-time are limited to eight (8) contact hours for the Fall and Spring semesters and (6) contact hours for the Summer session.

This document constitutes an offer of employment only and is subject to approval by the Board of Trustees of Community College District No. 508 and has no force until approved by the Board other than for payment for any period of time worked.

**COLLEGE APPROVALS:**

Instructor (Please print) _____  Instructor Signature _____  Date _____

Dean (Please print) _____  Dean Signature _____  Date _____

Business Manager (Please print) _____  Business Manager Signature _____  Date _____

President or Designee (Please print) _____  President or Designee Signature _____  Date _____

**DISTRICT OFFICE OF HUMAN RESOURCES APPROVAL:**
(DO Name and Signature Required)

HR Representative (Please print) _____  HR Representative Signature _____  Date _____

RE: Schedules - Bernita Smith                                                    Page 1 of 3

# RE: Schedules

## Sharon Silverman

Sun 8/17/2014 9:51 AM

To: Tia Robinson <trobinson88@ccc.edu>;

Cc: Linda Eichelberger <leichelberger@ccc.edu>; Willalyn Fox <wfox@ccc.edu>; Bernita Smith <bsmith@ccc.edu>; Karen Branch <kbranch@ccc.edu>;

Importance: High

Hello Dean Robinson,

Per your inquiry the answer aware as follows:

1. Ms. Fox is a FT librarian & Ms. Branch a FT CLA II (clerical), my start is 9:00am which staggers and allows a shoe string coverage for any Library Requests for mornings and mid-day classes. Since Ms. Smith is the sole PT librarian she covers the late afternoon/evening schedule and any requests during this time. I must note that when Ms. Smith is away from the reference desk to accommodate these sessions, Ms. Eichelberger is alone to monitor the Library. She also is limited to assisting students with research needs.

2. FT CLA's work 35 hours excluding their 30 minute lunch and 2 fifteen minute breaks. Librarians work 30 hours per week excluding a 1 hour lunch.

3. I requested 2 PT librarian positions.

Lastly, due to the current skeleton staff, I am unable to schedule 2-3 people for the purpose of adequately covering Library Hours. It is also an security issue if one person is scheduled alone for long lengths of time.

I hope this answers your questions.

Sharon

Sharon T. Silverman
Department Chair Library-LRC
Olive-Harvey College
Ssilverman1@ccc.edu

"I am, was, and always will be a catalyst for change." --Shirley Chisholm

---

From: Tia Robinson
Sent: Sunday, August 17, 2014 6:58:34 AM
To: Sharon Silverman
Cc: Linda Eichelberger; Willalyn Fox; Bernita Smith; Karen Branch
Subject: Re: Schedules

Hi Sharon,

Thanks for the information. Here's my questions/thoughts;
1. Why are 3 people leaving at 3:00 and 4:00 and leaving Part-timers solely responsible for the library, especially given the scenarios that you described?
2. FT are scheduled for 35 hours and work 30 with a lunch or do you not eat lunch?
3. How many positions did you ask for in the FY15 budget?

We have to ensure that coverage is maximized within the context of all scenarios; therefore, please work with your team to adjust their schedules. For example, two librarians in at 8:00 is not optimal given the fact that we have 10 students on campus. Look at staggered start times that would allow others to be in the library later. Look to create a schedule that provide for three people to be in the library as often as possible. Thanks, Tia

Sent from Tia's iPhone

> On Aug 17, 2014, at 2:57 AM, "Sharon Silverman" <ssilverman1@ccc.edu> wrote:
>
> Hello Dean Robinson,
>
> My schedule is as follows: Mon-Thurs (9:00am-4:00pm)
> Willalyn Fox: Monday-Friday (8:00am-3:00pm)
> Karen Branch: Monday-Friday (8:00am-3:00pm)
> Bernita Smith: Monday-Thursday (3:00pm-9:00pm), Saturday (8:00am-1:00pm)
> Linda Eichelberger: Monday-Thursday (3:00pm-9:00pm), Saturday (8:00am-1:00pm)
>
> Previous Fall & Spring Semester Library Hours were 8:00am-9:00pm, but this is subjected to change for the following obstacles:
>
>    *If someone calls off. This will adversely affect the Library Hours of Operation since the department needs to replace two PT adjunct positions or 1FT librarian (to cover mid-morning/afternoon & work with Ms. Smith in the evenings).
>    *If a librarian is conducting Library Orientation Session, this will leave the other librarian to cover the Reference Desk alone. Two are needed to assist students with both one-on-one Reference Research and Computer Area Aid.
>
> -Sharon
>
> Sharon T. Silverman
> Department Chair Library-LRC
> Olive-Harvey College
> Ssilverman1@ccc.edu
>
> "I am, was, and always will be a catalyst for change." --Shirley Chisholm
>
> _____
> From: Tia Robinson
> Sent: Saturday, August 16, 2014 6:30:56 AM
> To: Linda Eichelberger; Sharon Silverman; Willalyn Fox; Bernita Smith; Karen Branch
> Subject: Schedules
>
> Good Morning,

>
> I realized that several of you were absent during my Office of Instruction meeting several weeks ago. As discussed and requested in the meeting, please forward me a copy of your recommended work schedules. Please keep in mind the hours of operation for the library, for it is necessary that we provide ample coverage to service our students.
>
> Thanks
>
> Sent from Tia's iPhone

P.E: Schedules - Bernita Smith

# RE: Schedules

## Sharon Silverman

Sun 8/17/2014 12:57 AM

To Tia Robinson <trobinson88@ccc.edu>; Linda Eichelberger <leichelberger@ccc.edu>; Willalyn Fox <wfox@ccc.edu>; Bernita Smith <bsmith@ccc.edu>; Karen Branch <kbranch@ccc.edu>;

Importance High

Hello Dean Robinson,

My schedule is as follows: Mon-Thurs (9:00am-4:00pm)
Willalyn Fox: Monday-Friday (8:00am-3:00pm)
Karen Branch: Monday-Friday (8:00am-3:00pm)
Bernita Smith: Monday-Thursday (3:00pm-9:00pm), Saturday (8:00am-1:00pm)
Linda Eichelberger: Monday-Thursday (3:00pm-9:00pm), Saturday (8:00am-1:00pm)

Previous Fall & Spring Semester Library Hours were 8:00am-9:00pm, but this is subjected to change for the following obstacles:

*If someone calls off. This will adversely affect the Library Hours of Operation since the department needs to replace two PT adjunct positions or 1FT librarian (to cover mid-morning/afternoon & work with Ms. Smith in the evenings).
*If a librarian is conducting Library Orientation Session, this will leave the other librarian to cover the Reference Desk alone. Two are needed to assist students with both one-on-one Reference Research and Computer Area Aid.

-Sharon

Sharon T. Silverman
Department Chair Library-LRC
Olive-Harvey College
Ssilverman1@ccc.edu

"I am, was, and always will be a catalyst for change." --Shirley Chisholm

_____

From: Tia Robinson
Sent: Saturday, August 16, 2014 6:30:56 AM
To: Linda Eichelberger; Sharon Silverman; Willalyn Fox; Bernita Smith; Karen Branch
Subject: Schedules

Good Morning,

I realized that several of you were absent during my Office of Instruction meeting several weeks ago. As discussed and requested in the meeting, please forward me a copy of your recommended work schedules. Please keep in mind the hours of operation for the library, for it is necessary that we provide ample coverage to service our students.

RE: Schedules - Bernita Smith

# RE: Schedules

## Sharon Silverman

Mon 8/18/2014 11:25 AM

To: Karen Branch <kbranch@ccc.edu>; Tia Robinson <trobinson88@ccc.edu>; Linda Eichelberger <leichelberger@ccc.edu>; Willalyn Fox <wfox@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

Thank you for confirming.

Sharon T. Silverman
Department Chair Library-LRC
Olive-Harvey College
Ssilverman1@ccc.edu

"Our visions begin with our desires."—Audre Lorde

-----Original Message-----
From: Karen Branch
Sent: Monday, August 18, 2014 1:02 PM
To: Sharon Silverman; Tia Robinson; Linda Eichelberger; Willalyn Fox; Bernita Smith
Subject: RE: Schedules

Good afternoon ladies,

The correct time for Karen Branch is 8:00am - 3:30pm (7 hours with a 30 minute unpaid lunch).

-----Original Message-----
From: Sharon Silverman
Sent: Sunday, August 17, 2014 2:57 AM
To: Tia Robinson; Linda Eichelberger; Willalyn Fox; Bernita Smith; Karen Branch
Subject: RE: Schedules
Importance: High

Hello Dean Robinson,

My schedule is as follows: Mon-Thurs (9:00am-4:00pm) Willalyn Fox: Monday-Friday (8:00am-3:00pm) Karen Branch: Monday-Friday (8:00am-3:00pm) Bernita Smith: Monday-Thursday (3:00pm-9:00pm), Saturday (8:00am-1:00pm) Linda Eichelberger: Monday-Thursday (3:00pm-9:00pm), Saturday (8:00am-1:00pm)

Previous Fall & Spring Semester Library Hours were 8:00am-9:00pm, but this is subjected to change for the following obstacles:

*If someone calls off. This will adversely affect the Library Hours of Operation since the department needs to replace two PT adjunct positions or 1FT librarian (to cover mid-morning/afternoon & work with Ms. Smith in the evenings).

*If a librarian is conducting Library Orientation Session, this will leave the other librarian to cover the Reference

Linda Eichelberger - Bernita Smith                                                    Page 1 of 1

# Linda Eichelberger

## Sharon Silverman

Tue 11/4/2014 8:59 AM

To Tia Robinson <trobinson88@ccc.edu>;

Cc Bernita Smith <bsmith@ccc.edu>;

Importance High

Hello Dean Robinson,

Ms. Eichelberger called in again today. She fell down her stairs yesterday and has some torn ligaments. She is taking strong pain medication and will rest today and return tomorrow.
Two student-workers are scheduled this evening, therefore Ms. Smith is not scheduled alone. Does the offer remain if we need assistance again from Ms. Lomax?

Thank you in advance,

-Sharon

Sharon T. Silverman
Department Chair Library-LRC
Olive-Harvey College
Ssilverman1@ccc.edu

"I am, was, and always will be a catalyst for change." --Shirley Chisholm

# Library Closing

## Sharon Silverman

Tue 11/4/2014 1:23 PM

To Mia Hardy <mhardy13@ccc.edu>; Savio Pinto <spinto3@ccc.edu>; Regynold Johnson <rjohnson244@ccc.edu>;

Cc Tia Robinson <trobinson88@ccc.edu>; Bernita Smith <bsmith@ccc.edu>; Willalyn Fox <wfox@ccc.edu>; Karen Branch <kbranch@ccc.edu>; Linda Eichelberger <leichelberger@ccc.edu>;

Hello All,

FYI. Due to unforeseen circumstance, the Library will **close early today (6:00pm)** instead of the regular semester time (8:00pm).

-Sharon

Sharon T. Silverman
Department Chair Library-LRC
Olive-Harvey College
Ssilverman1@ccc.edu

"Our visions begin with our desires."—Audre Lorde

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 92 of 221 PageID #:92

# FW: Library Security

## Sharon Silverman

Wed 1/21/2015 7:28 AM

To: Bernita Smith <bsmith@ccc.edu>; Willalyn Fox <wfox@ccc.edu>;

Cc: Karen Branch <kbranch@ccc.edu>; Linda Eichelberger <leichelberger@ccc.edu>;

FYI

Sharon T. Silverman
Department Chair Library-LRC
Olive-Harvey College
Ssilverman1@ccc.edu

*"Our visions begin with our desires."—Audre Lorde*

**From:** Louis Torres
**Sent:** Tuesday, January 20, 2015 8:06 PM
**To:** Sharon Silverman
**Subject:** Re: Library Security

Thank you for your input. I will have our Officers patrol the library in the morning.

Sent from my HTC

----- Reply message -----
From: "Sharon Silverman" <ssilverman1@ccc.edu>
To: "Louis Torres" <ltorres57@ccc.edu>
Cc: "Tia Robinson" <trobinson88@ccc.edu>, "Robin Hicks" <rhicks7@ccc.edu>, "William Rogers" <wrogers15@ccc.edu>
Subject: Library Security
Date: Tue, Jan 20, 2015 18:04

Hello Director Torres,

Is it possible to provide additional "security checks" within the Library between the hours 8:05am - 9:00am? Due to a staff shortage, one Library Staff is scheduled during this time and for the purpose of safety I would appreciate assistance.

Thank you in advance,
-SS

Sharon T. Silverman

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 93 of 221 PageID #:93

# SPRING CONTRACT

### Bernita Smith

Wed 1/7/2015 11:39 AM

To Mia Hardy <mhardy13@ccc.edu>;

Cc Angelia Millender <amillender@ccc.edu>; Cleveland Jones <cjones156@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

Hello Dr. Hardy ---

On Tuesday (1-6-15) I had a 11:45a.m change of plans meeting with Ms. Silverman and Dean Robinson. I wanted to have my union rep. present (Cleveland Jones) for my 3:00p.m scheduled meeting with Dean Robinson only.During my meeting I felt overwhelmed, bullied, bombarded with questions and uncomfortable because Dean Robinson made an executive decision not to sign my time sheet for this week pay period. Dean Robinson stated that it was because of low enrollment.
Bernita Smith/Librarian

---

**From:** Bernita Smith
**Sent:** Wednesday, January 07, 2015 11:28 AM
**To:** Mia Hardy
**Cc:** Angelia Millender; Cleveland Jones; Bernita Smith
**Subject:**

Hello Dr. Hardy ---

On Tuesday (1-6-15) I had a 11:45a.m change of plans meeting with Ms. Silverman and Dean Robinson. I wanted to have my union rep. present (Cleveland Jones) for my 3:00p.m scheduled meeting with Dean Robinson only.During my meeting I felt overwhelmed, bullied, bombarded with questions and uncomfortable because Dean Robinson made an executive decision not to sign my time sheet for this week pay period. Dean Robinson stated that it was because of low enrollment.

Breaks/Lunches

## Sharon Silverman

Mon 6/15/2015 11:47 AM

Inbox

To:Karen Branch <kbranch@ccc.edu>; Leslie Brown <lbrown443@ccc.edu>; Bernita Smith <bsmith@ccc.edu>; Linda Eichelberger <leichelberger@ccc.edu>;

Cc:Robin Hicks <rhicks7@ccc.edu>; Latasha Larry <llarry4@ccc.edu>; Valeria Davis <vdavis9@ccc.edu>; Cleveland Jones <cjones156@ccc.edu>;

Importance: High

Hello Ladies,

There seems to be a pattern of unpaid lunches and/or breaks being taken within the department. Moving forward **no 15 minute breaks are to be taken** due to the rampant abuse. Anyone who would like to take a lunch (exclude FT 1708 as this is attached via CCC Works), notify me and I will schedule an Unpaid meal break and note this break on either your COA or CCC Works. **Please note this will result in an additional 30 minutes being attached to your work schedule.**

Thank you in advance,

Sharon T. Silverman
Department Chair Library-LRC
Olive-Harvey College
Ssilverman1@ccc.edu

*"I am, was, and always will be a catalyst for change." --Shirley Chisholm*

6/15/2015 4:53 PM

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 95 of 221 PageID #:95

# SICK DAY

**Bernita Smith**

Wed 12/10/2014 11:05 AM

To Sharon Silverman <ssilverman1@ccc.edu>; Tia Robinson <trobinson88@ccc.edu>;

Cc Bernita Smith <bsmith@ccc.edu>;

Hello Ms. Silverman----

I am unable to make it to work today. My condition has not improved since Monday, I'm feeling worse. I will report back to work on Thursday December 11, 2014. According to my union contract, Monday December 8,2014 was an excused absence. I get at least one day off per year that I don't have to make up. I will make up Wednesday's absence on Friday December 12,2014 from 9-3 p.m. Thank you for your understanding in this matter.

B. Smith

Sharon Silverman
Wed 12/10/2014 1:34 PM
To:

...

Hello Ms. Smith,

There is no need to make up time as I submitted a revised time sheet to reflect both days taken off. I hope you feel better and I will inform Ms. Eichelberger she will see you Saturday.

Sharon T. Silverman
Department Chair Library-LRC
Olive-Harvey College
Ssilverman1@ccc.edu

"I am, was, and always will be a catalyst for change." --Shirley Chisholm

# No Librarian

## Linda Eichelberger

Tue 3/1/2016 2:08 PM

Willalyn Fox <wfox@ccc.edu>;

Bernita Smith <bsmith@ccc.edu>;

Good afternoon all,

Yesterday, March 1, 2016, approximately 3:45 P.M., Ms. Leslie Brown and I had 3 students come into the Library with Reference questions which we couldn't answer. This has occurred on other occasions. What are the plans for a Librarian being on duty at the Reference Desk between 3:30 P.M. and 4:00 P.M. when Ms. Smith comes on duty?

Thank you,

Linda Eichelberger

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 98 of 221 PageID #:98

# Library Hours of Operation



**Tia Robinson**

Tue 1/20/2015 9:31 AM

To:Sharon Silverman <ssilverman1@ccc.edu>; Karen Branch <kbranch@ccc.edu>; Willalyn Fox <wfox@ccc.edu>; Linda Eichelberger <leichelberger@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

Cc:Mia Hardy <mhardy13@ccc.edu>;

Importance: High

Good Morning Team,

Let's touch base today regarding a number of complaints that I have received in the Office of Instruction regarding the library not being open as scheduled at 8:00 a.m. Please make time at 2:30 p.m. today to discuss and clarify the role, function and needs of the library. Thanks

Thanks,

*Tia Robinson*

Tia Robinson, Interim Dean of Instruction
Olive-Harvey College
10001 S. Woodlawn Ave.
Chicago, IL 60628
773-291-6497 (office)
trobinson88@ccc.edu

*Department Chair Library-LRC*
*Olive-Harvey College*
Ssilverman1@ccc.edu

*"I am, was, and always will be a catalyst for change."* *--Shirley Chisholm*

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 100 of 221 PageID #:100

# FW: Department Minutes

## Karen Branch

Fri 2/6/2015 7:58 AM

To:Willalyn Fox <wfox@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

1 attachment

Dean Robinson's Meeting Notes - October, 2014.doc;



**From:** Karen Branch
**Sent:** Thursday, February 05, 2015 3:29 PM
**To:** Sharon Silverman; Linda Eichelberger
**Subject:** RE: Department Minutes

Good afternoon Ms. Silverman,

Personally, I can't remember when we last had an actual monthly department meeting. I think we skipped that process for a long time. The last meeting record I found was for March, 2014. Maybe, somebody else has more information. Dean Robinson met with the library staff in October, I believe at the request of staff members. I did take a few notes at that meeting. Those notes are attached. The Dean also met with us before leaving CCC, but that was about whether or not the library should open at 8:00 am with only one employee (non-librarian) present.

Thank you.

Karen Branch
College Library Assistant II
Olive-Harvey College
Learning Resource Center/Library
773 291-6352

**From:** Sharon Silverman
**Sent:** Wednesday, February 04, 2015 12:48 PM
**To:** Linda Eichelberger; Karen Branch
**Subject:** Department Minutes
**Importance:** High

Hello Ladies,

Please send me electronic copies of All minutes from August 2014 to January 2015. I need this information by Friday 3pm.

Thank you,

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 101 of 221 PageID #:101

Sharon

*Sharon T. Silverman*
*Department Chair Library-LRC*
*Olive-Harvey College*
Ssilverman1@ccc.edu

*"I am, was, and always will be a catalyst for change." --Shirley Chisholm*

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 102 of 221 PageID #:102

# Library Meeting

## Sharon Silverman

Wed 4/15/2015 7:52 AM

Required: Willalyn Fox <wfox@ccc.edu>; Karen Branch <kbranch@ccc.edu>; Leslie Brown <lbrown443@ccc.edu>; Bernita Smith <bsmith@ccc.edu>; Linda Eichelberger <leichelberger@ccc.edu>;

I am scheduling a Department Meeting for Thursday, April 16, 2015 (2:00p). Ms. Smith & Eichelberger I will need you to monitor the Library and attend if possible.

Agenda
- Library Renovations
    - Weeding, Shifting, Library's Temporary Relocation..
- Items from Department Chair Meeting

-SS

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 103 of 221 PageID #:103

https://p2t5.04.outlook.com/owa/projection.aspx

In the spirit of being inclusive,  if you want to start planning a "wish you well" party now as Mrs. Smith has informed me this is her last semester I am open for ideas.

Have a great evening,

Sharon T. Silverman
Department Chair Library-LRC
Olive-Harvey College
Ssilverman1@ccc.edu

*"Our visions begin with our desires."—Audre Lorde*

## Bernita Smith

Thu 7/9/2015 4:22 PM

To:     Sharon Silverman;

Cc:     Robin Hicks;     Karen Branch;     Linda Eichelberger;
        Leslie Brown;

Hello Everyone---

My work schedule for next week (7/13 -7/16) is as followed:

Monday 12-7 pm. Tuesday 10-7 pm. Wednesday 1:30-7 pm. and Thursday 11:30-7 pm.
Thanks for your understanding in this matter.

B.Smith

Robin Hicks

Thu 7/9/2015 4:22 PM

To: Bernita Smith;

I will be out of the office starting July 6th and returning July 11th. If you need immmediate assistance during my absence, please contact Associate Dean Susan Malekpour at (773) 291-6497 or at smalekpour@ccc.edu.

On Monday July 13, 2015 Ms. Silverman address me in an email as a part-time assistance, instead of a part-time librarian, there's a big difference between the two (2) job titles.

Bernita Smith/Librarian

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 107 of 221 PageID #:107

## Sharon Silverman

Mon 7/13/2015 9:49 AM

To:    Bernita Smith;

Cc:    Robin Hicks;    Karen Branch;    Linda Eichelberger;
      Leslie Brown;    Latasha Larry;

This message was sent with high importance.

Action Items                             Get more apps

Hello Ms. Smith,

This is not the required nor needed times in this department for part-time assistance. Please adhere to Your current agreed schedule (Mon & Wed.: 12:00p-7:00p and Tues. & Thurs.:11:30a-7:00p).

Thank you,
-SS

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 108 of 221 PageID #:108

## NEXT WEEK SCHEDULE

Reply    Reply all    Forward

### Robin Hicks

Mark as unread

Mon 7/13/2015 11:31 AM

**To:**   Bernita Smith;    Sharon Silverman;

Action Items             Get more apps

Please let me know why there is a change in your schedule and was your schedule approved by Sharon Silverman.

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 109 of 221 PageID #:109

Hello Ms. Silverman---

I was able to change my Wednesday's (7-15-15) doctor 's appointment to Friday (7-17-15).

Thanks,
B. Smith

o: Bernita Smith;

Cc: Robin Hicks; Karen Branch; Linda Eichelberger;
Leslie Brown;

You replied on 7/14/2015 10:57 AM.

So you will report for your scheduled time and not deviate from this time?

SCHEDULE

**Bernita Smith**    Mark as unread

BS    Tue 7/14/2015 10:57 AM

Inbox; Sent Items

Hello Ms. Silverman---

Yes, I will keep my same summer 2015 assigned schedule for the week of July 13-16.
Thanks for your understanding in this matter.

B. Smith

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 112 of 221 PageID #:112

# Notice of Pre-Disciplinary Hearing Fri 1/23/15



### Latasha Larry

Thu 1/15/2015 2:49 PM

To Bernita Smith <bsmith@ccc.edu>;

📎 1 attachment

Bernita Smith - Pre-disciplinary Hearing -.pdf;

Hi Bernita,

Attached is a notice for your pre-disciplinary hearing scheduled for Friday 1/23/15 at 11:30am.  The original notice will be delivered to your office (to your attention) in a confidential envelope.

*Latasha Larry*

Human Resources Director
Olive-Harvey College
10001 S. Woodlawn Ave
Chicago, IL 60628
P:  773-291-6210
F:  773-291-6563
llarry4@ccc.edu



CITY COLLEGES of CHICAGO
**Olive-Harvey**
Education that Works

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 113 of 221 PageID #:113



You would continue to work your schedule as normal.  Please contact your union rep to discuss the time change.

## *Latasha Larry*

Human Resources Director
Olive-Harvey College
10001 S. Woodlawn Ave
Chicago, IL 60628
P:  773-291-6210
F:  773-291-6563
llarry4@ccc.edu



CITY COLLEGES of CHICAGO
**Olive-Harvey**
Education that Works

---

**From:** Bernita Smith
**Sent:** Thursday, January 15, 2015 9:07 PM
**To:** Latasha Larry
**Cc:** Bernita Smith
**Subject:** Re: Notice of Pre-Disciplinary Hearing Fri 1/23/15

Hello Latasha Larry ---
The day is ok but I need to change the time on Friday (1-23-15) to after 1:00pm.
I also want to know if I need to report to work before that date.Please get be back to me as soon as possible.Thank you for your understanding in this matter.
Bernita Smith

---

**From:** Latasha Larry
**Sent:** Thursday, January 15, 2015 2:49 PM
**To:** Bernita Smith
**Subject:** Notice of Pre-Disciplinary Hearing Fri 1/23/15

Hi Bernita,

Attached is a notice for your pre-disciplinary hearing scheduled for Friday 1/23/15 at 11:30am.  The original notice will be delivered to your office (to your attention) in a confidential envelope.

## *Latasha Larry*

Human Resources Director
Olive-Harvey College
10001 S. Woodlawn Ave
Chicago, IL 60628
P:  773-291-6210
F:  773-291-6563
llarry4@ccc.edu

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 114 of 221 PageID #:114

# Pre-Disciplinary Hearing

### Cleveland Jones

Tue 1/20/2015 8:00 AM

To:Latasha Larry <llarry4@ccc.edu>;

Cc:Bernita Smith <bsmith@ccc.edu>; Bill Silver <Bill.Silver@ieanea.org>;



20 Jan 15

Re: Change of time for Bernita Smith's Pre-Disciplinary hearing

Good Morning Ms. Larry,

I have been made aware of the scheduled Pre-Disciplinary hearing for Bernita Smith on Friday, 23 January 2015 at 11:30 am. Due to a prior scheduled CCCLOC union event and as a convenience to Ms. Smith is it possible to reschedule the hearing after 1pm?

Thank you Ms. Larry for your consideration of this time change.

Sincerely
Cleveland Jones

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 115 of 221 PageID #:115

# TIME CHANGE FOR PRE-DISCIPLINARY HEARING

### Bernita Smith

Fri 1/16/2015 1:39 PM

To:Cleveland Jones <cjones156@ccc.edu>;

Cc:Bernita Smith <bsmith@ccc.edu>;

Hello Mr. Jones ---

The HR Director Ms. Latasha Larry would like for me to reach out to you because my pre-disciplinary hearing is scheduled for Friday (1-23-15) at 11:30am. The date is OK but the time for me has to be after 1:00pm. Thank you for your understanding in this matter.

Bernita Smith

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 116 of 221 PageID #:116

# TIME CHANGE

## Bernita Smith

Mon 1/19/2015 5:23 PM

To:Latasha Larry <llarry4@ccc.edu>; Cleveland Jones <cjones156@ccc.edu>;

Cc:Bernita Smith <bsmith@ccc.edu>;

Hello Mr. Jones ---

The HR Director Ms. Latasha Larry would like for me to reach out to you because my pre-disciplinary hearing is scheduled for Friday (1-23-15) at 11:30am. The date is OK but the time for me has to be after 1:00pm. Thank you for your understanding in this matter.

Bernita Smit

...edule - Bernita Smith

...esk Schedule

Page 1 of 2

Willalyn Fox

Mon 11/24/2014 8:11 AM

To Sharon Silverman <ssilverman1@ccc.edu>; Tia Robinson <trobinson88@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

Silverman,

I created the desk schedule as a result of your request. Each day, I tried to schedule librarians equitable times at the reference, which should leave ample time for other duties away from the desk. Ms. Smith, who works alone in the evening would be an exception. There are three B I classes scheduled for Tuesday & Wednesday and the instructor requested that I teach each one. On Monday, I am scheduled at the desk for 4.5 hours and you are scheduled for 2 hours. On Tuesday you are scheduled for 5.5 hours and I have 1 hour at reference + 3 hours bibliographic instruction. On Wednesday I am scheduled at the desk 2.5 hours + 3 hours bibliographic instruction. You are scheduled for 4 hours at the reference desk.

I fail to see how the schedule "benefits" anyone in particular.

wfox

From: Sharon Silverman
Sent: Monday, November 24, 2014 9:33 AM
To: Willalyn Fox; Tia Robinson; Bernita Smith
Subject: Re: Desk Schedule

Fox,

Thank you for your proposed Desk Schedule, unfortunately it seems to be one-sided and only benefits you. As stated in the Department Meeting Thursday, "I work on reports & projects for the Dean and or Department". I too facilitate Library Orientation Sessions (BI), of which none are reflected on this document you submitted.

Once we obtain staff (I am currently working towards narrowing applicants to interview), a collective desk schedule would work as we had one when there was an increase of staff.

SS

...ron T. Silverman
...artment Chair Library-LRC
...-Harvey College
...rman1@ccc.edu

/pod51041 - Outlook...

*"I am, was, and always will be a catalyst for change." --Shirley Chisholm*

**From:** Willalyn Fox
**Sent:** Monday, November 24, 2014 9:16 AM
**To:** Tia Robinson; Sharon Silverman; Bernita Smith
**Subject:** Desk Schedule

Please see attached reference desk schedule for Wednesday 11/26/14.

wfox

1/17/2015

https://pod51041.outlook.com/owa/

Learning Resource Center Meeting
Facilitator: Tia Robinson
Recorder: Karen Branch
October 13, 2014

In Attendance: Karen Branch, Linda Eichelberger, Willalyn Fox, Tia Robinson
Sharon Silverman, Bernita Smith

## 1. New Policy Regarding Children in the Building

Dean Robinson discussed President Millender's new policy regarding allowing children above the 1st floor of this building. She advised that, under no circumstances, should we permit children to be brought into the library.

## 2. Dean's Commitment

Dean Robinson advised that she is committed to working with the library staff to work out concerns. She stated that harassment, bullying, etc. would not be tolerated and if any such behaviors occurred, we should notify her immediately.

She stated that we needed to respect the position of Chairperson, if not the person and we all need to work collaboratively. Dean Robinson also advised that we move beyond the challenges and move forward in roles of mutual respect.

If we felt the need to meet with her at any time, we should make an appointment with one of the ladies in the Office of Instruction.

## 3. Ms. Silverman's Comments

Ms. Silverman suggested that the staff members should stay in their lanes. She stated that she was glad we were getting along so well now because she could remember when that was not the case.

## 4. Extended Hours

Dean Robinson & Ms. Silverman advised that the library would have extended hours as follows during December 1-December 8:

| Monday - Thursday | 8:00 am - 10:00 pm |
|---|---|
| Friday | 8:00 am - 5:00 pm |
| Saturday | 8:00 am - 3:00 pm |

### 5. Group Study Room J

Ms. Silverman advised that a computer would be installed in Group Study Room J.

### 6. OHC Enrollment

Dean Robinson advised that OHC enrollment was down by 21%.

### 7. Student Success

Dean Robinson advised that Olive-Harvey College is creating its own definition of student success and asked for our suggestions/thoughts.

# RE: Library Extended Hours



### Sharon Silverman

Wed 10/15/2014 3:14 PM

To Bernita Smith <bsmith@ccc.edu>;



Hello Ms. Smith,

I will see if a work study can work.

*Sharon T. Silverman*
*Department Chair Library - LRC*
*Olive-Harvey College*
*Ssilverman1@ccc.edu*

*"Our visions begin with our desires."* —Audre Lorde

**From:** Bernita Smith
**Sent:** Wednesday, October 15, 2014 3:20 PM
**To:** Sharon Silverman
**Cc:** Bernita Smith
**Subject:** Re: Library Extended Hours



Hello Ms. Silverman ---

I will not be able to do any extended library hours during the Fall 2014 mid-terms or finals week.
B. Smith

**From:** Sharon Silverman
**Sent:** Wednesday, October 15, 2014 11:49 AM
**To:** Bernita Smith; Willalyn Fox
**Cc:** Tia Robinson; Angelia Millender; Lexie Tripp; Karen Branch; Linda Eichelberger
**Subject:** Library Extended Hours

Hello All,

I received a call from AVC Hardens Office inquiring about OHC Library proposed hours for mid-term & finals week. This is what I reported:

OHC proposed the following hrs:

- M-Th (8am-10pm)
- Fri (8am-4pm)
- Sat (8am-3pm)

https://pod51041.outlook.com/owa/

January 12, 2015

Hello Dr.. Hardy:

During my meeting on Tuesday (1-6-15) with Dean Robinson and Ms. Silverman (because the pay period before the break was in question), I made arrangements to make up those days that I missed. On Friday (12-12-14) Dean Robinson decided that due to time restraints my scheduled meeting with Ms. Silverman would take place during the break. I was checking my e-mails and cell phone messages, but we never did meet. Now when we had a brief discussion on Tuesday (1-6-15) that's when Dean Robinson took advantage of the opportunity to bring up some old issues. I really don't understand what's going on but I felt attacked and intimidated in an unprofessional matter.In the future would it be possible for you to sit in on our staff meetings. Thanks for your understanding in this matter.

B. Smith/Olive-Harvey Library

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 123 of 221 PageID #:123

# LIBRARY ISSUES

## Bernita Smith

Wed 1/14/2015 10:59 AM

To:Angelia Millender <amillender@ccc.edu>;

Cc:Willalyn Fox <wfox@ccc.edu>; Karen Branch <kbranch@ccc.edu>; Linda Eichelberger <leichelberger@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

Hello President Millender ---

We have some serious issues in the library that need to be addressed. We tried to talk about our concerns with Dean Robinson but we got no where. It seem like everything we talked about fell on deaf ears. We really need to talk to you in person before things get out of hand. Thank you for your time and understanding in this matter.

B. Smith/ Librarian

# Re: Bernita Smith

## Sharon Silverman

Mon 5/11/2015 9:02 AM

To:Debra Johnson <djohnson5@ccc.edu>;

Cc:Robin Hicks <rhicks7@ccc.edu>; Mia Hardy <mhardy13@ccc.edu>; Michele Graham <mgraham@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

Thank you Professor Johnson.

Sharon T. Silverman
Department Chair Library-LRC
Olive-Harvey College
Ssilverman1@ccc.edu

"I am, was, and always will be a catalyst for change." --Shirley Chisholm

---

**From:** Debra Johnson
**Sent:** Saturday, May 9, 2015 1:43:43 PM
**To:** Sharon Silverman
**Cc:** Robin Hicks; Mia Hardy; Michele Graham; Bernita Smith
**Subject:** Bernita Smith

Dear Professor Silverman,

I had a student taking my College Success Course, who in the beginning of the semester, demonstrated that he had some cognitive challenges  In my pursuit to find ways to help him be a successful student in my class, I reached out to get help for him, including contacting the Disability Office.  He declined the services from this office; I became more concerned about his success.

The final project was worth 40% of students' final grade.  I didn't know how he would be able to successfully pass the course without the final powerpoint presentation.  I reached out to Ms. Bernita Smith, during a class visit to the library and explained my circumstances.  I could see how patient and thorough she was with the students, so I asked her to  help me facilitate this gentleman in meeting the objective for final grading.  Ms. Smith, did an outstanding job.  She worked  diligently with him and was able to help him create a powerpoint presentation for the class.  He passed the course.

I just want to take the time to thank her and share with you her remarkable effort. I
really appreciated her assistance in this situation.
I believe she exemplified how the OHC family works together towards the success of our students.

Thank you so much, Ms. Smith, for a job well-done!

Sincerely,

Professor Debra Johnson

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 126 of 221 PageID #:126

## Contract issue

**Cleveland Jones**

Wed 12/10/2014 12:31 PM

To Bernita Smith <bsmith@ccc.edu>;

Cc Silver, Bill <Bill.Silver@ieanea.org>;

Ms. Smith,

I came by the library on Monday 08 Dec 2014 to discuss your Spring 2014 contract issue. I apologize for not e-mailing you immediately.

After looking into the matter I learned that your contract for Spring 2014 is still for 17 weeks. You are correct that in the past you were allowed to come in early at the beginning of the semester which resulted in you receiving an extra week of compensation. Although you received this extra week in the past, it was at the discretion of the Librarian and not a benefit protected by the union contract.

Sorry for any inconvenience that this decision has created for you. If I can be of any further assistance please feel free to contact me.

Sincerely
Cleveland Jones
CCCLOC Campus Representative
Olive-Harvey College

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 127 of 221 PageID #:127

# LIBRARY STAFF MEETINGS



Bernita Smith

Mon 1/12/2015 3:28 PM

To:Mia Hardy <mhardy13@ccc.edu>;

Cc:Angelia Millender <amillender@ccc.edu>; Cleveland Jones <cjones156@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

1 attachment

January 12.docx;

Hello Dr. Hardy ---

Attached is a copy of a short letter.

B. Smith

December 9, 2014

On Monday December 8, 2014 I had a conversation with the HR director at Olive-Harvey College Ms. L. Larry concerning my issue. I emailed Ms. Silverman with my question pertaining to the reason why my Spring 2015 contract was changed from 17 weeks to 16 weeks. Ms. Silverman never did get back to me with a legitimate reason for her actions. Thank you for your understanding in this matter.

B. Smith/Librarian

11/9/2015                                                    Untitled - Bernita Smith

# Untitled

## Bernita Smith

Wed 1/7/2015 11:28 AM

To: Mia Hardy <mhardy13@ccc.edu>;

Cc: Angelia Millender <amillender@ccc.edu>; Cleveland Jones <cjones156@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

Hello Dr. Hardy ---

On Tuesday (1-6-15) I had a 11:45a.m change of plans meeting with Ms. Silverman and Dean Robinson. I wanted to have my union rep. present (Cleveland Jones) for my 3:00p.m scheduled meeting with Dean Robinson only. During my meeting I felt overwhelmed, bullied, bombarded with questions and uncomfortable because Dean Robinson made an executive decision not to sign my time sheet for this week pay period. Dean Robinson stated that it was because of low enrollment.

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 130 of 221 PageID #:130

# Re: SPRING SEMESTER 2015

## Bernita Smith

Tue 1/6/2015 5:25 PM

To Mia Hardy <mhardy13@ccc.edu>; Angelia Millender <amillender@ccc.edu>;

Cc Cleveland Jones <cjones156@ccc.edu>;

Hello Dr. Hardy ---

Thanks for your understanding in this matter.

B. Smith

---

**From:** Mia Hardy
**Sent:** Tuesday, January 06, 2015 11:41 AM
**To:** Bernita Smith; Angelia Millender
**Cc:** Cleveland Jones
**Subject:** RE: SPRING SEMESTER 2015

Hello Ms. Smith,

I will need to get the details of your situation, and I will get back to you as soon as possible. Thank you.

Dr. Hardy

-------- Original message --------
From: Bernita Smith
Date:01/06/2015 12:32 PM (GMT-06:00)
To: Angelia Millender , Mia Hardy
Cc: Cleveland Jones , Bernita Smith
Subject: SPRING SEMESTER 2015

Hello President Millender and VP Hardy

My name is Bernita Smith. I am one of the adjunct librarian here at Olive-Harvey College. The reason why I'm writing this is because before the break my contract for the Spring semester reflected seventeen weeks. On the day the contracts were due for submission in the Dean's office (Tia Robinson) Ms. Silverman abruptly out of retaliation for me not work overtime during Finals Week, decided to change my contract to sixteen weeks. I talked with my union rep. (Cleveland Jones) before the break and he told me that he had a conversation with Ms.

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 131 of 221 PageID #:131

Silverman and my starting date for the Spring Semester would reflect that change for me to start on Monday (1-5-15) I talked with the Human Resources Director Ms. Larry. This morning when I checked my email, Ms. Larry replied back to the conversation we had yesterday. She stated that there was no record of my starting date for January 5, 2015. I made an appointment with Tia Robinson today at 3:00p.m.to talk about my concerns, but it was changed all of a sudden to around 11:45 without my prior knowledge. Thank you for your understanding in this matter.

Bernita Smith/ Librarian

# SPRING 2015 CONTRACT

**Bernita Smith**

Tue 12/9/2014 5:35 PM

To Leia DeVita <ldevita@ccc.edu>;

Cc Latasha Larry <llarry4@ccc.edu>; Bernita Smith <bsmith@ccc.edu>; cjones15.ccc.edu <cjones15.ccc.edu>;

📎 2 attachments

report1.pdf; REPORT2.pdf;

On Monday December 8, 2014 I had a conversation with the HR director at Olive-Harvey College Ms. L. Larry concerning my issue. I emailed Ms. Silverman with my question pertaining to the reason why my Spring 2015 contract was changed from 17 weeks to 16 weeks. Ms. Silverman never did get back to me with a legitimate reason for her actions. Thank you for your understanding in this matter.

B. Smith/Librarian

# PAYROOL/UNION ISSUE

### Bernita Smith

Thu 12/4/2014 4:34 PM

To Latasha Larry <llarry4@ccc.edu>;

Cc Bernita Smith <bsmith@ccc.edu>;

Hello Ms. Larry---

I would like to set up a brief meeting with you at your earliest conscience. I talked to Leia DeVita (EEOC)
from district office with my concerns and issues. She suggested that I contact you first. Then she will follow up on our conversation. Thanks for your understanding in this matter.
B. Smith/Librarian

# Touch Base Library Meeting

BS

Bernita Smith
on behalf of
Latasha Larry

Reply all|

Required:
Latasha Larry;
Willalyn Fox;
Karen Branch;
Leslie Brown;
Linda Eichelberger;
Bernita Smith;
Robin Hicks;

Optional:
Robin Hicks;
Cleveland Jones;
Bernita Smith;
...

Wed 9/23/2015 3:47 PM

- When:

Thu 9/24/2015 1:00p - 2:00p

Where:Library Conf Room

-
-
- No conflicts

Sent Items: Deleted Items

Hello Ms. Larry---

On Thursday's I work from 3:30 - 8:00 pm. anytime after 4:00 pm. is a good time for me.

Thanks,
B. Smith

**From:** Latasha Larry
**Sent:** Wednesday, September 23, 2015 2:11 PM
**To:** Willalyn Fox; Karen Branch; Leslie Brown; Linda Eichelberger; Bernita Smith; Robin Hicks
**Subject:** Touch Base Library Meeting
**When:** Thursday, September 24, 2015 1:00 PM-2:00 PM.
**Where:** Library Conf Room

Hello All!

Dean Hicks and I would like to touch base with you all as follow-up to concerns you may have regarding the department.

Please let me know if you are not able to attend. If you have additional questions, please reach out to me at X66210.

Thank you

LL

# Latasha Larry

Required:
Latasha Larry;
Willalyn Fox;
Karen Branch;
Leslie Brown;
Linda Eichelberger;
Bernita Smith;
Robin Hicks;
...
Wed 9/23/2015 2:11 PM

- When:

Thu 9/24/2015 1:00p - 2:00p

Where:Library Conf Room

- AcceptTentativeDeclinePropose new time
- 
- No conflicts

Hello All!

Dean Hicks and I would like to touch base with you all as follow-up to concerns you may have regarding the department.



Please let me know if you are not able to attend. If you have additional questions, please reach out to me at X66210.

Thank you

Touch Base Library Meeting

BS

Bernita Smith

 on behalf of

Latasha Larry

Reply all|

Required:

Latasha Larry;

Willalyn Fox;

Karen Branch;

Leslie Brown;

Linda Eichelberger;

Bernita Smith;

Robin Hicks;

Optional:

Robin Hicks;

Cleveland Jones;

Bernita Smith;

...

Wed 9/23/2015 3:47 PM

- **When:**

Thu 9/24/2015 1:00p - 2:00p

**Where:** Library Conf Room

- 
- 
- No conflicts

Sent Items; Deleted Items

Hello Ms. Larry---

On Thursday's I work from 3:30 - 8:00 pm. anytime after 4:00 pm. is a good time for me.

Thanks,

B. Smith

---

**From:** Latasha Larry
**Sent:** Wednesday, September 23, 2015 2:11 PM
**To:** Willalyn Fox; Karen Branch; Leslie Brown; Linda Eichelberger; Bernita Smith; Robin Hicks
**Subject:** Touch Base Library Meeting
**When:** Thursday, September 24, 2015 1:00 PM-2:00 PM.
**Where:** Library Conf Room

Hello All!

Dean Hicks and I would like to touch base with you all as follow-up to concerns you may have regarding the department.

Please let me know if you are not able to attend. If you have additional questions, please reach out to me at X66210.

Thank you

LL

Latasha Larry

# EXCUSED ABSENCE

## Bernita Smith

Mon 7/20/2015 8:39 AM

↑ Sharon Silverman <ssilverman1@ccc.edu>;

C: Robin Hicks <rhicks7@ccc.edu>; Cleveland Jones <cjones156@ccc.edu>; Latasha Larry <llarry4@ccc.edu>; Karen Branch <kbranch@ccc.edu>; Linda Eichelberger <leichelberger@ccc.edu>; Leslie Brown <lbrown443@ccc.edu>; Willalyn Fox <wfox@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

Hello Everyone---

According to my adjunct part-time faculty handbook page (10) and my CCCLOC IEA-NEA contract page (30) XI B. I get one paid excused absent per semester. Due to a family emergency I will not be in to work today (7-20-15). My sister is in critical condition in an ICU unit. Please keep my family in your prayers. I'll see everyone tomorrow (7-21-15) to work the remaining week for the summer semester 2015.

Bernita Smith

# LABOR RELATIONS MEETING

### Bernita Smith

Tue 7/21/2015 10:50 AM

Robin Hicks <rhicks7@ccc.edu>; Mia Hardy <mhardy13@ccc.edu>;

Willalyn Fox <wfox@ccc.edu>; Cleveland Jones <cjones156@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

2 attachments (29 KB)

June 22.docx; July 20.docx;


Hello Everyone---

All of us from the library department except for Ms. Fox (not working this summer) was given a time to meet with Sarah Nau from labor relations.
My meeting was from 10:30-11:00 am. Attached is an explanation of what occurred on Thursday 6-11-15 between Ms. Silverman and I. A copy of
these events were given to Ms. Sarah Nau Associate Director Labor and Employment Relations HR-EEO. Ms. L. Larry-HR Director also has a copy
of the report.

Bernita Smith

# Re: Meeting Regarding Workplace Issues

## Bernita Smith

Thu 7/9/2015 10:43 AM

To laborrelations <laborrelations@ccc.edu>;

Cc Bernita Smith <bsmith@ccc.edu>;

Hello Ms. Nau---
I accept my 8:30-9:00 am. meeting on Tuesday 7-21-2015.
Thanks,
B. Smith

**From:** laborrelations
**Sent:** Wednesday, July 08, 2015 9:02 AM
**To:** Bernita Smith; Sharon Silverman; Sarah Nau; Linda Eichelberger; Karen Branch; Leslie Brown
**Subject:** Canceled: Meeting Regarding Workplace Issues
**When:** Tuesday, July 21, 2015 8:30 AM-10:00 AM.
**Where:** Room TBA

12/9/2015                                          RE: Bernita Smith 1516 - Bernita Smith

**Subject:** Bernita Smith 1516
**Importance:** High

Hey Arbie,

I received a corrected COA for Bernita. Am I supposed to dock an hour for 7/16 or no?

Regards,

*Keara Barker*
*Payroll Specialist*
*Kbarker9@ccc.edu*
*312.553.3253*
*226 W Jackson*
*Chicago, IL 60606*

# Fw: Intersession Projects-CLA Staff/Retaliation

## Bernita Smith

Tue 7/21/2015 1:51 PM

To Sarah Nau <slevee@ccc.edu>; Aaron Allen <aallen65@ccc.edu>; Cleveland Jones <cjones156@ccc.edu>;

Cc Bernita Smith <bsmith@ccc.edu>;

Importance High

📎 1 attachment (102 KB)

Library Fall Schedule.pdf;

Hello ---

After our meeting with Sarah Nau, Ms. Silverman took it upon herself to change once again my schedule for the Fall 2015. Her tone and attitude was still aggressive all day. My contract for the Fall 2015 is for 29 hours. Right after our meeting at 2:16 Ms. Silverman sent out the new Fall 2015schedule. Is she allowed at her discretion to change my contract without communicating with me? This will only allow me 21 hours per week.

Bernita Smith

**From:** Sharon Silverman
**Sent:** Tuesday, July 21, 2015 12:17 PM
**To:** Willalyn Fox; Bernita Smith
**Cc:** Robin Hicks
**Subject:** FW: Intersession Projects-CLA Staff

See attached proposed schedule for Fall 2015. Note this may change due to impending Library Renovations.

-SS

*"I am, was, and always will be a catalyst for change." --Shirley Chisholm*

## Fall Schedule 2015
## Library/Learning Resource Center

| | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| Fox | 11:00-6:30p<br>1 hour overtime | 11:00-6:30p<br>1 hour overtime | 11:00-6:30p<br>1 hour overtime | 11:00-6:30p<br>1 hour overtime | 11:00-6:30p<br>1 hour overtime | OFF |
| Silverman | 8:30-3:30p<br>1 hour overtime | 8:30-3:30p<br>1 hour overtime | 8:30-3:30p<br>1 hour overtime | 8:30-3:30p<br>1 hour overtime | OFF | OFF |
| | | | | | | |
| Branch | 7:45-3:15p | 7:45-3:15p | 7:45-3:15p | 7:45-3:15p | 7:45-3:15p | OFF |
| Brown | 09:00-5:00p | 09:00-5:00p | 09:00-5:00p | 09:00-5:00p | 8:00-3:30p | OFF |
| Smith | 4:00-8:00p | 4:00-8:00p | 4:00-8:00p | 4:00-8:00p | OFF | 8:00-1:00 |
| Eichelberger | 4:00-8:00p | 4:00-8:00p | 4:00-8:00p | 4:00-8:00p | OFF | 8:00-1:00 |

Note: Ms. Branch, Ms. Brown, Ms. Eichelberger and Ms. Smith's schedule may alter if needed.

12/9/2015                                      Re: Leaving Job Assignment - Bernita Smith

**From:** Sharon Silverman
**Sent:** Tuesday, July 21, 2015 2:54 PM
**To:** Bernita Smith
**Cc:** Robin Hicks; Latasha Larry
**Subject:** Leaving Job Assignment

Hello Ms. Smith,

Today around 2:50p, I noticed you were away from your job assignment and outside the Library on your cell phone. We made eye contact (I was hoping this was a reminder to you), but after returning from another department 3:15p you had not returned to the Reference Desk.

This email is serving as a verbal reminder to contact your supervisor if you need to step away as this violates the following CCC Work Rule:
"2. Leaving the department, office or work site without proper authorization."

Also, please correct your COA when you left early last week to avoid violating Work Rule:
"11. Falsification of any attendance or other employment records."

Thank you in advance,

Sharon T. Silverman
Department Chair Library-LRC
Olive-Harvey College
Ssilverman1@ccc.edu

*"I am, was, and always will be a catalyst for change."* --Shirley Chisholm

12/9/2015                                    Re: Leaving Job Assignment - Bernita Smith

# Re: Leaving Job Assignment

### Bernita Smith

Wed 7/22/2015 10:21 AM

To: Sharon Silverman <ssilverman1@ccc.edu>;

Cc: Robin Hicks <rhicks7@ccc.edu>; Latasha Larry <llarry4@ccc.edu>;

Hello Ms. Silverman---
Thanks for your understanding.
B. Smith

**From:** Sharon Silverman
**Sent:** Wednesday, July 22, 2015 9:11 AM
**To:** Bernita Smith
**Cc:** Robin Hicks; Latasha Larry
**Subject:** RE: Leaving Job Assignment

Ms. Smith,

I understand about your family emergency, I just want to make to verbally mindful of the policy.

Sharon Silverman

**From:** Bernita Smith
**Sent:** Tuesday, July 21, 2015 6:32 PM
**To:** Sharon Silverman
**Cc:** Robin Hicks; Latasha Larry; Bernita Smith
**Subject:** Re: Leaving Job Assignment

Hello Ms. Silverman---

The hospital nurse was calling me about my sister's condition. So I stepped in the hallway around 2:55 to take the call.
I was near the door if I needed to take care of any students services. I'm quite sure if you had a family member in the ICU
you would understand. As of Thursday my sister has been in serious condition. I left a message with the nurses to contact me if there were any change in her condition. Just to explain myself I didn't see any harm in taking the call from the hospital. Also I informed Leslie Brown that I was stepping into the hall to take the hospital call.

Bernita Smith

12/9/2015                                   WASHROOM - Bernita Smith

# WASHROOM

### Bernita Smith

Wed 7/22/2015 12:32 PM

To Sharon Silverman <ssilverman1@ccc.edu>;

Cc Robin Hicks <rhicks7@ccc.edu>; Latasha Larry <llarry4@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

Hello Ms. Silverman---

When Ms. Brown came back from her lunch break around 2:05 you stopped in our temporary library area to tell her you were leaving for the day. I took a brief washroom break for about 2 minutes. I told Ms. Brown where I was going. There were no students in the room at the time.

B. Smith

12/9/2015                 Library Renovations - Bernita Smith

# Library Renovations

## Sharon Silverman

Thu 8/27/2015 4:10 PM

To: Karen Branch <kbranch@ccc.edu>; Leslie Brown <lbrown443@ccc.edu>; Linda Eichelberger <leichelberger@ccc.edu>; Bernita Smith <bsmith@ccc.edu>; Willalyn Fox <wfox@ccc.edu>;

Cc: Robin Hicks <rhicks7@ccc.edu>;

Importance: High

Hello Ladies,

To meet the directive per President Millender for the Library to be open Monday, August 31, 2015 (8am), the following tasks must be completed:
Relocation of personal/work items from your temporary desks to your original.
Relocation of resources needed to service students (Textbooks, Reference Documents/Forms, ...)

IT will complete set ups for any computers before Monday, this includes the 20 student computers.

Starting Monday, August 31, 2015:
Ms. Branch & Ms. Brown will organize textbooks (this includes previous semesters) **Date of completion-Thursday, September 3, 2015 (by end of your shift)**

Ms. Eichelberger is responsible for going around to the Stacks and placing Any books that were removed by the vender Vortex during renovations, back on the correct shelves. These books are the ones who are currently located on the top shelf of each section. ) **Date of completion-Thursday, September 3, 2015 (by end of your shift)**
Once the second phase is completed, Fox & I will start working on shifting. (I will shift Reference Books & Catalog all incoming books) ) **Date of completion-Ongoing during the semester**

Please note CLA's & Ms. Smith, you too will be asked to assist with this process, although this has resulted in chaos regarding the collection it has to get done for Student Access.

Thank you in advance,
-SS

Sharon T. Silverman
Department Chair Library-LRC
Olive-Harvey College
Ssilverman1@ccc.edu

*"I am, was, and always will be a catalyst for change."* --Shirley Chisholm

12/9/2015                                    Re: CORRECTED COA - Bernita Smith

# Re: CORRECTED COA

## Sharon Silverman

Fri 7/24/2015 9:00 AM

Bernita Smith <bsmith@ccc.edu>;

Robin Hicks <rhicks7@ccc.edu>; Latasha Larry <llarry4@ccc.edu>;

Thank you

Sharon T. Silverman
Department Chair Library-LRC
Olive-Harvey College
Ssilverman1@ccc.edu

"I am, was, and always will be a catalyst for change." --Shirley Chisholm

**From:** Bernita Smith
**Sent:** Thursday, July 23, 2015 6:42:51 PM
**To:** Sharon Silverman
**Cc:** Robin Hicks; Latasha Larry; Bernita Smith
**Subject:** CORRECTED COA

Hello Ms. Silverman---

I spoke with Arbie Harris today. I filled out the corrected
COA. I gave the sheet to Ms. Brown. She will take it down to HR some time today or Monday.

Bernita Smith

12/9/2015

# COA'S

### Bernita Smith

Wed 7/22/2015 12:53 PM

To Sharon Silverman <ssilverman1@ccc.edu>;

Cc Robin Hicks <rhicks7@ccc.edu>; Latasha Larry <llarry4@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

Hello Ms. Silverman---

I checked with Ms. Harris before I started at 12:00 today.
Ms. Harris was not in at the time. I checked several times at the desk phone. I was told later that Ms. Harris won't be in today. I will follow up tomorrow to changing my time sheet when I had to leave a hour early on Thursday (7-16-15) due to a family emergency.

B. Smith

12/9/2015                                    RE: LIBRARY SCHEDULE - Bernita Smith

**From:** Bernita Smith
**Sent:** Wednesday, August 26, 2015 12:44 PM
**To:** Sharon Silverman
**Cc:** Robin Hicks; Cleveland Jones; Sarah Nau; Bernita Smith; Willalyn Fox
**Subject:** Fw: LIBRARY SCHEDULE
**Importance:** High

Hello Ms. Silverman---

According to my CCCLOC, IEA-NEA union and my adjunct faculty handbook page #10, I am entitled to one paid excused absence per semester.
Ms. Fox and I agreed to switch days this coming Saturday (8-29-15). I will be working today (Wednesday)during my normal work schedule. I
was going to email you before I made my final decision. Thank you for your understanding in this matter.

B. Smith

**From:** Sharon Silverman
**Sent:** Tuesday, August 25, 2015 1:09 PM
**To:** Bernita Smith
**Cc:** Cleveland Jones; Robin Hicks; Willalyn Fox
**Subject:** RE: LIBRARY SCHEDULE

Ms. Smith,

I have heard from others you are taking Wednesday, August 26, 2015 as a personal day. Ms. Fox is working this Saturday, August 29, 2015, which she will make up and take of a day next week as according to her schedule she was not working this Saturday.

I must remind you again that adjuncts are crucial to filling in spaces in the schedule not covered by full-time faculty and according to your CBA you are eligible for one (1) day per semester, but please note you are not eligible for pay to cover if you take an additional day(s) off.

*Sharon T. Silverman*
*Department Chair-Library*
*"I am, was, and always will be a catalyst for change."* --Shirley Chisholm

**From:** Bernita Smith
**Sent:** Sunday, August 23, 2015 8:24 PM
**To:** Sharon Silverman
**Cc:** Cleveland Jones; Bernita Smith
**Subject:** LIBRARY SCHEDULE

Hello Ms. Silverman---

# RE: Bernita Smith 1516

### Arbie Harris

Tue 8/4/2015 10:25 AM

To Bernita Smith <bsmith@ccc.edu>;

Cc Keara Barker <kbarker9@ccc.edu>;

Importance: High

Hey Ms. Smith,

Sorry, for and misunderstanding the hour will be deducted from Fall Semester. Thank you for your prompt attention and cooperation.

Arbie Harris
Payroll Dept.

**From:** Arbie Harris
**Sent:** Tuesday, August 04, 2015 12:10 PM
**To:** Bernita Smith <bsmith@ccc.edu>
**Cc:** Keara Barker <kbarker9@ccc.edu>
**Subject:** RE: Bernita Smith 1516

Hello Ms. Smith,

Please be advised, if you don't expect to get paid no explanation is recorded, as per our conversation regarding your personal matter I was not sure if
you wanted to be paid or deducted. Furthermore, (1) hour will be deducted per your request below on Friday 8/7/15. Awaiting reply!

Arbie Harris
Payroll Dept.
773 291-6323

**From:** Bernita Smith
**Sent:** Monday, August 03, 2015 6:44 PM
**To:** Arbie Harris <aharris1@ccc.edu>; Keara Barker <kbarker9@ccc.edu>
**Cc:** Bernita Smith <bsmith@ccc.edu>
**Subject:** Re: Bernita Smith 1516

Hello---
Normally when I'm not working I do not check my CCC emails. What would you like for me to do regarding this matter. The hour that needs to be corrected can be deducted for my Fall 2015 first pay period. If not, how would you like for me to rectify this matter.

12/9/2015

RE: Bernita Smith 1516 - Bernita Smith

B. Smith

**From:** Arbie Harris
**Sent:** Monday, August 03, 2015 11:37 AM
**To:** Keara Barker
**Cc:** Bernita Smith
**Subject:** RE: Bernita Smith 1516

Hello Keara,

As per our phone conversation today, Ms. Bernita Smith has not returned my call regarding her correction submitted for PP-1516.
Furthermore, I will keep you posted to dock or pay her for the (1) hour on next following pay period. Thank you for your prompt attention.

Arbie Harris
Payroll Dept.
773 291-6323

---

**From:** Keara Barker
**Sent:** Monday, August 03, 2015 12:08 PM
**To:** Arbie Harris <aharris1@ccc.edu>
**Subject:** RE: Bernita Smith 1516

Hey Arbie,

Did you hear anything more on this? Let me know.

Thanks,

Keara Barker

---

**From:** Arbie Harris
**Sent:** Friday, July 31, 2015 4:52 PM
**To:** Keara Barker
**Subject:** RE: Bernita Smith 1516

Hey Keara,

Ms. B. Smith, has paid excused absence per semester, as an adjunct. I have left a message asking was she expecting to be dock or paid for the hour. I will follow up on Monday 8/3/15 regarding this matter.

Thank you.
Arbie

---

**From:** Keara Barker
**Sent:** Friday, July 31, 2015 2:35 PM
**To:** Arbie Harris <aharris1@ccc.edu>

12/12/2015                                          RE: NILRC Conference - Bernita Smith

# RE: NILRC Conference

### Sharon Silverman

Thu 9/17/2015 2:11 PM

Karen Branch <kbranch@ccc.edu>; Leslie Brown <lbrown443@ccc.edu>; Willalyn Fox <wfox@ccc.edu>; Linda Eichelberger
<leichelberger@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

Robin Hicks <rhicks7@ccc.edu>;

Importance High

Ms. Branch,

I notified who I thought should initially be aware of my absence. You and I discussed what you considered
"concerns", please refer to your responsibilities (Ms. Branch this falls under "Other duties as assigned").
Dean Hicks was well aware of my absence and as the Dean requests of me I informed staff.

I look forward to meeting with you regarding your impending projects that you set projected "due dates", or issues
of concern pertaining to purchasing.

Thank you,
-SS

**From:** Karen Branch
**Sent:** Thursday, September 17, 2015 3:04 PM
**To:** Sharon Silverman; Leslie Brown; Willalyn Fox; Linda Eichelberger; Bernita Smith
**Cc:** Robin Hicks
**Subject:** RE: NILRC Conference

Ms. Silverman,

I was not advocating for anyone. I just did not notice that Ms. Smith's name was also missing. All library staff
members needed to know that the chairperson would not be at work today. One reason would be so that we could
provide an intelligent answer if someone asked if you were here or where you were. Another reason would be that
I had serious concerns (which I mentioned to you) about librarian coverage so we could adequately service
students. And then there is my ongoing concern with working alone in the library.

Thank you.
KVB

**From:** Sharon Silverman
**Sent:** Thursday, September 17, 2015 1:42 PM
**To:** Karen Branch; Leslie Brown; Willalyn Fox; Linda Eichelberger
**Cc:** Robin Hicks
**Subject:** RE: NILRC Conference

12/12/2015                                          RE: NILRC Conference - Bernita Smith

I informed who I wanted as I know you ladies keep each other informed. But, since you are advocating for Eichelberger, what about Ms. Smith? ;-)

Thank you,
-SS

**From:** Karen Branch
**Sent:** Thursday, September 17, 2015 12:49 PM
**To:** Sharon Silverman; Leslie Brown; Willalyn Fox; Linda Eichelberger
**Cc:** Robin Hicks
**Subject:** RE: NILRC Conference

Ms. Eichelberger's name was inadvertently left off of this email.

**From:** Sharon Silverman
**Sent:** Wednesday, September 16, 2015 2:41 PM
**To:** Karen Branch; Leslie Brown; Willalyn Fox
**Cc:** Robin Hicks
**Subject:** FW: NILRC Conference

Hello Ladies,

FYI

-SS

12/12/2015

Re: NO LIBRARIAN - Bernita Smith

# Re: NO LIBRARIAN

### Bernita Smith

Tue 11/10/2015 10:49 AM

To Robin Hicks <rhicks7@ccc.edu>;

Cc Bernita Smith <bsmith@ccc.edu>;

Hello Dean Kicks---

Leslie Brown is not a Librarian. A Certified Librarian is the only one qualified to cover the reference desk to answer any reference questions.
Thanks,
B. Smith

**From:** Robin Hicks
**Sent:** Monday, November 09, 2015 5:16 PM
**To:** Bernita Smith
**Subject:** RE: NO LIBRARIAN

Leslie was not there?

**From:** Bernita Smith
**Sent:** Monday, November 09, 2015 4:33 PM
**To:** Robin Hicks
**Cc:** Bernita Smith
**Subject:** NO LIBRARIAN

Hello Dean Hicks---

There was no Librarian on duty until I reported for work around 3:15pm. There were students waiting with reference questions and orientation sheets to be signed by a Librarian. No other Chicago City College campus allows the library to be open without the presence
of a Librarian. Thank you for your understanding in this matter.

B. Smith
Olive-Harvey College Librarian

12/12/2015                                        RE: FAMILY EMERGENCY - Bernita Smith

# RE: FAMILY EMERGENCY

### Robin Hicks

Mon 11/16/2015 7:16 AM

Bernita Smith <bsmith@ccc.edu>; Sharon Silverman <ssilverman1@ccc.edu>;

Willalyn Fox <wfox@ccc.edu>; Karen Branch <kbranch@ccc.edu>; Linda Eichelberger <leichelberger@ccc.edu>; Leslie Brown <lbrown443@ccc.edu>;

Good Morning,

Thank you for the notice. My condolences to you and your family.

Best Regards,

*Robin L. Hicks-Tucker*
Interim Dean of Instruction
Olive Harvey College-One of the City Colleges of Chicago
10001 S. Woodlawn Avenue
Chicago, IL 60628
P: 773-291-6497

From: Bernita Smith
Sent: Sunday, November 15, 2015 11:18 PM
To: Sharon Silverman
Cc: Willalyn Fox; Karen Branch; Linda Eichelberger; Leslie Brown; Bernita Smith; Robin Hicks
Subject: FAMILY EMERGENCY

Hello Everyone---

On Saturday (11-14-15) my sister passed away. I was distraught and overwhelmed with emotions. When I called Ms. Eichelberger on Saturday to tell her I won't be in. I also asked her to call Ms. Silverman to let her know what has happened. I will be in on Monday (11-16-15). After Monday I need to make arrangement for my sister and be there with my family. I will be back to work after Monday on Saturday (11-21-15). I will make the necessary COA corrections on my time sheet on Saturday. Please keep my family in your prayers during this time.

B.Smith

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 157 of 221 PageID #:157

# FW: Library Orientation

## Karen Branch

Thu 7/16/2015 9:38 AM

Inbox

To Bernita Smith <bsmith@ccc.edu>;

**From:** Lavina Williams
**Sent:** Thursday, June 11, 2015 4:31 PM
**To:** Karen Branch; Sharon Silverman
**Subject:** Library Orientation

Good evening,

My English 102 class is preparing an Annotated Bibliography. I am interested in having an orientation on Thursday June 18th. Our class will meet in the computer lab in room 2408 at 11:30am. Thank you!

*Lavina Williams*
*English/Reading/Literature*
*Olive-Harvey College*
*10001 S. Woodlawn*
*Chicago, IL 60628*
*Tel: (773)291-6515*
lwilliams335@ccc.edu

# RE: ILLINOIS DEPARTMENT OF LABOR

### Latasha Larry

Wed 6/17/2015 2:46 PM

Inbox

To Bernita Smith <bsmith@ccc.edu>;

If you work 7 ½ continuous hours or more, you should receive an unpaid meal period of at least 20 minutes.

*Latasha Larry*

Human Resources Director
Olive-Harvey College
10001 S. Woodlawn Ave
Chicago, IL 60628
P: 773-291-6210
E: llarry4@ccc.edu



CITY COLLEGES of CHICAGO
**Olive-Harvey**
Education that Works

**From:** Bernita Smith
**Sent:** Wednesday, June 17, 2015 3:42 PM
**To:** Latasha Larry
**Cc:** Latasha Larry
**Subject:** Re: ILLINOIS DEPARTMENT OF LABOR

Hello Ms. Larry---
So does that mean I do get a 15/20 minute break when I work 7.5 hours?
Thanks,
B. Smith

**From:** Latasha Larry
**Sent:** Wednesday, June 17, 2015 6:30 AM
**To:** Bernita Smith
**Cc:** Kimberly Terrell
**Subject:** RE: ILLINOIS DEPARTMENT DENT OF LABOR

Ms. Smith,

I never said during yesterday's meeting that CCC works overrides the Illinois Department of Labor Laws for meals and breaks.

6/17/2015                                      FL : OVER TIME - Bernita Smith

# RE: OVER TIME

### Latasha Larry

Wed 6/17/2015 2:57 PM

Inbox

To: Bernita Smith <bsmith@ccc.edu>;

Cc: Cleveland Jones <cjones156@ccc.edu>;

Overtime is considered working beyond 40 hours in a week. There is no policy regarding Chairpersons working during the summer.

*Latasha Larry*

Human Resources Director
Olive-Harvey College
10001 S. Woodlawn Ave
Chicago, IL 60628
P: 773-291-6210
E: llarry4@ccc.edu



CITY COLLEGES of CHICAGO
**Olive-Harvey**
Education that Works

**From:** Bernita Smith
**Sent:** Wednesday, June 17, 2015 3:54 PM
**To:** Latasha Larry
**Cc:** Bernita Smith; Cleveland Jones
**Subject:** OVER TIME

Hello Ms. Larry---

According to CCC works contracts and the COA's what is the definition given for working overtime? Is it before, during or after working your regular assigned hours?
(also)
In the past there has never been any CHAIRPERSONS in charge during the summer semesters here at Olive-Harvey College. Could you check with district office regard this policy.
Thanks,
B.Smith

8/24/2015                                     Re: Breaks/Lunches - Bernita Smith

**To:** Karen Branch; Leslie Brown; Bernita Smith; Linda Eichelberger
**Cc:** Robin Hicks; Latasha Larry; Valeria Davis; Cleveland Jones
**Subject:** Breaks/Lunches
**Importance:** High

Hello Ladies,

There seems to be a pattern of unpaid lunches and/or breaks being taken within the department. Moving forward **no 15 minute breaks are to be taken** due to the rampant abuse. Anyone who would like to take a lunch (exclude FT 1708 as this is attached via CCC Works), notify me and I will schedule an Unpaid meal break and note this break on either your COA or CCC Works. **Please note this will result in an additional 30 minutes being attached to your work schedule.**

Thank you in advance,

Sharon T. Silverman
Department Chair Library-LRC
Olive-Harvey College
Ssilverman1@ccc.edu

*"I am, was, and always will be a catalyst for change." --Shirley Chisholm*

# FW: Meeting

Sherina Collins

Tue 1/6/2015 8:39 AM

Bernita Smith <bsmith@ccc.edu>;

Please see the time in the when line.

-----Original Appointment-----
From: Sherina Collins
Sent: Tuesday, January 06, 2015 10:20 AM
To: Sherina Collins; Tia Robinson; Bernita Smith
Subject: Meeting
When: Tuesday, January 06, 2015 3:00 PM-3:30 PM (UTC-06:00) Central Time (US & Canada).
Where: Room 2307

Meeting at the request of Bernita Smith.

MY STATEMENT - Bernita Smith                                           Page 1 of 1

# MY STATEMENT



**Bernita Smith**

Thu 2/12/2015 12:12 PM

To:Mia Hardy <mhardy13@ccc.edu>;

Cc:Bernita Smith <bsmith@ccc.edu>;

Hello VP Hardy ---

Did you get a chance to read my pre-disciplinary hearing statement?

B. Smith/Librarian

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 163 of 221 PageID #:163

# PRE- DISCIPLINARY HEARING

### Bernita Smith

Thu 1/22/2015 9:33 PM

To:Cleveland Jones <cjones156@ccc.edu>; Leia DeVita <ldevita@ccc.edu>;

Cc:Bernita Smith <bsmith@ccc.edu>;

1 attachment

January 22.docx;

Hello Mr. Jones and Ms. DeVita ---

Attached is a copy of the things that happen. I am scheduled for
a pre-disciplinary hearing on Monday 1-26-15 at 2:00pm.
Thanks,
B. Smith

January 22, 2015

To Whom It May Concern:

On the day the Spring 2015 contracts were due I checked my file to see if my starting date was one week before the semester started, but it was changed without any notice. I never had a conversation with Ms. Silverman as to why. I had asked Ms. Silverman several weeks before the Fall 2014 semester ended and she told me that I would be starting a week before the Spring 2015 semester would start. Normally during that time I help with getting the library ready for new and returning students. I work on displays, projects, upcoming library orientation and familiarize myself with our new library Exlibris cataloging system. On the day the Spring 2015 library contracts were due in the Office of Instructions a new form was generated for signatures. I noticed that when my contract was completed it stated seventeen weeks (1-5-15 / 5-9-15). When Ms. Silverman passed by to take a look at my contract several minutes later I noticed in my file my contract was changed. Once again this was done with no conversation or e-mail to let me know changes were made to my contract. After a few minutes I decided to take the matter up with my union rep. (Cleveland Jones). When I read my e-mail from Cleveland Jones I thought that the conversation he had with Ms. Silverman moved her to make the necessary changes to my contract. For the past four years I have always worked with the full time librarians during their orientation week.

When I reported to work on Monday 1-5-15 I thought everything was ok. Ms. Silverman never did say anything to me about being at work all day. I didn't receive an e-mail or phone call about not returning before 1-12-15. I felt something didn't feel right so I went down stairs to talk to the HR Director Latasha Larry. I asked her to check to see if I was scheduled to work that week. Ms. Larry told me that she would check. In the mean time I went back to work. When I did get an answer from Ms. Larry it was Tuesday (1-6-15) the email stated that I was scheduled to return to work on Monday (1-12-15). By that time I had filled out my time sheet for the week. When I took my break I went down to the Office of Instruction to speak with the Dean. Sherina told me that Dean Robinson was in a presentation along with all the full time faculty. When I went downstairs Dean Robinson along with other faculty members were taking a break. I told Dean Robinson that I needed to talk to her. Dean Robinson told me that she would be in and out of meeting all day until around 3:00p.m.and that I needed to schedule an appointment with her in the Office of Instructions. When I went back up stair I scheduled a 3:00p.m. meeting to talk to Dean Robinson. When Ms. Silverman noticed that I had filled out my time sheet she went to get Dean Robinson. Five minutes later Ms. Silverman and Dean Robinson asked me to come in the back where Ms. Silverman office is located. But I thought Dean Robinson was too busy to talk to me earlier. During our conversation Dean Robinson informed me that she would not be able to honor or sign off on my time for that week. Dean Robinson stated that she inform all of her Department Chairs that due to low enrollment to cut back". I listen to both of them, after a long silence because I was trying to process the information I asked the Dean was that all, and she said yes. Then I went to my area and started gathering my things to leave. Then I told my co-workers that I'll see them on Monday (1-12-15).

On Monday (1-12-15) Ms. Silverman didn't say much to me. Everything was going smoothly because we rehired two work study students that worked with us in the pass. On Tuesday we were busy as usual helping and assisting students. Before I left work on Tuesday I e-mailed Ms. Silverman along with many others to let them know I won't be in on Thursday (1-15-15). The last time I tried to finish taking care of my business early to come in later that day I was reprimanded. I always try to make accommodation for students so the library won't have to close early. On Wednesday when I came to work. I checked my CCC e-mails. When I read the response from Ms. Silverman and Dean Robinson stating that I could not make up for taking off on Thursday (1-15-15). On Friday when I came in Ms. Silverman and Ms. Foxx were busy doing interviews. I was the librarian on duty at the time. I explained to Ms. Silverman that I had a negative reaction from a flu shot I took earlier that week. In past practices we as a department has always e-mailed Ms. Silverman and wrote on the desk calendar our day(s) off and when we plan to make up the time. We never got an e-mail or had a meeting about the new library changes. Our last two department meeting ending in disaster. Ms. Silverman told the Dean and all of us that she never have to have a meeting with us except for Ms. Fox. So in other words we are out of the loop regarding information, changes, and the decision making process.

When I received an e-mail form President Millender office it stated who would be in charge as interim Dean of Instructions because Dean Robinson had resigned. It also stated that VP Hardy will have a duel assigned roles. No one told us that Dean Robinson was still on board working on a special assignment.

The following morning I e-mailed several people (VP Hardy, Officer Rodgers, Cleveland Jones and Ms. Foxx) because I just wanted to ask Ms. Silverman why the rules have changed when we never had a meeting or meeting to discuss the matter. I told one of my co-workers that I needed to talk with my union rep. When I went downstairs to make an appointment to see VP Hardy, President Millender was coming out of her office. I introduced myself to her and asked her would it be possible for us to meet with her (Ms. Foxx, Ms. Branch, Ms. Eichelberger, and Ms. Smith) President Millender agreed just as long as it did not involve payroll issues. President Millender told me to e-mail Lexie Tripp. When I came back upstairs, I asked Ms. Foxx to escort me to back office area while I ask Ms. Silverman a question and she agreed. Ms. Foxx noticed that when I asked Ms. Silverman would it be ok to ask her a question she did said yes. Before I could finish Ms. Silverman said I don't want to talk about it anymore you need to read your e-mail because I'm through you better leave. She started getting on the defensive. I just wanted to know why, because in past practices we have always communicated through e-mail and the desk calendar at the reference desk. I asked Ms. Silverman the question in a monotone voice which was witness by Ms. Foxx. So I walked away and didn't say anything. I went to sit down at the reference desk and Ms. Foxx went to her office. I noticed Ms. Silverman picking up the phone. I didn't know who she was calling, but ten minutes later Dean Robinson and one security officer went directly to the back. When they came out and approached me, they told me to gather my things and leave. By that time Officer Torres, VP Hardy and another officer came into the area. I told them several times I didn't do anything, but they said my supervisor wants me to leave until they sort everything out. Ms. Foxx added that Ms. Smith was not loud in her tone when she

asked Ms. Silverman a question. I once again gathered my things and walked out of the building with security. They told me that I would be notified on the date of my hearing.

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 167 of 221 PageID #:167

# Library Hours of Operation

## Tia Robinson

Tue 1/20/2015 9:31 AM

Inbox

To:Sharon Silverman <ssilverman1@ccc.edu>; Karen Branch <kbranch@ccc.edu>; Willalyn Fox <wfox@ccc.edu>; Linda Eichelberger <leichelberger@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

Cc:Mia Hardy <mhardy13@ccc.edu>;

Importance: High

Good Morning Team,

Let's touch base today regarding a number of complaints that I have received in the Office of Instruction regarding the library not being open as scheduled at 8:00 a.m. Please make time at 2:30 p.m. today to discuss and clarify the role, function and needs of the library. Thanks

Thanks,

*Tia Robinson*

Tia Robinson, Interim Dean of Instruction
Olive-Harvey College
10001 S. Woodlawn Ave.
Chicago, IL 60628
773-291-6497 (office)
trobinson88@ccc.edu

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 168 of 221 PageID #:168

# TIME CHANGE FOR PRE-DISCIPLINARY HEARING



**Bernita Smith**

Fri 1/16/2015 1:39 PM

To:Cleveland Jones <cjones156@ccc.edu>;

Cc:Bernita Smith <bsmith@ccc.edu>;

Hello Mr. Jones ---

The HR Director Ms. Latasha Larry would like for me to reach out to you because my pre-disciplinary hearing is scheduled for Friday (1-23-15) at 11:30am. The date is OK but the time for me has to be after 1:00pm. Thank you for your understanding in this matter.

Bernita Smith

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 169 of 221 PageID #:169

# RE: SPRING SEMESTER 2015

## Mia Hardy

Tue 1/6/2015 11:41 AM

To:Bernita Smith <bsmith@ccc.edu>; Angelia Millender <amillender@ccc.edu>;

Cc:Cleveland Jones <cjones156@ccc.edu>;

Hello Ms. Smith,

I will need to get the details of your situation, and I will get back to you as soon as possible. Thank you.

Dr. Hardy

-------- Original message --------
From: Bernita Smith
Date:01/06/2015 12:32 PM (GMT-06:00)
To: Angelia Millender , Mia Hardy
Cc: Cleveland Jones , Bernita Smith
Subject: SPRING SEMESTER 2015

Hello President Millender and VP Hardy

My name is Bernita Smith. I am one of the adjunct librarian here at Olive-Harvey College. The reason why I'm writing this is because before the break my contract for the Spring semester reflected seventeen weeks. On the day the contracts were due for submission in the Dean's office (Tia Robinson) Ms. Silverman abruptly out of retaliation for me not work overtime during Finals Week, decided to change my contract to sixteen weeks. I talked with my union rep. (Cleveland Jones) before the break and he told me that he had a conversation with Ms. Silverman and my starting date for the Spring Semester would reflect that change for me to start on Monday (1-5-15) I talked with the Human Resources Director Ms. Larry. This morning when I checked my email, Ms. Larry replied back to the conversation we had yesterday. She stated that there was no record of my starting date for January 5, 2015. I made an appointment with Tia Robinson today at 3:00p.m.to talk about my concerns, but it was changed all of a sudden to around 11:45 without my prior knowledge. Thank you for your understanding in this matter.
Bernita Smith/ Librarian

# LIBRARY STAFF MEETINGS

### Bernita Smith

Mon 1/12/2015 3:28 PM

To:Mia Hardy <mhardy13@ccc.edu>;

Cc:Angelia Millender <amillender@ccc.edu>; Cleveland Jones <cjones156@ccc.edu>; Bernita Smith <bsmith@ccc.edu>;

1 attachment

January 12.docx;

Hello Dr. Hardy ---

Attached is a copy of a short letter.

B. Smith

January 12, 2015

Hello Dr.. Hardy:

During my meeting on Tuesday (1-6-15) with Dean Robinson and Ms. Silverman (because the pay period before the break was in question), I made arrangements to make up those days that I missed. On Friday (12-12-14) Dean Robinson decided that due to time restraints my scheduled meeting with Ms. Silverman would take place during the break. I was checking my e-mails and cell phone messages, but we never did meet. Now when we had a brief discussion on Tuesday (1-6-15) that's when Dean Robinson took advantage of the opportunity to bring up some old issues. I really don't understand what's going on but I felt attacked and intimidated in an unprofessional matter.In the future would it be possible for you to sit in on our staff meetings. Thanks for your understanding in this matter.

B. Smith/Olive-Harvey Library

January 12, 2015

Hello Dr.. Hardy:

During my meeting on Tuesday (1-6-15) with Dean Robinson and Ms. Silverman (because the pay period before the break was in question), I made arrangements to make up those days that I missed. On Friday (12-12-14) Dean Robinson decided that due to time restraints my scheduled meeting with Ms. Silverman would take place during the break. I was checking my e-mails and cell phone messages, but we never did meet. Now when we had a brief discussion on Tuesday (1-6-15) that's when Dean Robinson took advantage of the opportunity to bring up some old issues. I really don't understand what's going on but I felt attacked and intimidated in an unprofessional matter.In the future would it be possible for you to sit in on our staff meetings. Thanks for your understanding in this matter.

B. Smith/Olive-Harvey Library

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 173 of 221 PageID #:173

# Discuss Harassment Issue

Latasha Larry

Fri 6/12/2015 3:09 PM

Required:Bernita Smith <bsmith@ccc.edu>;

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 174 of 221 PageID #:174

# HR Meeting with Bernita Smith

## Latasha Larry

Mon 6/15/2015 9:54 AM

Required:Bernita Smith <bsmith@ccc.edu>; Latasha Larry <llarry4@ccc.edu>; Kimberly Terrell <kterrell14@ccc.edu>;

Case: 1:17-cv-07429 Document #: 1 Filed: 10/13/17 Page 175 of 221 PageID #:175

# Meeting

Willalyn Fox

On 3/18/2016 8:44 AM

Bernita Smith <bsmith@ccc.edu>

Hello Ms. Smith,

I was able to find the email regarding the meeting with Dr. Hardy.  It was Monday, January 26, 2015 at 10:30am.

Best,

Willalyn

**Latasha Larry**

| | |
|---|---|
| From: | Sharon Silverman |
| Sent: | Thursday, January 15, 2015 10:15 AM |
| To: | Latasha Larry |
| Subject: | Fw: ABSENT ON THURSDAY (1-15-15) |
| | |
| Importance: | High |

Hello Latasha,

FYI

*Sharon T. Silverman*
*Department Chair Library-LRC*
*Olive-Harvey College*
Ssilverman1@ccc.edu

*"I am, was, and always will be a catalyst for change." --Shirley Chisholm*

---

**From:** Tia Robinson
**Sent:** Wednesday, January 14, 2015 10:25 AM
**To:** Bernita Smith
**Cc:** Sharon Silverman; Mia Hardy; Cleveland Jones
**Subject:** RE: ABSENT ON THURSDAY (1-15-15)

Good Morning Ms. Smith,

Since I was not included on your communication regarding your schedule, Ms. Silverman was kind enough to forward the correspondence to me. Ms. Smith as discussed with you in the past, you have to request time off and the ability to make-up your time is optional and at the discretion of the supervisor. Therefore, I would like to inform you that you are not authorized to make-up the time. As always you are welcome to contact me if you have any questions.

Thanks,

*Tia Robinson*

Tia Robinson, Interim Dean of Instruction
Olive-Harvey College
10001 S. Woodlawn Ave.
Chicago, IL 60628
773-291-6497 (office)
trobinson88@ccc.edu

**From:** Sharon Silverman
**Sent:** Wednesday, January 14, 2015 9:31 AM

**To:** Tia Robinson
**Subject:** FW: ABSENT ON THURSDAY (1-15-15)

Good Morning Dean Robinson,

Ms. Smith has stated she is taking off and not cleared this request with me. This will result in the Library closing 1 hour early (7pm) since Fox works 11-7pm.

-SS

*Sharon T. Silverman*
*Department Chair Library - LRC*
*Olive-Harvey College*
*Ssilverman1@ccc.edu*

*"Our visions begin with our desires."—Audre Lorde*

**From:** Bernita Smith
**Sent:** Tuesday, January 13, 2015 6:27 PM
**To:** Sharon Silverman
**Cc:** Mia Hardy; Cleveland Jones; Willalyn Fox; Bernita Smith
**Subject:** ABSENT ON THURSDAY (1-15-15)

Hello Ms. Silverman ---

According to past library practices we have always put on the desk calendar time we need to make up when we need to take a day off. Since making up time only applies to me, I will not be in on Thursday (1-15-15). I will make up for Thursday's absence on Friday (1-16-15) from 9-3p.m.Thank you for your understanding in this matter.

Bernita Smith

2

**Latasha Larry**

| | |
|---|---|
| From: | Angelia Millender |
| Sent: | Tuesday, January 06, 2015 2:14 PM |
| To: | Latasha Larry |
| Subject: | FW: SPRING SEMESTER 2015 |

FYI

**ANGELIA N. MILLENDER | PRESIDENT**
Olive-Harvey College
City Colleges of Chicago
10001 South Woodlawn Avenue
Chicago, IL 60628
p. **(773) 291-6313**
www.ccc.edu/colleges/olive-harvey

**From:** Mia Hardy
**Sent:** Tuesday, January 06, 2015 1:42 PM
**To:** Bernita Smith; Angelia Millender
**Cc:** Cleveland Jones
**Subject:** RE: SPRING SEMESTER 2015

Hello Ms. Smith,

I will need to get the details of your situation, and I will get back to you as soon as possible. Thank you.

Dr. Hardy

-------- Original message --------
From: Bernita Smith
Date:01/06/2015 12:32 PM (GMT-06:00)
To: Angelia Millender , Mia Hardy
Cc: Cleveland Jones , Bernita Smith
Subject: SPRING SEMESTER 2015

Hello President Millender and VP Hardy

My name is Bernita Smith. I am one of the adjunct librarian here at Olive-Harvey College. The reason why I'm writing this is because before the break my contract for the Spring semester reflected seventeen weeks. On the day the contracts were due for submission in the Dean's office (Tia Robinson) Ms. Silverman abruptly out of retaliation for me not work overtime during Finals Week, decided to change my contract to sixteen weeks. I talked with my union rep. (Cleveland Jones) before the break and he told me that he had a conversation with Ms. Silverman and my starting date for the Spring Semester would reflect that change for me to start on Monday (1-5-15) I talked with the Human Resources Director Ms. Larry. This morning when I checked my email, Ms. Larry replied back to the conversation we had yesterday. She stated that there was no record of my starting date for January 5, 2015.

1

I made an appointment with Tia Robinson today at 3:00p.m. to talk about my concerns, but it was changed all of a sudden to around 11:45 without my prior knowledge. Thank you for your understanding in this matter.
Bernita Smith/ Librarian

## DISCUSSION

### Statements by Management

Sharon Silverman, Department Chair Library, indicated that Ms. Smith was not scheduled to work on January 5th, 2015, and January 6th, 2015. However, Ms. Smith showed up for work on both of these days. Ms. Smith was informed on January 5th and January 6th by Ms. Silverman and Dean Robinson that she was not expected to start working until January 12th.

Ms. Smith was then asked to leave the campus since she was not scheduled to work. Ms. Smith was insubordinate and refused to leave the campus on Monday January 5th. Ms. Smith came back to work on January 6th. Dean Robinson again informed Ms. Best that based on the needs of the department, all adjuncts are scheduled to start on January 12th. Ms. Smith finally left the campus the afternoon of January 6th.

Ms. Silverman originally drafted Ms. Smith's contract back in December 2014 with a start date of January 5th. Dean Robinson did not approve Ms. Smith's contract with the start date of January 5th. Based on the needs of the department, Dean Robinson had scheduled all adjuncts to start on January 12th. Ms. Smith knew in December 2014 that her contract had been changed to a start date of January 12th. Ms. Smith showed up on January 5th with the intention of working when she wanted to work instead of starting working on January 12th as instructed by Dean Robinson and Ms. Silverman.

On Wednesday, January 14th. Ms. Smith received an email from Ms. Silverman stating that she would not be allowed to make up her hours since she was not coming to work on Thursday January 15th. Ms. Silverman's response to Ms. Smith was that this decision was a directive from Dean Robinson and that "making up hours was addressed with the department last week and last semester." Ms. Smith became increasingly loud, agitated and confrontational with Ms. Silverman and stated that the Library had always been "separate" from following rules of other departments and that she wanted to know why all of a sudden she could not make up her hours if she could not come to work on Thursday January 15th during her normal scheduled shift." Ms. Silverman contacted Dean Robinson and they informed Ms. Smith personally that she would not be allowed to make up her missed day. Ms. Smith voice was escalating in the Library resulting in Ms. Silverman and Dean Robinson requesting that Ms. Smith immediately leave the premises immediately. Ms. Smith refused and Vice President Hardy was contacted. When Dean Robinson and Ms. Silverman could not reason with Ms. Smith, security was contacted and Ms. Smith was asked to leave the building.

### Response by Ms. Bernita Smith

Ms. Smith stated that back in December 2014, Ms. Silverman gave her a contract with the start date of January 5th. Ms. Smith stated that Ms. Silverman did not tell her why her contract date was changed to January 12th. Ms. Smith further stated that in the past, she was allowed to start work a week prior to the start of the semester. Ms. Smith consulted with her union representative, Mr. Cleveland Jones. Ms. Smith stated that she misunderstood Mr. Jones' response to her and assumed that he told her to start work on January 5th regardless of what Ms. Silverman told her. Ms. Smith acknowledged that this was a mistake on her part and that the contract indicated a January 12th start date. However, due to her misunderstanding, she reported to work on the January 5th and contacted HR Director Latasha Larry for verification of when she should have started. Ms. Larry responded to her on Tuesday, January 6th, indicating that her start date was January 12th. However, Ms. Smith had reported to work on the 6th when she received the correspondence from Ms. Larry. Ms. Smith immediately tried to meet with Dean Robinson but was unable to do so until

Ms. Silverman noticed that she had submitted her time sheet which reported her working on January 5th and 6th. Dean Robinson told Ms. Smith that she would not approve her time for January 5th and January 6th because she was not scheduled to work.

On Tuesday evening Ms. Smith drafted an email to Ms. Silverman stating that she would not report to work on Thursday January 15th. When Ms. Smith reported to work on Wednesday January 14th, she opened an email from Ms. Silverman and Dean Robinson which informed her that she would not be allowed to "make-up" her missed hours for Thursday January 15th. Ms. Smith claimed that past departmental practices allowed for employees to reschedule days that were missed and that this change in protocol was never relayed to her. Ms. Smith did not receive a response to her email that she sent to Ms. Silverman asking why she was not allowed to make up her hours. Ms. Smith went to see Ms. Silverman. Ms. Smith indicated that Ms. Silverman became defensive and Ms. Smith was told to read her email and that she had better leave. Ms. Smith again reiterated that past practices were not being followed and she was never informed that she could not make up missed hours. Ms. Smith stated that she spoke in a monotone voice throughout her conversation with Ms. Silverman. Soon after this meeting with Ms. Silverman, Director Louis Torres, VP Mia Hardy and an unidentified officer came into the library and approached her. Ms. Smith told them "several times" that she didn't do anything but was told that Ms. Silverman wanted her to leave. Ms. Smith gathered her things and was escorted out of the building by security.

## ANALYSIS



Based on the information gathered from the hearing, Ms. Smith was insubordinate and failed to follow the direction of her Ms. Silverman and Dean Robinson when asked to start work on January 12th, 2015; when asked to leave the campus on January 5th and January 6th because she was not scheduled to work; and when she raise her voice and was loud in the Library when speaking with Ms. Silverman.

## CONCLUSION AND RECOMMENDATION

Based on the evidence gathered from the hearing and documentation collected, Ms. Smith violated CCC Work Rules #24, #48, and #50. The City Colleges does not tolerate insubordinate and disrespectful behavior by its employees. Ms. Smith's conduct towards Ms. Silverman and Dean Robinson was insubordinate and unbecoming. Therefore, it is recommended that Ms. Smith be suspended without pay for 5 work days for her aforementioned behavior.

X  Recommendation Approved           ___ Recommendation Not Approved

_Angelia Millender, President_                3/11/15

                                                      Date



CITY COLLEGES of CHICAGO

# Olive-Harvey

Office of the President

Education that Works

January 15th, 2015

Bernita Smith
14919 S. Langley Ave.
Dolton, IL 60419

Dear Ms. Smith:

You are scheduled to participate in a pre-disciplinary hearing at Olive-Harvey College on **Friday January 23nd, 2015, at 11:30am the Human Resources Conference Room #1107G.** The hearing is being held because you reported to work on 1/5/15 and you were not scheduled to work until 1/12/15. On 1/5/15 and 1/6/15, you were informed by management that you were not scheduled to work. You continued to work after being told that management did approve for you to work on 1/5/15 and 1/6/15. On 1/14/15, you spoke to her supervisor, Sharon Silverman, in a loud and aggressive tone.

As a result, you have been charged with violation of the following City Colleges' rules and/or policies:

**Work Rule 24: Insubordinate actions, including failure to carry out a rule, order or directive relative to the performance of employee's duties . . .**

**Work Rule 48: Violation of departmental or College rules and regulations . . .**

**Work Rule #50: Conduct unbecoming a public employee.**

At the pre-disciplinary hearing, you will have an opportunity to respond to and rebut the charges against you, as well as present any evidence to contradict or mitigate the circumstances. You are entitled to Union representation to assist you during the hearing. Be advised that this hearing may result in a recommendation of disciplinary action up to and including termination.

Respectfully,

Angelia Millender
President, Olive-Harvey College

cc:     Cleveland Jones, Union Representative, IEA-NEA
        Robert Reimer, Dean of Adult Education
        Latasha Larry, Human Resources Director
        Stephanie Tomino, Vice Chancellor - Human Resources and Staff Development



**CITY COLLEGES**
**of CHICAGO**
Education that Works

March 18, 2015

Bernita Smith
14919 S. Langley Ave.
Dolton, IL 60419

Dear Ms. Smith:

On January 26, 2015, you participated in a pre-disciplinary meeting, which was conducted by Robert Reimer, Dean of Adult Education. During the hearing you were represented by Cleveland Jones, Union Representative. Also in attendance were Sharon Silverman, Department Chair Library, Latasha Larry, Human Resources Director, and Robert Hicks, Interim Associate Dean of Instruction. You had an opportunity to present testimony and evidence on your behalf.

All of the evidence was considered. Based on the findings, it is recommended that you be suspended for five (5) work days without pay as a result of your actions. The recommendation has been accepted, and your suspension is scheduled for Monday, March 23, 2015 through Thursday, March 26, 2015 and Saturday March 28, 2015. You are expected to return to work on Monday, April 6, 2015. You should not return to the campus or enter any other CCC facilities for the duration of your suspension. Should the need arise for you to come to the College, you must first contact Latasha Larry, Human Resources Director at (773) 291-6210 to obtain approval.

Sincerely,

Stephanie Tomino
Vice Chancellor of Human Resources & Staff Development

cc: Angelia Millender, President
    Latasha Larry, Human Resources Director
    Cleveland Jones, Union Representative



**Olive-Harvey**
Office of the President
Education that Works

January 15th, 2015

Bernita Smith
14919 S. Langley Ave.
Dolton, IL 60419

Dear Ms. Smith:

You are scheduled to participate in a pre-disciplinary hearing at Olive-Harvey College on **Friday January 23nd, 2015, at 11:30am the Human Resources Conference Room #1107G.** The hearing is being held because you reported to work on 1/5/15 and you were not scheduled to work until 1/12/15. On 1/5/15 and 1/6/15, you were informed by management that you were not scheduled to work. You continued to work after being told that management did approve for you to work on 1/5/15 and 1/6/15. On 1/14/15, you spoke to her supervisor, Sharon Silverman, in a loud and aggressive tone.

As a result, you have been charged with violation of the following City Colleges' rules and/or policies:

**Work Rule 24:** Insubordinate actions, including failure to carry out a rule, order or directive relative to the performance of employee's duties . . .

**Work Rule 48:** Violation of departmental or College rules and regulations . . .

**Work Rule #50:** Conduct unbecoming a public employee.

At the pre-disciplinary hearing, you will have an opportunity to respond to and rebut the charges against you, as well as present any evidence to contradict or mitigate the circumstances. You are entitled to Union representation to assist you during the hearing. Be advised that this hearing may result in a recommendation of disciplinary action up to and including termination.

Respectfully,

Angelia Millender
President, Olive-Harvey College

cc:     Cleveland Jones, Union Representative, IEA-NEA
         Robert Reimer, Dean of Adult Education
         Latasha Larry, Human Resources Director
         Stephanie Tomino, Vice Chancellor - Human Resources and Staff Development

10001 S. Woodlawn Ave. I Chicago, IL 60628 I 773.291.6100 I oliveharvey.ccc.edu



**CITY COLLEGES**
of CHICAGO
Education that Works

March 18, 2015

Bernita Smith
14919 S. Langley Ave.
Dolton, IL 60419

Dear Ms. Smith:

On January 26, 2015, you participated in a pre-disciplinary meeting, which was conducted by Robert Reimer, Dean of Adult Education. During the hearing you were represented by Cleveland Jones, Union Representative. Also in attendance were Sharon Silverman, Department Chair Library, Latasha Larry, Human Resources Director, and Robert Hicks, Interim Associate Dean of Instruction. You had an opportunity to present testimony and evidence on your behalf.

All of the evidence was considered. Based on the findings, it is recommended that you be suspended for five (5) work days without pay as a result of your actions. The recommendation has been accepted, and your suspension is scheduled for Monday, March 23, 2015 through Thursday, March 26, 2015 and Saturday March 28, 2015. You are expected to return to work on Monday, April 6, 2015. You should not return to the campus or enter any other CCC facilities for the duration of your suspension. Should the need arise for you to come to the College, you must first contact Latasha Larry, Human Resources Director at (773) 291-6210 to obtain approval.

Sincerely,

Stephanie Tomino
Vice Chancellor of Human Resources & Staff Development

cc: Angelia Millender, President
    Latasha Larry, Human Resources Director
    Cleveland Jones, Union Representative



**CITY COLLEGES of CHICAGO**
Education that Works

March 18, 2015

Bernita Smith
14919 S. Langley Ave.
Dolton, IL 60419

Dear Ms. Smith:

On January 26, 2015, you participated in a pre-disciplinary meeting, which was conducted by Robert Reimer, Dean of Adult Education. During the hearing you were represented by Cleveland Jones, Union Representative. Also in attendance were Sharon Silverman, Department Chair Library, Latasha Larry, Human Resources Director, and Robert Hicks, Interim Associate Dean of Instruction. You had an opportunity to present testimony and evidence on your behalf.

All of the evidence was considered. Based on the findings, it is recommended that you be suspended for five (5) work days without pay as a result of your actions. The recommendation has been accepted, and your suspension is scheduled for Monday, March 23, 2015 through Thursday, March 26, 2015 and Saturday March 28, 2015. You are expected to return to work on Monday, April 6, 2015. You should not return to the campus or enter any other CCC facilities for the duration of your suspension. Should the need arise for you to come to the College, you must first contact Latasha Larry, Human Resources Director at (773) 291-6210 to obtain approval.

Sincerely,

Stephanie Tomino
Vice Chancellor of Human Resources & Staff Development

cc: Angelia Millender, President
Latasha Larry, Human Resources Director
Cleveland Jones, Union Representative

226 W. Jackson Blvd. I Chicago, Illinois 60606 I 773 COLLEGE I www.ccc.edu



**CITY COLLEGES**
of CHICAGO
Education that Works

DATE: SEPTEMBER 1, 2015

TO: STEPHANIE TOMINO, VICE CHANCELLOR OF HUMAN RESOURCES & STAFF DEVELOPMENT

FROM: SARAH NAU, ASSOCIATE DIRECTOR OF LABOR AND EMPLOYEE RELATIONS

RE: STEP 2 GRIEVANCE OF BERNITA SMITH

---

This is to inform you of the results of the *Chancellor's-level* hearing held on July 30, 2015, for the above-captioned grievance. I was the Chancellor's Hearing Officer designee for this matter. Also in attendance were Latasha Larry, Human Resources Director, Olive-Harvey College; Sharon Silverman, Librarian, Olive-Harvey College; Bill Silver, IEA-NEA Union Representative; Cleveland Jones, CCCLOC Representative; and Bernita Smith ("Grievant").

At issue in this grievance is whether Olive-Harvey College ("College") violated the collective bargaining agreement ("CBA") when it suspended Grievant for five (5) workdays.

APPLICABLE PROVISIONS
The following provisions are applicable to this Step 2 Grievance:

Collective Bargaining Agreement, City Colleges Contingent Labor Organizing Committee IEA-NEA

ARTICLE VIII – Job Security
   C. Discipline and Termination for Just Cause

CCC'S EMPLOYEE MANUAL, SECTION IV WORK RULES

  24. Insubordinate actions, including failure to carry out a rule, order or directive related to the performance of employee's duties; assaulting, threatening, intimidating or abusing a supervisor either physically or verbally.

  48. Violation of departmental or College rules and regulations, including but not limited to departmental or College rules and regulations on telephone and computer usage.

  50. Conduct unbecoming a public employee.

## PRIMARY POINTS OF ARGUMENT MADE DURING THE HEARING

***During the hearing, the Board presented the following arguments on behalf of Olive-Harvey College:***

In March 2015, the College issued Grievant a five (5) day suspension for violation of Work Rules 24, 48, and 50. **(See Attachment #1, Discipline Packet.)** Specifically, during the Fall 2014 term, Ms. Silverman provided Grievant with a copy of her tentative schedule for Spring 2015, indicating a January 5, 2015, start date. In or around December 2014, former Dean of Instruction Tia Robinson determined that based on operational and student needs, all adjuncts including part-time librarians would start their Spring 2015 schedule on January 12 not January 5. In or around November 2014, Ms. Silverman provided Grievant with a new contract indicating January 12 as her start date. Despite the notification, Grievant worked on January 5 and refused to leave even after Ms. Silverman told her to do so. Grievant also worked on January 6, until Dean Robinson instructed her to leave the College and not return until January 12.

Based on Grievant's conduct, the College did not compensate Grievant for her unauthorized presence at work on January 5 and 6. The College contends that Grievant did not actually perform any work on January 5 or 6 because there were no actual students at the College and Ms. Silverman observed Grievant on both days sitting at the reference desk performing no work.

Grievant's insubordinate action and violation of College Rules and Policies, by attempting to work on unscheduled days, warranted discipline. However, before the College could issue discipline, Grievant again repeated the same insubordinate behavior and again violated Work Rules 24, 48, and 50, warranting discipline.

In the Fall 2014, Dean Robinson determined that employees must get prior approval before attempting to make up hours for taking time off or leaving work early. Despite this notification, Grievant requested an opportunity to make up time for taking a day off in January 2015. Dean Robinson denied her request and <u>directed Grievant</u> to go directly to her with issues or questions regarding the determination.



In direct opposition to Dean Robinson's directive, Grievant approached Ms. Silverman in her office in a threatening and aggressive manner to discuss Dean Robinson's denial. Ultimately, (Ms. Silverman) called the Security Department to escort Grievant out of her office. Had Grievant followed Dean Robinson's directive, she would have avoided the altercation with Ms. Silverman.

Based on Grievant's insubordinate and unprofessional behavior in January 2015, the College conducted a Pre-disciplinary Hearing, resulting in the College suspending the Grievant for five (5) days.

## PRIMARY POINTS OF ARGUMENT MADE DURING THE HEARING

*During the hearing, the Board presented the following arguments on behalf of Olive-Harvey College:*

In March 2015, the College issued Grievant a five (5) day suspension for violation of Work Rules 24, 48, and 50. **(See Attachment #1, Discipline Packet.)** Specifically, during the Fall 2014 term, Ms. Silverman provided Grievant with a copy of her tentative schedule for Spring 2015, indicating a January 5, 2015, start date. In or around December 2014, former Dean of Instruction Tia Robinson determined that based on operational and student needs, all adjuncts including part-time librarians would start their Spring 2015 schedule on January 12 not January 5. In or around November 2014, Ms. Silverman provided Grievant with a new contract indicating January 12 as her start date. Despite the notification, Grievant worked on January 5 and refused to leave even after Ms. Silverman told her to do so. Grievant also worked on January 6, until Dean Robinson instructed her to leave the College and not return until January 12.

Based on Grievant's conduct, the College did not compensate Grievant for her unauthorized presence at work on January 5 and 6. The College contends that Grievant did not actually perform any work on January 5 or 6 because there were no actual students at the College and Ms. Silverman observed Grievant on both days sitting at the reference desk performing no work.

Grievant's insubordinate action and violation of College Rules and Policies, by attempting to work on unscheduled days, warranted discipline. However, before the College could issue discipline, Grievant again repeated the same insubordinate behavior and again violated Work Rules 24, 48, and 50, warranting discipline.

In the Fall 2014, Dean Robinson determined that employees must get prior approval before attempting to make up hours for taking time off or leaving work early. Despite this notification, Grievant requested an opportunity to make up time for taking a day off in January 2015. Dean Robinson denied her request and directed Grievant to go directly to her with issues or questions regarding the determination.

In direct opposition to Dean Robinson's directive, Grievant approached Ms. Silverman in her office in a threatening and aggressive manner to discuss Dean Robinson's denial. Ultimately, Ms. Silverman called the Security Department to escort Grievant out of her office. Had Grievant followed Dean Robinson's directive, she would have avoided the altercation with Ms. Silverman.

Based on Grievant's insubordinate and unprofessional behavior in January 2015, the College conducted a Pre-disciplinary Hearing, resulting in the College suspending the Grievant for five (5) days.

*During the hearing, the Union presented the following arguments for the Grievant:*

Grievant denies any violation of CCC Work Rules or any negligence due to any facts or allegations that she "should have known" something.

In Fall 2014, Grievant received a work schedule indicating a January 5, 2015, start date. In or around November 2014, Grievant received notification that her start date changed to January 12, 2015. Grievant questioned this change and sought clarification by reaching out to Ms. Larry and Ms. Silverman. Because Grievant received no response from either woman, Grievant sought guidance from Mr. Jones, her Union representative.

Mr. Jones assured Grievant via email that her contract was for seventeen (17) weeks. Grievant took this to mean that her start date was in fact January 5, 2015. Based on this misunderstanding, Grievant arrived at work on January 5, 2015, and worked what she thought was her scheduled shift. Because no one asked her to leave or said anything to her on January 5, 2015, Grievant assumed that she should also report to work on January 6, 2015.

On January 6, 2015, Dean Robinson instructed Grievant that her start date was January 12, 2015, not January 5, 2015, and that she should not report to work until January 12, 2015. Grievant then left the College. When Grievant attempted to turn in her timesheet, Dean Robinson informed her that the College would not pay her for January 5 or 6, 2015. At that point the issue should have been resolved, but the College also chose to pursue discipline for Grievant. Thus, "double disciplining" Grievant for the same incident.



Regarding the incident that occurred January 14, 2015, Grievant requested an opportunity to make up her time as she had always done in compliance with a past practice. At no time prior did Grievant receive written notification that the College changed the practice of allowing employees to make up their time. Moreover, the Union questions the clarity of any message to Grievant about any change to this past practice. When Dean Robinson denied Grievant's request to make up her time, Grievant sought guidance from Ms. Silverman. Grievant was not aggressive or threatening when she approached Ms. Silverman in her office. In fact, Ms. Silverman verbally assaulted Grievant with curse words. Grievant simply asked about a new policy for which she was unaware. After Grievant left Ms. Silverman's office and went back to her work area, Security Officers approached her and escorted her out of the College.

*(handwritten margin notes: "This", "Ms Fox was the back work 212")*

The next day, Grievant received a pre-disciplinary hearing notice for her alleged misconduct on January 5, 6, and 14. Subsequently, the College suspended Grievant for five (5) days without pay. The Union believes this discipline in unduly harsh and Grievant should not be punished twice for any alleged misconduct from January 5 and 6.

*During the hearing, the Union presented the following arguments for the Grievant:*

Grievant denies any violation of CCC Work Rules or any negligence due to any facts or allegations that she "should have known" something.

In Fall 2014, Grievant received a work schedule indicating a January 5, 2015, start date. In or around November 2014, Grievant received notification that her start date changed to January 12, 2015. Grievant questioned this change and sought clarification by reaching out to Ms. Larry and Ms. Silverman. Because Grievant received no response from either woman, Grievant sought guidance from Mr. Jones, her Union representative.

Mr. Jones assured Grievant via email that her contract was for seventeen (17) weeks. Grievant took this to mean that her start date was in fact January 5, 2015. Based on this misunderstanding, Grievant arrived at work on January 5, 2015, and worked what she thought was her scheduled shift. Because no one asked her to leave or said anything to her on January 5, 2015, Grievant assumed that she should also report to work on January 6, 2015.

On January 6, 2015, Dean Robinson instructed Grievant that her start date was January 12, 2015, not January 5, 2015, and that she should not report to work until January 12, 2015. Grievant then left the College. When Grievant attempted to turn in her timesheet, Dean Robinson informed her that the College would not pay her for January 5 or 6, 2015. At that point the issue should have been resolved, but the College also chose to pursue discipline for Grievant. Thus, "double disciplining" Grievant for the same incident.

Regarding the incident that occurred January 14, 2015, Grievant requested an opportunity to make up her time as she had always done in compliance with a past practice. At no time prior did Grievant receive written notification that the College changed the practice of allowing employees to make up their time. Moreover, the Union questions the clarity of any message to Grievant about any change to this past practice. When Dean Robinson denied Grievant's request to make up her time, Grievant sought guidance from Ms. Silverman. Grievant was not aggressive or threatening when she approached Ms. Silverman in her office. In fact, Ms. Silverman verbally assaulted Grievant with curse words. Grievant simply asked about a new policy for which she was unaware. After Grievant left Ms. Silverman's office and went back to her work area, Security Officers approached her and escorted her out of the College.

The next day, Grievant received a pre-disciplinary hearing notice for her alleged misconduct on January 5, 6, and 14. Subsequently, the College suspended Grievant for five (5) days without pay. The Union believes this discipline in unduly harsh and Grievant should not be punished twice for any alleged misconduct from January 5 and 6.

FINDINGS

The following findings are made in this matter:

The grievance is denied in part and granted in part.

Based on a review of the evidence and the applicable CBA provisions, it is determined that the College had just cause to suspend Grievant for five (5) days. However, the College should have compensated Grievant for working on January 5 and 6. The provisions of the CBA were applied fairly and equitably to the Grievant.

The College adequately showed that Grievant was aware that the College changed her scheduled start date from January 5 to January 12. **(See Attachment #2, Emails.)** Moreover, even Grievant's Union Representative Mr. Jones notified her that her start date is at the discretion of the College not contractually provided for in the CCCLOC CBA. **(See Attachment #3, Emails.)** The Union's claim that Grievant misunderstood Mr. Jones email indicating that her contract was a 17 week contract, is also unsupported by the facts. Mr. Jones December 10, 2014, email explicitly states that, "Although you received this extra week in the past, it was at the discretion of the librarian and not a benefit protected by the union contract." Moreover, the Union claimed that Ms. Silverman and Ms. Larry did not respond to Grievant's questions about her modified start date. This is contradicted by a December 9, 2014, email indicating that Grievant spoke to Ms. Larry and Ms. Silverman, but did not feel that either person provided her "legitimate" feedback. **(See Attachment #4, Emails.)**

The Union also claims that no one told Grievant that she should not be at work on January 5, 2015. This too is contradicted by email evidence. In her January 6, email to Olive-Harvey President Angelia Millender, Grievant references a January 5 conversation about her start date with Ms. Larry. **(See Attachment #5, Emails.)** If no one said anything to her about working the 5, then why did Grievant meet with Ms. Larry about her start date? Moreover, Ms. Larry followed-up with Grievant referencing her to speak with Dean Robinson about the matter late on January 5. **(See Attachment #6, Emails.)**

Again email evidence does not support Grievant's contention that she was unaware of a change regarding prior authorization to make up time. Sharon Silverman's January 14 email to Grievant references a message conveyed in Fall 2014 changing how requests to make-up time would be approved. **(See Attachment #7, Emails.)** Moreover, even if Grievant was unaware of any change to the process, on January 14, Dean Robinson indicated that Grievant should direct question regarding making-up time to her, not Ms. Silverman. In confronting Ms. Silverman about a decision/determination made by Dean Robinson, Grievant was insubordinate and created an unnecessary conflict with Ms. Silverman. Had Grievant followed Dean Robinson's directions, the conflict with Ms. Silverman resulting in Security escorting Grievant out of the College, could have been avoided.

FINDINGS

The following findings are made in this matter:

The grievance is denied in part and granted in part.

Based on a review of the evidence and the applicable CBA provisions, it is determined that the College had just cause to suspend Grievant for five (5) days. However, the College should have compensated Grievant for working on January 5 and 6. The provisions of the CBA were applied fairly and equitably to the Grievant.

The College adequately showed that Grievant was aware that the College changed her scheduled start date from January 5 to January 12. (See Attachment #2, Emails.) Moreover, even Grievant's Union Representative Mr. Jones notified her that her start date is at the discretion of the College not contractually provided for in the CCCLOC CBA. (See Attachment #3, Emails.)The Union's claim that Grievant misunderstood Mr. Jones email indicating that her contract was a 17 week contract, is also unsupported by the facts. Mr. Jones December 10, 2014, email explicitly states that, "Although you received this extra week in the past, it was at the discretion of the librarian and not a benefit protected by the union contract." Moreover, the Union claimed that Ms. Silverman and Ms. Larry did not respond to Grievant's questions about her modified start date. This is contradicted by a December 9, 2014, email indicating that Grievant spoke to Ms. Larry and Ms. Silverman, but did not feel that either person provided her "legitimate" feedback. (See Attachment #4, Emails.)

The Union also claims that no one told Grievant that she should not be at work on January 5, 2015. This too is contradicted by email evidence. In her January 6, email to Olive-Harvey President Angelia Millender, Grievant references a January 5 conversation about her start date with Ms. Larry. (See Attachment #5, Emails.) If no one said anything to her about working the 5, then why did Grievant meet with Ms. Larry about her start date? Moreover, Ms. Larry followed-up with Grievant referencing her to speak with Dean Robinson about the matter late on January 5. (See Attachment #6, Emails.)

Again email evidence does not support Grievant's contention that she was unaware of a change regarding prior authorization to make up time. Sharon Silverman's January 14 email to Grievant references a message conveyed in Fall 2014 changing how requests to make-up time would be approved. (See Attachment #7, Emails.) Moreover, even if Grievant was unaware of any change to the process, on January 14, Dean Robinson indicated that Grievant should direct question regarding making-up time to her, not Ms. Silverman. In confronting Ms. Silverman about a decision/determination made by Dean Robinson, Grievant was insubordinate and created an unnecessary conflict with Ms. Silverman. Had Grievant followed Dean Robinson's directions, the conflict with Ms. Silverman resulting in Security escorting Grievant out of the College, could have been avoided.

Based on the evidence presented at the pre-discipline hearing and again at the grievance, there is sufficient facts to show that Grievant's conduct rose to a level warranting suspension. Based on the email presented and Grievant's blatant failure to follow her supervisor's direction, Grievant's conduct warranted a five day suspension.

While there is some question, if Grievant actually completed any work on January 5 and 6, 2015, by not paying her for those two (2) days, the College essentially suspended Grievant for seven (7) days. As such, the College should provide Grievant with compensation for January 5 and 6.

RECOMMENDATIONS

For the above reasons, it is recommended that the grievance of Bernita Smith be denied in part and granted in part. It is found that the College had just cause to suspend Grievant based on the level of egregiousness of the Grievant's conduct, but should have compensated Grievant for any time worked on January 5 and 6, 2015.

_____     9/2/2015
Sarah Nau,                                   Date
Associate Director of Labor & Employee Relations

APPROVED:

_____     9/2/15
Stephanie Tomino,                            Date
Vice Chancellor of Human Resources

cc:   Angelia Millender, President, Olive-Harvey College
      Latasha Larry, Olive-Harvey College Human Resources Director
      Bill Silver, IEA-NEA Union Representative
      Cleveland Jones, CCCLOC Union Representative
      Eugene Munin, General Counsel

Based on the evidence presented at the pre-discipline hearing and again at the grievance, there is sufficient facts to show that Grievant's conduct rose to a level warranting suspension. Based on the email presented and Grievant's blatant failure to follow her supervisor's direction, Grievant's conduct warranted a five day suspension.

While there is some question, if Grievant actually completed any work on January 5 and 6, 2015, by not paying her for those two (2) days, the College essentially suspended Grievant for seven (7) days. As such, the College should provide Grievant with compensation for January 5 and 6.

RECOMMENDATIONS

For the above reasons, it is recommended that the grievance of Bernita Smith be denied in part and granted in part. It is found that the College had just cause to suspend Grievant based on the level of egregiousness of the Grievant's conduct, but should have compensated Grievant for any time worked on January 5 and 6, 2015.

_____     9/2/2015
Sarah Nau,                          Date
Associate Director of Labor & Employee Relations

APPROVED:

_____     9/2/15
Stephanie Tomino,                   Date
Vice Chancellor of Human Resources

cc:   Angelia Millender, President, Olive-Harvey College
      Latasha Larry, Olive-Harvey College Human Resources Director
      Bill Silver, IEA-NEA Union Representative
      Cleveland Jones, CCCLOC Union Representative
      Eugene Munin, General Counsel

## THE CITY COLLEGES OF CHICAGO (CCC) DISTRICT-WIDE EMPLOYEE

## MANUAL – SECTION IV – WORK RULES

**Ms. Silverman has violated the following CCC library department rules on an ongoing base:**

**I, Bernita Smith would like to file an additional list of work rules violation Ms. Silverman has done towards me.**

8. Making false, inaccurate or deliberately incomplete statements in an official inquiry, investigation or other official proceeding.

15. Engaging in any act or conduct prohibited by the Municipal Code of the City of Chicago, the Illinois Compiled Statues, applicable laws of other states or federal statutes.

20. Retaliation against an employee who reasonably and in good faith has filed a grievance, change or complaint regarding the terms or condition of employment; and / or against an employee who has properly testified, assisted or participated in any manner in an investigation, proceeding or hearing regarding such grievance, charge or complaint.

22. Discourteous treatment, including assault, threats, intimidation, or physical abuse or any other CCC employee or verbal abuse which results in physical contact. Provoking or inciting another employee to engage in such conduct.

44. Violation of the CCC Ethics Policy.

5. Failing to return to work on time after breaks, lunch or rest period.

32. Interfering with others on the job.

41. Discrimination against an employee or applicant because of race, color, religion, gender, disability, natural origin, age or sexual orientation. Discrimination against a CCC student, or member of a public in the performance of the employee's job duties because of race, color, religion, gender, disability, national origin, age or sexual orientation

Bernita Smith: On Tuesday 7-21-15, at 12:17 pm. immediately after our meeting with Sarah Nau Ms. Silverman changed my 29 hours' work schedule to 21 hours without my knowledge or consent.

My sister has been in the hospital ICU unit since Thursday (7-16-15) in critical condition. I had to leave one hour early. On Tuesday (8-21-15) Ms. Silverman started stressing me out to hurry up and change my COA's. Ms. Silverman also made a derogatory remark about my sick sister to Ms. Branch.

When it comes to race Ms. Silverman calls me out of my name. Ms. Silverman goes around calling several of us names that are inappropriate for a work place environment. Ms. Silverman belittles us throughout the day by cursing on a consistent bases. These names are demeaning in nature, words like; buck tooth bastard, homophobic, stupid and turncoat aka traitor. Ms. Silverman tries to dominate my work space with a superior negative attitude.

When it comes to my age Ms. Silverman stresses me out all day long with her demeanor and bad attitude. Instead of a proper work assignment, Ms. Silverman will change whatever I'm working on at the time by adding to my work load or abruptly having me work on something else and she has a very bad habit of giving assignments and expecting them to be done in a timely manner which causes stress. Ms. Silverman attitude toward me is always high energy.

When I came to work one day Ms. Silverman had told everyone in our department that I was leaving which was not true. She informed the other staff members to plan me a going away party and I wondered where was I going?

During our ongoing library renovation at Olive-Harvey College I worked on projects Ms. Silverman was getting paid a "special assignment" stipend to do. Since she was paid to do this work, why did she assign her work to me? This has caused me to have additional back problems moved books from the shelves. This additional work is extremely exhausting by the end of the work day. I have moved boxes, heavy book carts, and file cabinets. The dust flies around in the air and was getting in my lungs causing me to cough throughout the day. A lot of the manual labor should have been done by professional movers she said was supposed to be included in the budget, instead we moved the entire library manually.

I have medical issues like high blood pressure and anemia which has caused me to consult my doctor. Due to all the stress at work my doctor had to increase my medicine doses. Every so often I get headaches, light headed and weakness.

July 20, 2015

Below is an additional list of people Ms. S. Silverman has bullied or had some type of conflict with. Some of these incident listed below are on record, some are on file, and some are eye witness accounts.

- Ms. Silverman has cursed out and belittled several work-study students. Some of them quit because of the humiliation. One student had his mother come up to Olive-Harvey College because she didn't want anyone taking to her son in that manner.
  Witnesses: Ms. Smith, Ms. Eichelberger, Ms. Branch, Ms. Brown and the work-study students

- There was a meeting in the second floor conference room. In attendance was Ms. Silverman, former VP Marshall, Dr. Fullard, and others. Ms. Silverman was escorted out of the meeting by Dr. Fullard. Ms. Silverman was so upset that when everything was said and done to help her compose herself with the help of Ms. Branch and Dr. Fullard. Ms. Silverman conveyed some of the issues she had with former VP Marshall pertaining to the library needs. Ms. Silverman shared with me and I quote "If I was any closer to him (VP Marshall) that I would have hit him."
  Witnesses: Dr. Fullard, former VP David Marshall, Ms. Branch, Ms. Smith

- Ms. Silverman was mad at Ms. Fox so while Ms. Fox was sitting at the reference desk, Ms. Silverman pushed up against her and tried to get in her face for no reason.
  Witnesses: Ms. Fox, Ms. Smith, Ms. Branch Ms. Eichelberger

- Former Chair of African American Studies was invited back to Ms. Fox office. Ms. Silverman started getting loud with Ms. Fox about Ms. Moore due to their conversation and visit. Ms. Silverman at some point would not allow Professor Moore in the back workroom. Professor Moore had to go around to the back door. When I arrived to work Ms. Fox and Professor Moore was upset as to Ms. Silverman's behavior. Professor Moore asked me

to get her coat out of Ms. Fox office because she didn't want any conflict with Ms. Silverman.
Witnesses: Ms. Branch, Ms. Smith, Ms. Fox, Former Professor S. Moore

- Former Dean Robinson was pushed out of the way by Ms. Silverman during one of our department meetings. Ms. Silverman told me that and I quote" I had to go and apologize to the Dean Robinson for shoving her out of the way".
Witnesses: Ms. Smith, Former Dean Robinson

- Everyone was invited if possible to attend the selection process for selecting a new of Dean of Instruction. Ms. Eichelberger asked Ms. Silverman could she use her 15 minute break to attend the forum for Q and A. Ms. Silverman told her she couldn't go because she was about to go. Ms. Silverman sat in the back workroom and didn't move to go anywhere. By that time the open meeting was over. Ms. Silverman was being spiteful because she wouldn't even let me attend.
Witnesses: Ms. Branch, Ms. Smith, Ms. Fox, Ms. Eichelberger

- Ms. Branch is an easy going, mild temper lady. Ms. Silverman questioned a task she told Ms. Branch to do earlier in a demanding and in an aggressive tone. Ms. Branch expressed her concerns, but Ms. Silverman was not satisfied and went on and on to prove her point. When Ms. Branch left out and closed the door, Ms. Silverman said she had slammed the door and told her to go and talk to former Dean Robinson for nothing.
Witnesses: Ms. Branch, Ms. Smith

- Ms. Silverman Bullies and curse around all of us in the library department throughout the day. Ms. Silverman has called us out of our names on several occasion. Many times I respectfully told Ms. Silverman that her language was unappropriated when she talks to be because I am a Jehovah Witness and I don't like hearing her speak to me that way.
Witnesses: Ms. Branch, Ms. Smith, Ms. Brown, Ms. Eichelberger, Ms. Fox

- Ms. Silverman was loud, aggressive, not listening to the Former Dean Robinson, talking to all who attended the meetings in an undertone with

sarcasm and malleus. Ms. Silverman never following Robert rules of order because she walked out several times.
Witnesses: Ms. Smith, Ms. Fox, Ms. Branch, Ms. Eichelberger

- Ms. Silverman always go around reminds us that and I quote "I do what the Fuck I want to do"
Witnesses: Ms. Branch, Ms. Smith, Ms. Eichelberger

- Ms. Silverman conducted several library meeting early in the day so that I wouldn't be in the loop as to what's going on in our department.
Witnesses: Ms. Branch, Ms. Fox, Ms. McNeal

- Ms. Silverman original statement during my appointed pre-disciplinary hearing was changed. Ms. Silverman submitted weeks later a new statement with fabrication of events to Human Resources.
Witnesses: H/R Director Ms. L. Larry, Ms. Smith, Union Rep. Mr. C. Jones, Director of Security Officer Torres, Librarian Ms. Fox, former VP Dr. Hardy, NEA/IEA Rep. Bill Silver

- When I had my second Grievance Meeting downtown at the EEOC office, HR Director Ms. L. Larry and Ms. S. Silverman filed a complaint against me for both incidents that happen in the library. The dates for both incidents were noted in a letter before the second incident had even happened. So in other words they knew what they were going to file against me before it even happen. So Olive-Harvey College had to pay me for the two (2) day I reported to work.
Witnesses: Mr. C. Jones, HR Director Ms. L. Larry, Sarah Nau, Bill Silver

- Ms. Silverman and Ms. Fox went to the training for the new library phones (5320 IP phones) on 2-6-15. Ms. Fox mentioned that the new phones had more complicated features than she thought. Ms. Silverman wouldn't allow me to go to the training nor did she as Chair of the library department explain to me at any time about the new features.
Witnesses: Ms. Fox, Ms. Smith, Ms. Eicelberger, Ms. Brown

- There was an open forum in the Bruce Cherry Theatre at Olive-Harvey College for the Dean of Instructor candidate (Dr. Werosh) on 2-19-15. Ms. Eichelberger and I wanted to attend during our break and Ms. Silverman refused to let us go.
  Witnesses: Ms. Eichelberger, Ms. Smith, Ms. Fox, Ms. Branch

- Ms. Silverman often refers to Ms. Brown who is our new Library Assistant II as a librarian and refers to me as an assistant.
  Witnesses: Ms. Brown, Ms. Branch, Ms. Smith, Ms. Eichelberger

- During past practices we have always put on the reference desk calendar any time we needed to make up time during a particular pay period. Ms. Silverman abruptly cancelled that fact for no apparent reason.
  Ms. Fox, Ms. Branch, Ms. Eichelberger, Ms. Smith, Ms. Brown

- Ms. Silverman never posted any department rules and regulations and never discussed them with us as a department. We never had any meetings received any e-mails or memos about the any new changes.
  Witnesses: Ms. Fox, Ms. Branch, Ms. Brown, Ms. Eichelberger, Ms. Smith

- Olive-Harvey College President Millender announced at the State of the College Address on (3-3-15) that the library renovation will start in May 2015, Ms. Silverman has not talked with us as a department about our plans or what we should do to move forward to accommodate these changes in the library.
  Witnesses: Ms. Branch, Ms. Brown, Ms. Eichelberger, Ms. Smith

- There was a student by the name of Tujian Becton waiting outside of our temporary library office over the summer. When I arrived for a special meeting before my schedule work time, Ms. Silverman was supposed to open the library. Unfortunately the student was not served and had to go back to class. Her instructor knew she was trying to get more information from the library.
  Ms. Branch, Ms. Smith

- Ms. Silverman does overtime cataloging work during the time she supposed to be at the reference desk serving students.
  Witnesses: Ms. Fox, Ms. Branch, Ms. Brown, Ms. Eichelberger, Ms. Smith

- Ms. Silverman knows we are short staff in the library, before leaves she never makes sure the library has proper coverage but always manages to go on approved conferences throughout the semesters for sometimes several days at a time. This leaves us as a department in a bind when it comes to making sure a reference librarian is on duty.
  Administration, Ms. Fox, Ms. Brown, Ms. Eichelberger, Ms. Smith, Ms. Branch

- Ms. Silverman comes to work when she want and leave when she want. She very seldom tells any of us in the department her where about. This is unacceptable behavior because I find myself filling in for several of her library orientations classes.
  Witnesses: Ms. Fox, Ms. Branch, Ms. Eichelberger, Ms.Smith

- Ms. Silverman sporadic mood swings and belligerent attitude towards me all day make me feel unconformable and this effect my performance at work.
  Ms. Brown, Ms. Fox, Ms. Branch, Ms. Eichelberger, Ms. Smith

- Ms. Silverman walked out on several of our department meetings, because she felt the meeting were not going in the direction she wanted them to. During one of our meeting Ms. Silverman pushed the former Dean of Instruction ( Ms. Robinson) out of the way and had to apology for her actions
  Witnesses: Ms. Smith, Dean Robinson, Ms. Silverman, Ms. Eichelberger Ms. Branch

- Ms. Silverman had falsely informed everyone in our department via e-mail that I was leaving. I had no knowledge of this. When I arrived to work on that day everyone was coming up to me with their concerns.
  Witnesses: Ms. Fox, Ms. Eichelberger, Ms. Smith, Ms. Branch

- The ongoing verbal abuse, intimidation, harassment and discrimination against my age and religion has formulated this hostile environment which has led to Ms. Silverman malice and intent to inflict injury and harm toward me.
Witnesses: Ms. Fox, Ms. Branch, Ms. Eichelberger, Ms. Smith, Ms. Berown

- Both Dean Hicks and Ms. Silverman calls President Millender (Big Mama). Ms. Eichelberger, Ms. Smith

- Ms. Silverman called several of us "old ladies". It's has gotten so bad with her antic that when I told my doctor about all the stress I'm experiencing at work she had to increase my blood pressure medicine because every time I go to the doctor my blood pressure fluctuates up and down.
Ms. Branch, Ms. Eichelberger, Ms. Smith

- Ms. Silverman changed my Fall 2015 schedule from 29 hours to 23 hours and gave herself 1 extra hour a day overtime. This happen 15 minutes after I had my meeting with Sarah Nau (Associate Director of Labor & Employment relation) at CCC this past summer.
Witnesses: Ms. Branch, Ms. Smith, Ms. Brown, Ms. Eichelberger

- Ms. Silverman stated in a resubmitted letter to Human Resources that it took me 30 to leave the premises when it only took me a few minutes to gather my things a walk out of the building. The director of Security Officer Torres states that he will vouch for me whenever I need him.
Witnesses: Officer Torres, Ms. Fox, Dean Robinson, Ms. Smith, Security Guards, VP Hardy

- Ms. Silverman never made no attempts to communicate with me in regards the reason why my contract was changed from 17 week to 16 weeks
Witnesses: Ms. Branch, Ms. Smith, Cleveland Jones

- Ms. Silverman never gave me a warning about my conduct in writing, verbally via e-mail, but she called security to escort me out of the building.

My witness (Ms. Fox) was never interviewed.
Witnesses: Ms. Fox, Ms. Smith, Dean Robinson, Officer Torres

- Ms. Silverman said in one of our library meetings that she did not have to meet with any of us except for Ms. Fox because they are in the same union.
Witnesses: Ms. Fox, Dean Robinson, Ms. Branch, Ms. Smith, Ms. Branch, Ms. Eichelberger

- We found out on 1-20-15 that former Dean Robinson was on special assignment by President Millender. Ms. Silverman never communicated this fact with us.
Witnesses: Ms. Fox, Ms. Branch, Ms. Eichelberger, Ms. Smith, Ms. Brown

- On January 15, 2015 former Dean Robinson resigned her position as Dean of Instructions. All correspondence was to go to VP Hardy in which I followed protocol. Dean Robinson was on special assignment where we found out later.

- Question: How does a person schedule a pre- disciplinary hearing when I had a 3:00 meeting to speak with Dean Robinson when I left that same day with no incident? How do you schedule a pre-disciplinary hearing without the 3 step process in place before you take disciplinary action?

- Question: How was a pre-disciplinary hearing scheduled on January 6, 2015 when the other incident they combined did not even happen yet?

- Question: How is a person (Ms. Silverman) allowed to start off with a lie end with a lie, spread lies and people are signing off on this? When the lie is fabricated at the beginning the only outcome is disastrous.

- On 6-11-15 my complaint was received by City Colleges of Chicago Labor and Employment Relations Department. Also my union rep Cleveland Jones and my IEA/NEA CCCLOC rep. Bill Silver. This was the aliment and most disturbing of all complaint, because Ms. Silverman tried to lung out at me.

- On 3-10-16 Ms. Silverman was in and out of the library. One time for over an hour without letting someone know where she was going. She came back around 5:00p.m. sat at her desk for a few minutes and left for the day. Witness: Ms. Branch , Ms. Fox, Ms. Eichelberger, Ms. Smith

- Question: How can you tell your supervisor when you're leaving the floor when she's very seldom around the library assisting students?

During the week of April 25, 2016 when Ms. W. Fox went to lunch, I was sitting at the Library Reference Desk when Ms. S. Silverman stood behind me for about 10 minutes. She started badgering me about nonsense and about my deceased sister. I kept my composure and did not respond to any of her harsh words. The following week I asked the Assistant Director of Security (Officer Rodgers) to look over the cameras in the library but when he looked over the tape the image of both of us did not record that side of the library.

The 2016 Spring Library Schedule only allowed me to work 21 hours. Normally I work 29 hours each semester. Ms. Silverman gave herself 5 additional hours of overtime which prevented me from my maximum hourly work schedule.

On March 10, 2016 Ms. Silverman was in and out of the library for hours at a time without letting me know sense we both cover the Reference desk at that time. When she did come back close to 5:00 pm., she sat for a while in the back offices and then left for the day.

On February 2, 2016 Ms. Silverman was due to make up time in the library. She told Ms. Eichelberger and myself that she was going to stay until 2:00 pm. But she only stayed until about 12:30.

On many occasion during my Spring 2016 semester work schedule, Ms. Silverman and I were scheduled to cover the Reference desk. Ms. Silverman never sits at the Reference Desk during the time I'm scheduled to work which leaves me to answer any student's reference questions and services by myself.

On February 16, 2016 around 4:15 pm. Ms. Silverman was conducting Union business in the back work offices with two (2) full-time staff member on CCC time. Ms. Silverman closed the door where I was not able to access any of my personal things. This was the time she was supposed to cover the Reference desk with me.

During the Spring semester of 2016 Ms. Silverman changed several Library orientation sheets to suit her needs instead of consulting with Ms. Fox or follow protocol by asking since Ms. Fox was assigned Chairperson of the library at the time. These schedule changes caused Ms. Branch to schedule me to cover the classes in addition to the instructional classes I already had.

All of the feedback from other CCC College systems agree that during instructional days for students, the library must operate with a Librarian on staff or the library will be closed for that day. Many days during the Fall of 2015 and especially during the Spring of 2016 Ms. Silverman has come in really late or not at all to cover the Reference desk. Many times students are left unserved because Ms. Silverman goes to different departments without letting other staff member know where she is or what time she will return.

On Monday February 22, 2016 Ms. Silverman had been away from the library work area since 2:00pm. I reported to work at 3:45pm. The students she gave library Instructions to the day before had questions so I covered the Q&A for her class that day.

On Thursday February 25, 2016 Ms. Silverman stayed away from the library for about two (2) hours. When she go back all she did was sit in the back work areas until it was time for her to go home. (Not once sitting at the Reference Desk)

On Thursday February 18, 2016 there was no librarian on duty from 2:30-4:00pm. When I arrived to work Ms. Silverman was nowhere to be found. Her hours on that day were 8:00-4:30.

On Thursday March10, 2016 Ms. Silverman was a no show for several hours throughout the day. When I reported to work Ms. Silverman was supposed to be

at the Reference Desk helping students because Ms. Fox was gone at the time to a Chairs meeting. Once again I was left at the Reference desk to cover everything that needed to be done by myself.

During the Spring Semester 2016 I made several doctor's appointment because my blood pressure was high and I was getting dizzy. My doctor (Dr. Delgado) had to increase my high blood pressure medicine (Amlopipine Besylate 10MG and Amiloride 5mMG/HCTZ 50MG) because it was becoming elevated too often. When I spoke to my doctor about the stressful situation I was having at work with my boss Ms. S. Silverman she made a note of my visit. My doctor wanted to know if I wanted to talk with a specialist about my problems I'm having at work.

After the Spring Semester 2016 I decided that things were not getting any better at work for me health wise no matter who I spoke with from the President of Oliver-Harvey College (Angelia Millender) on down to my union Rep. (Cleveland Jones) no one was concerned or able to the point of having Ms. S. Silverman be held accountable for her behavior toward me during work hours. The physical and mental abuse over the years was too much for me to bare and unacceptable.

On several occasions The Director of Security at Olive-Harvey College Louis Torres, the Assistant Director of Security at Olive-Harvey College Officer Rodgers, and my Union Rep Cleveland Jones all said how Ms. Silverman is maliciously and cunningly trying to get me fired.

When no one in authority is telling Ms. Silverman that she is going too far with her language and approach toward people this makes her feel she can do anything like hit me or talk down to me like she did with my comatose sister who remained in the hospital before she died. Where are her check points? When is the abuse going to end?

Before and since I left Olive-Harvey College I've been having trouble sleeping normally, nervousness from being cursed out, fear of being wrote up, anxiety, agitation, feeling threatened, bullied, feeling uncomfortable in a work environment, and my blood pressure going up to stroke level.

When Ms. Silverman started lying to the Dean Tia Robinson, the VP Mia Hardy, and Security Officer Torres about what happen in her original statement on the day in question because Robert Reimer stated that we could not submit any more items after my preliminary interview but they allow Ms. Silverman to submit another statement. That should have been a red flag then. But no one questioned my witnesses, no one questioned when she submitted a different version of what happened, no one questioned when she said I came to the back offices is (room 2125) not her office which is (room 2423).

I e-mailed Aaron Allen (Executive Director Employment and Labor Relations) about some questions I had about overtime, extended pay for special assignments and the CCC definition of "Release Time". I wanted to know who get it and for how long. He forward the e-mail to Interim associate Dean of Instruction Susan Malekpour. After meeting with Ms. Malekpour in her office about the questions I raised, she was able to answer some of them, but ultimately

I was told to speak to my immediate supervisor Ms. Silverman. These questions were in relations to Ms. Silverman behavior with managing work related time. I knew if I asked her I would not only get the wrong answers but get a backlash for going to the Dean office in the first place.

On the "No Librarian" page Ms. Silverman hours on Tuesday March 1, 2016 was 10:00-6:30 pm. Overtime 4:30-6:00pm. Ms. Silverman was not on duty to cover the Reference Desk before I got to work at 4:00pm. This complicated things for me because I had to juggle the work load at the Reference Desk to accommodate student services.

All of the noted incidence happen over a period of months and months with ongoing harassment with special circumstances. I would like to file a Disability discrimination against not only Ms. S. Silverman but with all parties that allow Ms. Silverman's behavior to go unsupervised and unnoticed for so long with her being reprimanded for outrageous behavior.

OLIVE-HARVEY COLLEGE

LIBRARY ISSUES

BERNITA SMITH

- My SPRING 2015 contract was cut short one (1) week from 17 weeks to 16 weeks. Ms. Silverman never communication with me by e-mail, text, or verbally about the changes.

- Ms. Silverman sent out by e-mail a false statement that I was leaving at the end of the FALL 2014 semester.

- Ms. Silverman told me and Ms. Eichelberger that we only have 15 minutes for our lunch break, anything past that time we would be **stealing** time. Ms. Silverman only made that statement to the part-time people.

- Ms. Silverman said "we have rules in our department about telling your supervisor before leaving the floor". We never had to tell our supervisor (Ms. Silverman) that we were leaving the floor. We only have to let one of our co-worker know where we are going.

- Dean Robinson meet with us briefly to tell us about children being in the library. The last two (2) times Dean Robinson meet with us she never mention anything on the subject of not being able to make up time or days.

- Ms. Silverman never had to talk to or to give me a warning about my conduct in writing, verbally, or by e-mail in all the five years I've worked in the library. But Ms. Silverman called security to escort me out of the building without the proper steps for any forms of discipline.

- There were two (2) separate posting for a Full-Time Librarian position. One was in March 25, 2011. Dean Fullard approved an addition for another Full-Time Librarian. The second time was around February 2013. Ms. McNeal and I applied and were given a second interview. They eventually hired someone on the outside, but the person didn't accept the position.

- On Wednesday January 14, 2015 Ms. Silverman lied to the Dean of Instruction (Ms. T. Robinson) and to security personnel that I was getting loud and out of character. I had a witness (Ms. Foxx) that told them that was not the case. Ms. Silverman had me escorted out of the building by security with no probable cause.

- If Ms. Silverman posted or e-mailed some library rules and regulation, she never discuss them with us.

- President Millender announced during the State of the College Address on March 3, 2015 that the library renovation will start in May 2015. Ms. Silverman never talked about our plans or what we should be doing to move forward with this transition.

- Ms. Silverman never informed me about the new hire College Library Assistant II, Ms. L. Brown.

- Ms. Silverman walked out on several library department meetings because she turned them into heated arguments leaving me nervous and upset because we never get anything accomplished.

- We are short staff in the library, but Ms. Silverman is always going to conferences and workshops which leaves me with overwhelmed duties when it comes to students' services.

- When I report to work Ms. Silverman is never at the reference desk to assist students. This only happens when she's going to her office.

- Ms. Silverman uses inappropriate language during our conversation on a regular bases. Ms. Silverman also curses around different staff members and the work-study students.

- Ms. Silverman is intimidating and a bully around the workplace. Because if she pushed Dean Robinson and Ms. Fox on different occasions what is to say she won't push me if she's mad.

- Ms. Silverman lied and said I didn't call on the day I took a half day off and came back to work later that day. Her e-mail stated to Dean Robinson that I was a no show. I e-mail Ms. Silverman that Saturday morning when I came to work. When I didn't get a response by the end of the day I called Ms. Silverman at home twice.

- Ms. Silverman lied at my pre-disciplinary hearing saying that it took me thirty minute to leave. But Officer Torres allowed me time to speak. When he recorded the time it was thirteen minutes. Then I was escorted out of the building.

- I e-mailed Ms. Silverman on October 15, 2014 about not being able to commit to working any extended hours for mid-terms and finals week. Ms. Silverman posted by e-mail and said "no problem" I'll just get one of the work-study students to stay and cover the time. Ms. Silverman also mention the same thing in one of our meetings.

- We are short staffed in the library. At the beginning of the FALL 2014 semester Ms. Silverman and I discussed the possibility of cutting the library orientations off at 5:00p.m., due to the fact I would be the only librarian on duty to conduct library orientations. We both agreed, but shortly after our conversation Ms. Silverman started approving **all** late night orientations after 6:00pm. Many students would need assistance with reference questions, and come in the back where I was conducting my class.

- I was not allowed to attend the training for the new 5320 IP library phones. All the old phones were shut down on 2-5-15 Thursday evening. The two (2) full-time librarian went to the training at different times but they didn't come back and train the other staff members.

- I was not allowed to attend the open forum on Wednesday 2-18-15 in the Bruce Cherry Theatre for the selection of the new candidate (Dr. Daria Willis) for Dean of Instruction at Olive-Harvey College.

- Ms. Silverman allows the work-study students to make up their time but not the part-time librarian.

- Coming to work on January 5th instead of January 12th was not an insubordination issue because it was resolved when I had my meeting with Dean Robinson and Ms. Silverman on January 6, 2015, I went home that same day and did not return until January 12, 2015. This was not part of Ms. Silverman original statement on January 14, 2015 when she called security and had me wrote up.

- Ms. Silverman retaliates against Ms. Eichelberger and me on regular bases when issues around the library do not go her way.

- Union Contracts (312) 553-2500 Union Information p # 10 CCCCLOC Union Contract "D" Freedom From Harassment and VII Part-Time Hostile Work Environment (Facility Rights)

- When I transferred from Malcolm X College I was working 29 hours. When I started working at Olive-Harvey College Ms. Silverman cut my contract hours down to 25 work hours a week without my knowledge or permission.

- The 15 minute break time issued to the part time faculty during the summer semester 2015 only reflects my work schedule. The personal harassment on Ms. Silverman's part effects my break time and no one else. Because the other part- time person working this summer is (Ms. Eichelberger) and she only works 4 hours a day.

- Ms. Silverman didn't have my 2015 summer contract ready to be sent down to the Office of Instructions. Ms. Silverman told me that she asked Ms. Branch to complete my contract, but that was not true.

**From:** Angelia Millender
**Sent:** Wednesday, December 10, 2014 5:10 PM
**To:** Willalyn Fox
**Subject:** RE: Library Incident

Good Evening

I do apologize that I am just getting an opportunity to respond to your message below. I did read it on Monday and just did not have time to respond.

First, I want to thank you for sharing some of the details of the event that happened in the library relative to this student. I have not yet had a chance to speak with Ms. Silverman about this matter, but I did receive the security report with some of the details. I also know that the student will receive a due process hearing to explain what happened. You can also appear on her behalf to do the same. Since, I have to make a decision relative to this student's continuation at OHC past this incident, it would not be appropriate for me to respond in any detail. But I will add my general thoughts elow.

From my experience when things happen that cause disruption both parties have an opportunity to calm the matter by taking themselves out of the situation or remaining in it. The one with the least power or influence who remains in the situation is often the one who receives what can be interpreted as unfair treatment. I always try to encourage students or anyone else to become part of the solution and not part of the problem by walking away, seeking assistance and or escalating the matter. The latter action turns the table in the other direction. I don't know if the student had an opportunity to walk away or whether she decided to react to what you have described below.

The matter will come to my office in the form of a recommendation and at that time I will review what is before me and make a determination. I do want to thank you for providing this information.

Enjoy your evening and happy holidays to you and your family.

**ANGELIA N. MILLENDER | PRESIDENT**
Olive-Harvey College
City Colleges of Chicago
10001 South Woodlawn Avenue
Chicago, IL 60628
**p. (773) 291-6313**
www.ccc.edu/colleges/olive-harvey

**From:** Willalyn Fox
**Sent:** Monday, December 08, 2014 10:34 AM

1

Enjoy your evening and happy holidays to you and your family.



**ANGELIA N. MILLENDER | PRESIDENT**
Olive-Harvey College
City Colleges of Chicago
10001 South Woodlawn Avenue
Chicago, IL 60628
**p. (773) 291-6313**
**www.ccc.edu/colleges/olive-harvey**

**From:** Willalyn Fox
**Sent:** Monday, December 08, 2014 10:34 AM
**To:** Angelia Millender
**Subject:** Library Incident

Good Morning President Millender,

As we enter into the final weeks and days of the semester, many students experience a heightened sense of anxiety as a result of studying long hours, completing term papers and taking final exams. For many, the library is a haven where they can work in a quiet, safe and nurturing environment. For one student, however, this serenity was shattered last Tuesday evening.

It is not unusual for Ms. Silverman to reprimand students in a loud and bucolic manner, but on Tuesday, December 2, 2014 she took it to another level. After shouting at and berating a student, Ms. Silverman proceeded to relay the story to the evening staff, laughing and talking about the student. As the student exited the library, she overheard Ms. Silverman talking about her and other words were exchanged. The student said that Ms. Silverman was rude and disrespectful to her.

The evening library staff, Ms. Smith and Ms. Eichelberger are acquainted with the student, Nydia Foster. They have had positive interactions with her and they know her to be both polite and serious. They were not, however, surprised that Ms. Silverman targeted her in this manner. Ms. Silverman is often antagonistic toward students, staff and even faculty. It is my understanding that on Wednesday, December 3, 2014 Ms. Silverman reported to security that the student threatened her and insisted that Ms. Foster be arrested by the Chicago Police Department. This action was considered totally unwarranted by all who witnessed the incident. Ms. Silverman's behavior is counter to our mission of promoting student success and I cannot remain silent and allow one of our students to suffer extreme repercussions because she reacted to verbal abuse from Ms. Silverman.

Willalyn Fox, Librarian

https://outlook.office365.com/owa/

3/7/2015

As we enter into the final weeks and days of the semester, many students experience a heightened sense of anxiety as a result of studying long hours, completing term papers and taking final exams. For many, the library is a haven where they can work in a quiet, safe and nurturing environment. For one student, however, this serenity was shattered last Tuesday evening.

It is not unusual for Ms. Silverman to reprimand students in a loud and bucolic manner, but on Tuesday, December 2, 2014 she took it to another level. After shouting at and berating a student, Ms. Silverman proceeded to relay the story to the evening staff, laughing and talking about the student. As the   student exited the library, she overheard Ms. Silverman talking about her and other words were exchanged. The student said that Ms. Silverman was rude and disrespectful to her.

The evening library staff, Ms. Smith and Ms. Eichelberger are acquainted with the student, Nydia Foster. They have had positive interactions with her and they know her to be both polite and serious. They were not, however, surprised that Ms. Silverman targeted her in this manner. Ms. Silverman is often antagonistic toward students, staff and even faculty. It is my understanding that on Wednesday, December 3, 2014 Ms. Silverman reported to security that the student threatened her and insisted that Ms. Foster be arrested by the Chicago Police Department. This action was considered totally unwarranted by all who witnessed the incident. Ms. Silverman's behavior is counter to our mission of promoting student success and I cannot remain silent and allow one of our students to suffer extreme repercussions because she reacted to verbal abuse from Ms. Silverman.

The Dean of Instruction recently convened a meeting in the Learning Resource Center obstensibly to address the issue of the presence of children in the library. This meeting evolved into a discussion about the library in general. It was agreed the library staff has experienced many challenges this semester. It was further discussed and concluded that short staffing and poor leadership are the principle factors contributing to low staff morale. All staff reported having had negative interactions with the department chairperson in the form of aggressive body language, demeaning comments about staff and deliberate distortion of events. When Ms. Silverman arrived for the last ten minutes of the meeting and any problems.

The next day a general email from Ms. Silverman went out about adhering to lunch hours (this seemed to be directed toward Ms. Branch) and break periods. We were warned that taking more than a 15 minute break (for part-time employees) is a "violation of the CCC work rules." I received a returned copy of my COA, through  inter-agency mail, indicating that she could not approve my time sheet because I "had not worked the overtime hours." The falsification of the COA is a serious allegation, and the deliberate misreprentation of this is especially agregious when it is perpetrated by the union chapter chair.

Since the staff meeting, Ms. Silverman has not audibly communicated with staff. There have been only terse emails and hostile body language, in the form of slamming books around. Ms. Silverman's actions in this instance are more than childish, but clearly an act of retaliation. I not

only resent the idea that Ms. Silverman insinuates that I falsified my time. This is a serious charge that is consistent with Ms. Silverman's bullying of subordinates and her creation of a hostile work environment